AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| LIGAYA RONDUEN; CARLOS CASTILLO; MIRIAM SCHEETZ; CESAR HERNANDEZ CARRILLO; WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; and YOLANDA MENDOZA, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> GEO GROUP, INC., a Florida corporation, <br><br><br><br> *Defendant(s)* | Civil Action No. 5:23-cv-00481 DSF (KKx) |

)
)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE GEO GROUP, INC.
c/o CORPORATE CREATIONS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SOCIAL JUSTICE LEGAL FOUNDATION
Maria del Pilar Gonzalez Morales
Vanessa M. Domenichelli
Alyssa Martinez
Amelia Piazza
523 W. 6th Street, Suite 450, Los Angeles, CA 90014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/22/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  The Geo Group, Inc.

was received by me on *(date)*  03/23/2023

☒ I personally served the summons on the individual at *(place)*  801 US Highway 1
North Palm Beach, FL 33408  on *(date)*  03/23/23  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*    CORPORATE CREATIONS NETWORK, INC.

BY SERVING  TAMMY ROSE, INTAKE SPECIALIST    on *(date)*   03/23/23   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   262.00   for travel and $ _____ for services, for a total of $  262.00
0.00

I declare under penalty of perjury that this information is true.

Date:  03/24/2023

_____
*Server's signature*

Linda Rudnet, Process Server
_____
*Printed name and title*

800 W. 1st St., Ste. 200B, Los Angeles, CA 90012
_____
*Server's address*

Additional information regarding attempted service, etc: