# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN; CARLOS CASTILLO; MIRIAM SCHEETZ; CESAR HERNANDEZ CARRILLO; WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; and YOLANDA MENDOZA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br>            Defendant. | Case No.: 5:23-cv-00481 JGB(SHKx)<br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS ALL CLAIMS AS TO CERTAIN PLAINTIFFS, AND CAUSES OF ACTION FOUR, FIVE AND SIX PURSUANT TO FED. R. CIV. P. §12(b)(6)**<br><br>**[*Lodged Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration of Gabriel J. Padilla*]**<br><br>Date:      June 26, 2023<br>Time:     9:00 a.m.<br>Place:    Riverside, Courtroom 1<br>Judge:   Honorable Jesus G. Bernal<br><br>Trial Date:     None Set<br>Complaint Filed:  March 20, 2023 |

**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS COMPLAINT**

1

On June 26, 2023, the Motion of Defendant The GEO Group, Inc. to Dismiss All Claims as to Certain Plaintiffs, and Causes of Action Four, Five and Six came on regularly for hearing in Courtroom 1 of the United States District Court, Central District of California, the Honorable Jesus G. Bernal presiding.

After full consideration of the moving, opposing, and reply papers, the evidence, and the argument of counsel, the Court finds the following:

1.    Plaintiffs Miriam Scheetz, Wilfredo Gonzalez Mena, Somboon Phaymany, and Yolanda Mendoza have failed to allege facts sufficient to support any of their claims for relief, such claims being barred by the relevant statute of limitations, and, thus have failed to state a claim upon which relief can be granted, requiring dismissal of the Complaint and all claims therein as to these Plaintiffs.

2.    All Plaintiffs have failed to allege facts sufficient to support their Fourth Cause of Action for Concealment, Fifth Cause of Action for Intentional Misrepresentation, and Sixth Causes of Action for Negligent Misrepresentation, and, thus have failed to state a claim upon which relief can be granted, requiring dismissal of these claims.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

That Defendant's Motion to Dismiss is **GRANTED** in full, and Plaintiffs are _____ leave to amend.

DATED _____ day of _____, 2023.

_____
Honorable Jesus G. Bernal
UNITED STATE DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS COMPLAINT**
2