**EDGCOMB LAW GROUP, LLP**
TIFFANY R. HEDGPETH (SBN 175134)
thedgpeth@edgcomb-law.com
355 S. Grand Ave., Ste. 2450, #2049
Los Angeles, CA   90071-9500
Telephone: (818) 861-7618

GABRIEL J. PADILLA (SBN 227591)
gpadilla@edgcomb-law.com
2102 Business Center Dr., Ste. 130, #651
Irvine, CA   92612-1001
Telephone: (818) 683-6904

*Attorneys for Defendant The GEO Group, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN; CARLOS CASTILLO; MIRIAM SCHEETZ; CESAR HERNANDEZ CARRILLO; WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; and YOLANDA MENDOZA, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br>Defendant. | Case No.: 5:23-cv-00481 JGB(SHKx)<br>[CLASS ACTION]<br><br>**DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**<br><br>Trial Date:          None Set<br><br>Complaint Filed:     March 20, 2023 |

---

**DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES**

Defendant The GEO Group, Inc. ("GEO") hereby Answers the Class Action Complaint for Damages of Plaintiffs Ligaya Ronduen; Carlos Castillo; Miriam Scheetz; Cesar Hernandez Carrillo; Wilfredo Gonzalez Mena; Somboon Phaymany; and Yolanda Mendoza ("Plaintiffs") as follows:

## INTRODUCTION

1.     The allegations in Paragraph 1 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 1.

2.     GEO denies each and every allegation in Paragraph 2.

3.     GEO admits that it manages and operates correctional, detention, and community reentry facilities in the United States, including the Adelanto Immigration and Customs Enforcement ("ICE") Processing Center (the "Adelanto Facility"). Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 3.

4.     GEO admits that at some point in 2020, a public health crisis concerning COVID-19 was declared in the United States. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 4.

5.     GEO denies each and every allegation in Paragraph 5.

6.     GEO admits precautions were taken to limit visitors to the Adelanto Facility for a period of time in order to prevent exposing detainees and staff to risks associated with the COVID-19 pandemic. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 6.

7.     GEO admits that HDQ Neutral was used as a cleaning disinfectant at the Adelanto Facility for a period of time prior to the COVID-19 pandemic. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 7.

8.     GEO denies each and every allegation in Paragraph 8.

9.     GEO denies each and every allegation in Paragraph 9.

10.     GEO denies each and every allegation in Paragraph 10.

**DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES**

11.    GEO denies each and every allegation in Paragraph 11.

12.    GEO admits that it informed Congress that it was utilizing HDQ Neutral at the Adelanto Facility for approximately nine years. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 12.

13.    GEO denies each and every allegation in Paragraph 13.

14.    GEO denies each and every allegation in Paragraph 14.

15.    GEO denies each and every allegation in Paragraph 15.

16.    GEO denies each and every allegation in Paragraph 16.

17.    The allegations in Paragraph 17 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 17.

18.    The allegations in Paragraph 18 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 18.

19.    The allegations in Paragraph 19 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 19.

## JURISDICTION AND VENUE

20.    GEO admits that Plaintiffs have brought this action pursuant to 28 U.S.C. § 1332(d). GEO also admits that its headquarters are located in Florida. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 20.

21.    The allegations in Paragraph 21 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 21.

## PARTIES

22.    GEO admits that Plaintiff Ligaya Ronduen is currently detained by ICE at the Adelanto Facility.

23.    GEO admits that Plaintiff Carlos Castillo is currently detained by ICE at

2

the Adelanto Facility.

24. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, on that basis, denies those allegations.

25. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and, on that basis, denies those allegations.

26. GEO admits that Plaintiff Wilfredo Gonzalez Mena was detained by ICE at the Adelanto Facility for a period of time. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26 and, on that basis, denies those allegations.

27. GEO admits that Plaintiff Somboon Phaymany was detained by ICE at the Adelanto Facility for a period of time. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 27 and, on that basis, denies those allegations.

28. GEO admits that Plaintiff Yolanda Mendoza was detained by ICE at the Adelanto Facility for a period of time. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 28 and, on that basis, denies those allegations.

29. GEO denies that it is a private company headquartered at 624 NW 53rd Street, Suite 700, Boca Raton, Florida, 33487. GEO's principal office is located at 4955 Technology Way Boca Raton FL, 33431. GEO admits that it manages the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 29.

