| Attorney or Party without Attorney:<br><br>Gabriel J. Padilla (SBN 227591)<br>EDGCOMB LAW GROUP, LLP<br>2102 BUSINESS CENTER DRIVE STE. 130, #651<br>IRVINE, CA 92612-1001<br>Telephone No: 818-683-6904 | | For Court Use Only |
|---|---|---|
| Attorney For: Defendant | Ref. No. or File No.:<br>RONDUEN V GEO GROUP INC | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: LIGAYA RONDUEN, et al.<br>Defendant: THE GEO GROUP, INC., a Florida corporation | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:23-CV-00481 JGB SHK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS ON A THIRD-PARTY COMPLAINT; DEFENDANT THE GEO GROUP, INC.'S THIRD-PARTY COMPLAINT; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; STANDING ORDER; ORDER RE TRANSFER TO GENERAL ORDER 21-01 (RELATED CASES); SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; NOTICE OF RELATED CASES; NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER FOR CASE ASSIGNED TO JUDGE DALE S. FISCHER

3. a. Party served: SPARTAN CHEMICAL COMPANY, INC.
   b. Person served: DIANA RUIZ, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT

4. Address where the party was served: 330 N Brand Blvd, Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 24 2023 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was: 272.88

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

07/25/2023
(Date)

_____
(Signature)



**PROOF OF SERVICE**

9233390
(6009636)