# EXHIBIT A

| Case No. | No. 23-cv-00481 |
|---|---|
| Case Name | *Ronduen et al v. Geo Group, INC* |

| Matter | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
|---|---|---|---|
| Jury Trial   *or*   Court Trial **(Tuesday at 9:00 a.m.)** Length: **15** Days | **January 7, 2025** | May 13, 2025 | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday - two (2) weeks before trial date)** | **December 23, 2024** | April 28, 2025 | |
| Last Date to Conduct Settlement Conference | **December 5, 2024** | February 7, 2025 | |
| Last Date to *Hear* Non-discovery Motions (Monday at 9:00 a.m.) | **November 4, 2024** | 120 days after class cert. ruling | |
| Close of Expert Discovery | **October 16, 2024** | 90 days after class cert ruling | |
| Expert Disclosure (Initial) - Expert Disclosure (Rebuttal) - Expert Report Plaintiffs | Initial Report: **July 29, 2024** Rebuttal Report: **September 9, 2024** | Initial Report: 30 days after class cert Rebuttal: 60 days after class cert ruling | |
| Class Certification Hearing | See Section J of Report for Plaintiffs' Position | November 4, 2024 | |
| Reply in support of Motion for Class Certification | See Section J of Report for Plaintiffs' Position | October 4, 2024 | |
| Response to Motion for Class Certification | See Section J of Report for Plaintiffs' Position | September 13, 2024 | |
| Last day to file Motion for Class Certification | See Section J of Report for Plaintiffs' Position | July 19, 2024 | |

| | | | |
|---|---|---|---|
| Expert Disclosure (Rebuttal) (Class Cert.) | See Section J of Report for Plaintiffs' Position | May 20, 2024 | |
| Expert Disclosure (Initial) (Class Cert.) | See Section J of Report for Plaintiffs' Position | April 22, 2024 | |
| Non-Expert Discovery Cut-Off (including hearing all discovery motions) | **July 15, 2024** | 90 days after class cert ruling | |
| Last Date to Amend Pleadings or Add Parties | **June 10, 2024** | January 15, 2024 | |

ADR [L.R. 16-15] Settlement Choice:

    G  Attorney Settlement Officer Panel

    G  Private Mediation

    G  Magistrate Judge