Name and address:
VORYS, SATER, SEYMOUR AND PEASE LLP
Cory D. Catignani (SBN 332551)
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
949-526-7904
949-383-2385 Fax
cdcatignani@vorys.com
Attorneys for Spartan Chemical Company, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.<br><br>PLAINTIFF(S)<br>v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>5:23-cv-00481 JGB(SHKx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Cory D. Catignani                                           CA Bar Number: 332551

Firm or agency: VORYS, SATER, SEYMOUR AND PEASE LLP

Address: 4675 MacArthur Court, Suite 700

Telephone Number: 949-526-7904                    Fax Number: 949-383-2385

E-mail: cdcatignani@vorys.com

Counsel of record for the following party or parties: Spartan Chemical Company, Inc.

Other members of the same firm or agency also seeking to withdraw:

G-01 (06/13)                **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**                Page 1 of 2

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: **David D. Mesa**          CA Bar Number: **257488**

Firm or agency: **FisherBroyles, LLP**

Address: **530 Lytton Avenue, Second Floor**

Telephone Number: **(415) 915-4415**          Fax Number: **(415) 890-4845**

E-mail: **david.mesa@fisherbroyles.com**

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 12/19/2023          Signature: /s/ Cory D. Catignani

          Name:     Cory D. Catignani

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 12/21/2023          Signature:

          Name:     David D. Mesa

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 12/20/2023          Signature:

          Name:     Justin Black

          Title:    CFO and Secretary

## <u>CERTIFICATE OF SERVICE</u>

I, Emma M. Garcia, declare:

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 4675 MacArthur Court, Suite 700, Newport Beach, CA 92660.

On April 22, 2024, I served the document described as **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** on the interested parties to this action addressed as follows on this service list:

☒      **BY ELECTRONIC SUBMISSION** as follows:  I served the above-listed document(s) described via the United States District Court's Electronic Filing Program on the designated reciepients via electronic transmission through the CM/ECF system on the Court's website. Thr Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Regist4ration as a CM/ECF user consititutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed April 22, 2024, at Newport Beach, California.

_____
Emma M. Garcia

- 1 -
CERTIFICATE OF SERVICE