**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| LIGAYA RONDUEN, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:23-cv-00481 JGB(SHKx) |
| v. | |
| THE GEO GROUP, INC. a Florida corporation, | (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

[x] The Court hereby orders that the request of:

Spartan Chemical Company, Inc. ☐ Plaintiff ☐ Defendant [x] Other   Third Party Defendant
*Name of Party*

[x] to substitute   David D. Mesa   who is

[x] Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

530 Lytton Avenue, Second Floor
*Street Address*

Palo Alto, CA                         david.mesa@fisherbroyles.com
*City, State, Zip*                    *E-Mail Address*

415-915-4415            415-890-4845            257488
*Telephone Number*      *Fax Number*           *State Bar Number*

as attorney of record instead of   Cory D. Catignani
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** [x] **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of | Cory D. Catignani from Vorys, Sater, Seymour and Pease, LLP |
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for | Spartan Chemical Company, Inc. |

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   June 12, 2024

U. S. District Judge/~~U.S. Magistrate Judge~~