UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>    Defendant.<br><br>AND RELATED CROSS-ACTION | Case No. 23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**ORDER RE CONTINUING EXPERT AND DISCOVERY DEADLINES PENDING RULING ON DEFENDANT'S MOTION TO CONTINUE**<br><br>Judge: Hon. Jesus G. Bernal<br><br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani<br><br>Trial: January 28, 2025 |

Having considered the stipulation of the parties, and finding good cause therefore, the Court hereby orders as follows:

1. The deadline for the initial designation of expert witnesses shall be continued to September 4, 2024;

2. The deadline for the designation of rebuttal expert witnesses shall be continued to September 18, 2024; and

3. The discovery cut-off, including for discovery-related motions, shall be continued to October 16, 2024.

IT IS SO ORDERED.

Dated: July 18, 2024

Hon. Jesus G. Bernal
United States District Judge