## FACTUAL ALLEGATIONS

**A. Defendant GEO is Responsible for the Custody, Care and Well-being of Plaintiffs and the Detained Class**

30. GEO is without knowledge sufficient to form a belief as to the truth of the allegations that each of the Plaintiffs and Detained Class were, or are, currently held at the Adelanto Facility. GEO admits the Adelanto Facility has capacity for approximately

3

1,940 detainees. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 30.

31.    GEO admits that ICE's Performance-Based National Detention Standards ("PBNDS") and COVID-19 Pandemic Response Requirements ("PRR") apply to its operation and management of the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 31.

32.    GEO admits the PRR requires compliance with certain Center for Disease Control and Prevention ("CDC") guidelines. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 32.

33.    GEO admits the CDC provides regulations, standards, and guidelines relating to carceral facilities. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 33.

34.    GEO admits it provides access to proper medical care and treatment for all detainees at the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 34.

35.    GEO admits all detainees at the Adelanto Facility are provided with competent, trustworthy, and complete medical care. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 35.

**B.    Defendant GEO Knowingly Utilized a Toxic Chemical Mixture as a Disinfectant at Adelanto**

1.    HDQ Neutral is a Toxic Chemical Mixture

36.    GEO admits that HDQ Neutral is regulated by the Environmental Protection Agency ("EPA") and the Federal Insecticide, Fungicide and Rodenticide Act ("FIFRA"). Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 36.

37.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and, on that basis, denies those allegations.

38.    GEO is without knowledge or information sufficient to form a belief as to

4

the truth of the allegations in Paragraph 38 and, on that basis, denies those allegations.

39.    GEO admits Spartan Chemical Company supplied it with HDQ Neutral. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 39 and, on that basis, denies those allegations.

40.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and, on that basis, denies those allegations.

41.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and, on that basis, denies those allegations.

42.    GEO admits that Spartan Chemical Company provided certain information regarding HDQ Neutral to the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 42.

43.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and, on that basis, denies those allegations.

44.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and, on that basis, denies those allegations.

2.    Defendant GEO Knew HDQ Neutral is a Toxic Chemical Mixture

45.    GEO admits that HDQ Neutral was used as a cleaning disinfectant at the Adelanto Facility for a period of time. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 45.

46.    GEO admits that it manages and operates the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 46.

47.    GEO admits that Spartan Chemical Company provided certain information regarding HDQ Neutral to the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 47.

48.    GEO admits that Spartan Chemical Company provided certain information regarding HDQ Neutral to the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 48.

49.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and, on that basis, denies those allegations.

50.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and, on that basis, denies those allegations.

51.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and, on that basis, denies those allegations.

52.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and, on that basis, denies those allegations.

**C.    Defendant GEO Knowingly Poisoned Plaintiffs and the Detained Class with HDQ Neutral**

53.    GEO admits that at some point in 2020, a public health crisis and a national emergency concerning COVID-19 were declared in the United States. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 53.

54.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and, on that basis, denies those allegations.

55.    GEO denies each and every allegation in Paragraph 55.

56.    GEO admits visitation to the Adelanto Facility was restricted at the beginning of the COVID-19 pandemic for safety reasons. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 56 and, on that basis, denies those allegations.

57.    GEO denies each and every allegation in Paragraph 57.

58.    GEO denies each and every allegation in Paragraph 58.

59.    GEO admits that EPA conducted a virtual inspection of the Adelanto Facility on July 29, 2020. GEO also admits that EPA subsequently issued a Notice of Warning to GEO. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 59 and, on that basis, denies those allegations.

60. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and, on that basis, denies those allegations.

61. GEO denies each and every allegation in Paragraph 61.

62. GEO denies each and every allegation in Paragraph 62.

    1.    <u>Defendant GEO Poisoned Plaintiffs and Members of the Detained Class by Spraying HDQ Neutral Indoors and on all Surfaces</u>

63. GEO admits that HDQ Neutral was used as a cleaning disinfectant at the Adelanto Facility for a period of time prior to February 2020. GEO also admits that HDQ Neutral was used at the Adelanto Facility for a period of time in 2020 to control the virus SARS-CoV-2 and as a COVID-19 safety measure. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 63.

64. GEO admits that for a period of time HDQ Neutral was used at the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 64.

65. GEO denies each and every allegation in Paragraph 65.

66. GEO denies each and every allegation in Paragraph 66.

67. GEO denies each and every allegation in Paragraph 67.

68. GEO denies each and every allegation in Paragraph 68.

69. GEO denies each and every allegation in Paragraph 69.

    2.    <u>Defendant GEO Poisoned Plaintiffs and Members of the Detained Class with HDQ Neutral by Spraying Every 15-30 Minutes</u>

70. GEO denies each and every allegation in Paragraph 70.

71. GEO denies each and every allegation in Paragraph 71.

72. GEO denies each and every allegation in Paragraph 72.

73. GEO denies each and every allegation in Paragraph 73.

74. GEO denies each and every allegation in Paragraph 74.

7

75. GEO denies each and every allegation in Paragraph 75.

76. GEO denies each and every allegation in Paragraph 76.

> 3. <u>Defendant GEO Poisoned Plaintiffs and Members of the Detained Class by Not Providing Them with Necessary Personal Protective Equipment and Training</u>

77. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and, on that basis, denies those allegations.

78. GEO denies each and every allegation in Paragraph 78.

79. GEO denies each and every allegation in Paragraph 79.

80. GEO admits that it provided protective masks to detainees. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 80.

81. GEO denies each and every allegation in Paragraph 81.

82. GEO denies each and every allegation in Paragraph 82.

83. GEO denies each and every allegation in Paragraph 83.

84. GEO denies each and every allegation in Paragraph 84.

85. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and, on that basis, denies those allegations.

86. GEO denies each and every allegation in Paragraph 86.

87. GEO denies each and every allegation in Paragraph 87.

> 4. <u>Defendant GEO Poisoned Plaintiffs and Members of the Detained Class by Improperly Diluting and Storing HDQ Neutral</u>

88. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 and, on that basis, denies those allegations.

89. GEO admits product use guidelines were issued and that it followed all relevant guidelines. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and, on that basis, denies those allegations.

8

90.   GEO states that the referenced document speaks for itself.

91.   GEO denies each and every allegation in Paragraph 91.

92.   GEO denies each and every allegation in Paragraph 92.

93.   GEO denies each and every allegation in Paragraph 93.

**D.   Defendant GEO Lied and Obscured Its Use of HDQ Neutral and the Chemical's Adverse Health Effects**

1.   Defendant GEO Falsely Told Plaintiffs and Members of the Detained Class GEO's Use of HDQ Neutral Was Necessary to Prevent COVID-19

94.   GEO denies each and every allegation in Paragraph 94.

95.   GEO denies each and every allegation in Paragraph 95.

96.   GEO denies each and every allegation in Paragraph 96.

97.   GEO denies each and every allegation in Paragraph 97.

98.   GEO denies each and every allegation in Paragraph 98.

99.   GEO denies each and every allegation in Paragraph 99.

2.   Defendant GEO Concealed the Dangers of HDQ Neutral from Plaintiffs and Members of the Detained Class

100.   GEO denies each and every allegation in Paragraph 100.

101.   GEO denies each and every allegation in Paragraph 101.

102.   GEO denies each and every allegation in Paragraph 102.

103.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 and, on that basis, denies those allegations.

104.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 and, on that basis, denies those allegations.

105.   GEO denies each and every allegation in Paragraph 105.

3.   Medical Staff Consistently Discounted the Medical Concerns of Plaintiffs and Members of the Detained Class as Unrelated to HDQ Neutral Exposure.

9

106. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and, on that basis, denies those allegations.

107. GEO denies each and every allegation in Paragraph 107.

108. GEO denies each and every allegation in Paragraph 108.

109. GEO denies each and every allegation in Paragraph 109.

110. GEO denies each and every allegation in Paragraph 110.

4. Defendant GEO Made False and Misleading Statements to Government and Regulatory Entities About Its Use of HDQ Neutral

111. GEO denies each and every allegation in Paragraph 111.

112. GEO denies each and every allegation in Paragraph 112.

113. GEO denies each and every allegation in Paragraph 113.

114. GEO admits that it used HDQ Neutral at the Adelanto Facility in accordance with care. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 114.

115. GEO denies each and every allegation in Paragraph 115.

116. GEO denies each and every allegation in Paragraph 116.

117. GEO admits that GEO Chairman and CEO George C. Zoley appeared via video conference before the Subcommittee on Border Security, Facilitation, and Operations on July 13, 2020. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 117.

118. GEO admits the paraphrased colloquy described in Paragraph 118.

119. GEO denies each and every allegation in Paragraph 119.

**NAMED PLAINTIFFS' FACTUAL ALLEGATIONS**

120. GEO admits Plaintiffs were or have been detained by ICE at the Adelanto Facility for a period of time. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 120.

121. GEO is without knowledge or information sufficient to form a belief as to

10

the truth of the allegations in Paragraph 121 and, on that basis, denies those allegations.

122. GEO denies each and every allegation in Paragraph 122.

**Plaintiff Ligaya Ronduen**

123. GEO admits that Plaintiff Ligaya Ronduen is currently detained by ICE at the Adelanto Facility. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 123 and, on that basis, denies those allegations.

124. GEO denies each and every allegation in Paragraph 124.

125. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and, on that basis, denies those allegations.

126. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 and, on that basis, denies those allegations.

127. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 and, on that basis, denies those allegations.

128. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 and, on that basis, denies those allegations.

129. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and, on that basis, denies those allegations.

130. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and, on that basis, denies those allegations.

131. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 and, on that basis, denies those allegations.

132. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and, on that basis, denies those allegations.

133. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 and, on that basis, denies those allegations.

134. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 and, on that basis, denies those allegations.

135.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and, on that basis, denies those allegations.

136.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 and, on that basis, denies those allegations.

137.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 and, on that basis, denies those allegations.

138.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 and, on that basis, denies those allegations.

139.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139 and, on that basis, denies those allegations.

140.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 and, on that basis, denies those allegations.

141.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and, on that basis, denies those allegations.

142.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and, on that basis, denies those allegations.

143.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and, on that basis, denies those allegations.

**Plaintiff Carlos Castillo**

144.   GEO admits that Plaintiff Carlos Castillo is currently detained by ICE at the Adelanto Facility. GEO also admits that Plaintiff Castillo has been housed in a housing unit while detained. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 144 and, on that basis, denies those allegations.

145.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 and, on that basis, denies those allegations.

146.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 and, on that basis, denies those allegations.

12

147.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 and, on that basis, denies those allegations.

148.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 and, on that basis, denies those allegations.

149.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 and, on that basis, denies those allegations.

150.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150 and, on that basis, denies those allegations.

151.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 and, on that basis, denies those allegations.

152.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 and, on that basis, denies those allegations.

153.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 and, on that basis, denies those allegations.

154.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154 and, on that basis, denies those allegations.

155.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155 and, on that basis, denies those allegations.

156.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156 and, on that basis, denies those allegations.

157.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157 and, on that basis, denies those allegations.

158.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 and, on that basis, denies those allegations.

159.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 and, on that basis, denies those allegations.

**Plaintiff Miriam Scheetz**

160.    GEO is without knowledge or information sufficient to form a belief as to

DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES

the truth of the allegations in Paragraph 160 and, on that basis, denies those allegations.

161. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 and, on that basis, denies those allegations.

162. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 and, on that basis, denies those allegations.

163. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 and, on that basis, denies those allegations.

164. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 and, on that basis, denies those allegations.

165. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165 and, on that basis, denies those allegations.

166. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 and, on that basis, denies those allegations.

167. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 and, on that basis, denies those allegations.

168. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168 and, on that basis, denies those allegations.

169. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 and, on that basis, denies those allegations.

170. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170 and, on that basis, denies those allegations.

171. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 and, on that basis, denies those allegations.

172. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 and, on that basis, denies those allegations.

173. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173 and, on that basis, denies those allegations.

174. GEO is without knowledge or information sufficient to form a belief as to

14

the truth of the allegations in Paragraph 174 and, on that basis, denies those allegations.

175.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175 and, on that basis, denies those allegations.

176.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 and, on that basis, denies those allegations.

177.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 and, on that basis, denies those allegations.

178.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 and, on that basis, denies those allegations.

179.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179 and, on that basis, denies those allegations.

180.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 and, on that basis, denies those allegations.

181.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 and, on that basis, denies those allegations.

182.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 and, on that basis, denies those allegations.

183.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 and, on that basis, denies those allegations.

184.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184 and, on that basis, denies those allegations.

185.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185 and, on that basis, denies those allegations.

186.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186 and, on that basis, denies those allegations.

187.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187 and, on that basis, denies those allegations.

**Plaintiff Cesar Hernandez Carillo**

**DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES**

188.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and, on that basis, denies those allegations.

189.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189 and, on that basis, denies those allegations.

190.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 and, on that basis, denies those allegations.

191.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191 and, on that basis, denies those allegations.

192.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192 and, on that basis, denies those allegations.

193.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193 and, on that basis, denies those allegations.

194.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 and, on that basis, denies those allegations.

195.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195 and, on that basis, denies those allegations.

196.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 and, on that basis, denies those allegations.

197.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 and, on that basis, denies those allegations.

198.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and, on that basis, denies those allegations.

199.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and, on that basis, denies those allegations.

200.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 and, on that basis, denies those allegations.

201.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and, on that basis, denies those allegations.

202.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 and, on that basis, denies those allegations.

203.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 and, on that basis, denies those allegations.

204.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and, on that basis, denies those allegations.

205.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and, on that basis, denies those allegations.

**Plaintiff Wilfredo Gonzalez Mena**

206.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 and, on that basis, denies those allegations.

207.   GEO admits that Plaintiff Wilfredo Gonzalez Mena was detained by ICE at the Adelanto Facility for a period of time. GEO also admits that Plaintiff Mena was first housed in a housing unit and then housed in a dormitory while detained. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 207.

208.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 and, on that basis, denies those allegations.

209.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and, on that basis, denies those allegations.

210.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 and, on that basis, denies those allegations.

211.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 and, on that basis, denies those allegations.

212.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 and, on that basis, denies those allegations.

213.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 and, on that basis, denies those allegations.

214.   GEO is without knowledge or information sufficient to form a belief as to

17

the truth of the allegations in Paragraph 214 and, on that basis, denies those allegations.

215. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215 and, on that basis, denies those allegations.

**Plaintiff Somboon Phaymany**

216. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216 and, on that basis, denies those allegations.

217. GEO admits that Plaintiff Somboon Phaymany was detained by ICE at the Adelanto Facility for a period of time. GEO also admits that Plaintiff Phaymany was housed in a housing unit while detained. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 217.

218. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 and, on that basis, denies those allegations.

219. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219 and, on that basis, denies those allegations.

220. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220 and, on that basis, denies those allegations.

221. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221 and, on that basis, denies those allegations.

222. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222 and, on that basis, denies those allegations.

223. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223 and, on that basis, denies those allegations.

224. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224 and, on that basis, denies those allegations.

225. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225 and, on that basis, denies those allegations.

226. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226 and, on that basis, denies those allegations.

**Plaintiff Yolanda Mendoza**

227.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227 and, on that basis, denies those allegations.

228.   GEO admits that Plaintiff Yolanda Mendoza was detained by ICE at the Adelanto Facility for a period of time. GEO also admits that Plaintiff Mendoza was housed in a dormitory while detained.

229.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 and, on that basis, denies those allegations.

230.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 and, on that basis, denies those allegations.

231.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231 and, on that basis, denies those allegations.

232.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232 and, on that basis, denies those allegations.

233.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233 and, on that basis, denies those allegations.

234.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234 and, on that basis, denies those allegations.

235.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235 and, on that basis, denies those allegations.

236.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236 and, on that basis, denies those allegations.

237.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237 and, on that basis, denies those allegations.

238.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238 and, on that basis, denies those allegations.

239.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 and, on that basis, denies those allegations.

## CLASS ALLEGATIONS

240. The allegations in Paragraph 240 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 240.

241. The allegations in Paragraph 241 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 241.

242. GEO denies each and every allegation in Paragraph 242.

243. GEO denies each and every allegation in Paragraph 243.

244. GEO denies each and every allegation in Paragraph 244.

245. GEO denies each and every allegation in Paragraph 245.

246. GEO denies each and every allegation in Paragraph 246.

247. GEO denies each and every allegation in Paragraph 247.

248. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248 and, on that basis, denies those allegations.

249. GEO denies each and every allegation in Paragraph 249.

250. The allegations in Paragraph 250 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 250.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## Cal. Civ. Code § 1714(a)

## NEGLIGENCE

## (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

251. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 250.

252. The allegations in Paragraph 252 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every

20

allegation in Paragraph 252.

253. GEO denies each and every allegation in Paragraph 253.

254. GEO denies each and every allegation in Paragraph 254.

255. GEO denies each and every allegation in Paragraph 255.

256. GEO denies each and every allegation in Paragraph 256.

257. GEO denies each and every allegation in Paragraph 257.

258. GEO denies each and every allegation in Paragraph 258.

259. GEO denies each and every allegation in Paragraph 259.

260. GEO denies each and every allegation in Paragraph 260.

261. GEO denies each and every allegation in Paragraph 261.

262. GEO denies each and every allegation in Paragraph 262.

263. GEO denies each and every allegation in Paragraph 263.

264. GEO denies each and every allegation in Paragraph 264.

265. GEO denies each and every allegation in Paragraph 265.

## SECOND CAUSE OF ACTION

## BATTERY

## (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

266. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 265.

267. GEO denies each and every allegation in Paragraph 267.

268. GEO denies each and every allegation in Paragraph 268.

269. GEO denies each and every allegation in Paragraph 269.

270. GEO denies each and every allegation in Paragraph 270.

271. GEO denies each and every allegation in Paragraph 271.

272. GEO denies each and every allegation in Paragraph 272.

273. GEO denies each and every allegation in Paragraph 273.

///

///

DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES

**THIRD CAUSE OF ACTION**

**Cal. Civ. Code § 1714(a)**

**PREMISES LIABILITY**

**(ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)**

274. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 273.

275. GEO admits that it operates and manages the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 275.

276. The allegations in Paragraph 276 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 276.

277. GEO denies each and every allegation in Paragraph 277.

278. GEO denies each and every allegation in Paragraph 278.

279. GEO admits that Spartan Chemical Company provided certain information regarding HDQ Neutral to the Adelanto Facility including a Safety Data Sheet. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 279.

280. GEO denies each and every allegation in Paragraph 280.

281. GEO denies each and every allegation in Paragraph 281.

282. GEO denies each and every allegation in Paragraph 282.

283. GEO denies each and every allegation in Paragraph 283.

284. GEO denies each and every allegation in Paragraph 284.

285. GEO denies each and every allegation in Paragraph 285.

**FOURTH CAUSE OF ACTION**

**Cal. Civ. Code § 1710(3)**

**CONCEALMENT**

**(ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)**

286. GEO restates and incorporates by reference herein its responses to

22

Paragraphs 1 through 285.

287.   GEO denies each and every allegation in Paragraph 287.

288.   GEO denies each and every allegation in Paragraph 288.

289.   GEO denies each and every allegation in Paragraph 289.

290.   The allegations in Paragraph 290 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 290.

291.   GEO denies each and every allegation in Paragraph 291.

292.   GEO denies each and every allegation in Paragraph 292.

293.   GEO denies each and every allegation in Paragraph 293.

294.   GEO denies each and every allegation in Paragraph 294.

295.   GEO denies each and every allegation in Paragraph 295.

296.   GEO denies each and every allegation in Paragraph 296.

### FIFTH CAUSE OF ACTION

### Cal. Civ. Code § 1710(1)

### INTENTIONAL MISREPRESENTATION

### (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

297.   GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 296.

298.   GEO denies each and every allegation in Paragraph 298.

299.   GEO denies each and every allegation in Paragraph 299.

300.   GEO denies each and every allegation in Paragraph 300.

301.   GEO denies each and every allegation in Paragraph 301.

302.   GEO denies each and every allegation in Paragraph 302.

303.   GEO denies each and every allegation in Paragraph 303.

304.   GEO denies each and every allegation in Paragraph 304.

305.   GEO denies each and every allegation in Paragraph 305.

306.   GEO denies each and every allegation in Paragraph 306.

307.    GEO denies each and every allegation in Paragraph 307.

## SIXTH CAUSE OF ACTION

## Cal. Civ. Code § 1710(2)

## NEGLIGENT MISREPRESENTATION

## (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

308.    GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 307.

309.    GEO denies each and every allegation in Paragraph 309.

310.    GEO denies each and every allegation in Paragraph 310.

311.    GEO denies each and every allegation in Paragraph 311.

312.    GEO denies each and every allegation in Paragraph 312.

313.    GEO denies each and every allegation in Paragraph 313.

314.    GEO denies each and every allegation in Paragraph 314.

315.    GEO denies each and every allegation in Paragraph 315.

316.    GEO denies each and every allegation in Paragraph 316.

## PRAYER

317.    In answering the Prayer for Relief, GEO denies that Plaintiff and the Detained Class are entitled to any of the relief they seek. GEO denies that this matter is suitable for class certification. GEO affirmatively alleges that Plaintiff lacks standing to assert claims on behalf of other individuals, that Plaintiff lacks standing to seek declaratory and/or injunctive relief, and that Plaintiff is not a proper class representative.

## GENERAL DENIAL

GEO denies any allegations of the Complaint, whether express or implied, that are not expressly admitted, denied, or qualified herein.

## AFFIRMATIVE DEFENSES

GEO sets forth the following affirmative defenses without waiving its right to

24

require Plaintiffs to meet their burdens of production and proof on any cause of action or issue and without assuming any burden of production or proof not otherwise imposed on GEO.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. GEO alleges that the Complaint, and each cause of action alleged therein, fails to state facts sufficient to constitute a claim for relief against it.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2. The Complaint, and each cause of action alleged therein, is barred, in whole or in part, by the applicable statutes of limitations, including, but not limited to, California Code of Civil Procedure §§ 335.1 and 340.8, and other such state or federal statutes of limitations as may be applicable.

## THIRD AFFIRMATIVE DEFENSE

### (Lack of Causation)

3. GEO alleges that to the extent any Plaintiff and/or putative class member has suffered injury, said injury being expressly denied, there is no causal connection between GEO's activities and said injury.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

4. The Complaint, and each cause of action alleged therein, is barred in whole or in part by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

### (Comparative/Contributory Negligence or Fault)

5. If Plaintiffs and/or any putative class member suffered damages, which GEO expressly denies, such damages were directly caused in full or in part by Plaintiffs' and/or any putative class member's own actions or their negligence and/or recklessness, and/or that of a third party for which GEO bears no responsibility. The court should

therefore allocate or apportion liability based on fault or degree of responsibility.

## SIXTH AFFIRMATIVE DEFENSE

### (Superseding or Intervening Independent Cause)

6.     GEO alleges that any and all wrongful acts alleged in the Complaint, including any and all violations, losses, injuries, or damages alleged therein, were the result of superseding or intervening causes arising from acts or omissions of individuals and/or entities which GEO neither controlled, nor had the legal right to control, and for which GEO is not responsible. Therefore, any and all such alleged violations, losses, injuries, or damages were not proximately caused by any act, omission, or other conduct of GEO.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Injury in Fact)

7.     GEO alleges that Plaintiffs and/or any putative class member have not suffered any injury in fact caused by any alleged conduct or omission by GEO.

## EIGHTH AFFIRMATIVE DEFENSE

### (Compliance with Laws)

8.     All conduct and activity of GEO alleged in the Complaint conformed to or exceeded the requirements of all statutes, regulations, other enforceable standards and/or industry standards applicable at the time of such conduct or activity.

## NINTH AFFIRMATIVE DEFENSE

### (Reasonableness and Good Faith)

9.     GEO acted reasonably and in good faith at all times material herein.

## TENTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

10.     The Complaint, and each cause of action alleged therein, is barred by the equitable doctrines of waiver and estoppel.

///

///

26

**DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES**

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

11.    Plaintiffs and/or any putative class member are barred from recovering any damages, or any recovery must be reduced, by virtue of Plaintiffs' and/or any putative class member's failure to exercise reasonable diligence to mitigate alleged damages or injuries.

## TWELFTH AFFIRMATIVE DEFENSE

### (Proximate Cause)

12.    No act or omission of GEO was the proximate cause of any injuries, costs or damages alleged by Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Express and/or Implied Consent)

13.    Plaintiffs and/or any putative class member are barred from seeking relief for any damages, costs, or losses that may have resulted from any acts or omissions alleged in the Complaint because Plaintiffs and/or any putative class member expressly and/or impliedly consented to, or had knowledge of, all such alleged activities.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Due Care)

14.    At all times relevant hereto, GEO acted with due care and otherwise conducted itself reasonably under the circumstances.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Standard of Care Met)

15.    All acts and conduct of GEO, as alleged in the Complaint, conformed to and were pursuant to statutes, government regulations, and industry standards, based upon the state of knowledge existing at all material times alleged in the Complaint.

///

///

///

27

DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Unforeseeable, Preexisting Conditions)

16.    To the extent that all or part of the Plaintiffs and/or any putative class member's alleged injuries and damages were legally caused or contributed to by his or her unforeseeable, preexisting conditions and/or susceptibility, GEO is not liable.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Punitive Damages)

17.    Plaintiffs' claims for exemplary and punitive damages are barred in that Plaintiffs have failed to raise sufficient allegations of malice, oppression or fraud and have failed to raise sufficient allegations to comply with the requirements of California Civil Code section 3294.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Offset)

18.    Any recovery on Plaintiffs' Complaint, or any purported cause of action alleged therein, must be reduced or offset by the amounts of reimbursements, payments credits or discounts, or other consideration Plaintiffs and/or any putative class member received from others, including collateral sources.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Class Action – Standing)

19.    Plaintiffs are barred from relief to the extent that Plaintiffs lack standing to bring some or all of the alleged causes of action against GEO, either individually or as a representative of the proposed class.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Class Action – Certification Prerequisites)

20.    GEO alleges that Plaintiffs cannot satisfy the prerequisites for class certification and therefore cannot represent the interests of others.

///

///

DEFENDANT THE GEO GROUP, INC.'S ANSWER TO CLASS ACTION COMPLAINT FOR DAMAGES

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Class Action – Lack of Predominance)

21.    GEO alleges that the types of claims alleged by Plaintiffs on behalf of themselves and the putative class they purport to represent are matters in which individual questions dominate and thus are not appropriate for class treatment.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Class Action – Lack of Commonality)

22.    GEO alleges that Plaintiffs are not similarly situated to other potential members of the alleged putative class they purport to represent and thus are inadequate representatives of this alleged putative class.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Class Action – Typicality)

23.    GEO alleges that certain of the interests of Plaintiffs and/or the alleged putative class are in conflict with the interests of all or certain subgroups of the members of the putative class.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Class Action – Lack of Superiority)

24.    GEO alleges that Plaintiffs have not shown and cannot show that class treatment of the purported causes of action in their Complaint is superior to other methods of adjudicating the controversy.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Class Action – Improper Class Representatives)

25.    GEO alleges that Plaintiffs are not proper or adequate class representatives.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Class Wide Injury)

26.    GEO alleges that there has been no class wide injury as alleged in the Complaint. The alleged injuries for which recovery is sought by the named Plaintiffs

29

on behalf of the putative class cannot be recovered without proof by each alleged class member as to the specific facts underlying the alleged wrongful acts by GEO and the damages allegedly suffered as a direct and proximate result of each such alleged acts.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Justification and Necessity)

27. Plaintiffs' Complaint, and each cause of action therein, is barred by the doctrines of justification and necessity.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Act of God)

28. GEO alleges that the alleged events and alleged damages as set forth in Plaintiffs' Complaint were the result of an Act of God.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

29. Plaintiffs and/or any putative class member have adequate remedies at law, as alleged in the Complaint, and any and all equitable claims alleged therein, including but not limited to those based on injunctive relief, are barred.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Failure to Plead Fraud with Particularity)

30. Plaintiffs' Complaint, and each cause of action therein, fails to assert sufficient facts to support fraud-based claims by each Plaintiff and/or any putative class member.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (State of Emergency)

31. GEO alleges that the alleged events and alleged damages as set forth in Plaintiffs' Complaint were the result of the declared national emergency concerning COVID-19.

///

///

30

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

32.    GEO reserves the right to amend its Answer to Plaintiff's Complaint to assert additional defenses, withdraw defenses, and/or add counterclaims as may become necessary after reasonable opportunity, or discovery has occurred, up through and including trial in this matter.

## PRAYER

WHEREFORE, GEO respectfully requests:

1.    That Plaintiffs take nothing by the Complaint;

2.    A dismissal of the Complaint with prejudice and an award of GEO's reasonable attorneys' fees to the extent permitted by law;

3.    Judgment in favor of GEO and against Plaintiffs;

4.    Costs of suit herein; and

5.    Such other and further relief, legal and equitable, that the Court may deem proper.

DATED:  July 20, 2023          Respectfully submitted,

EDGCOMB LAW GROUP, LLP,


By: /s/ Gabriel J. Padilla
Tiffany R. Hedgpeth
Gabriel J. Padilla
thedgpeth@edgcomb-law.com
gpadilla@edgcomb-law.com
*Attorneys for Defendant*
*The GEO Group, Inc.*

31

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to FRCP 38(b) and Local Rule 38-1, GEO demands a jury trial on all issues so triable.


DATED:  July 20, 2023               Respectfully submitted,

EDGCOMB LAW GROUP, LLP,

By: <u>/s/ Gabriel J. Padilla</u>
Tiffany R. Hedgpeth
Gabriel J. Padilla
thedgpeth@edgcomb-law.com
gpadilla@edgcomb-law.com
*Attorneys for Defendant*
*The GEO Group, Inc.*

32