UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>        Defendant.<br><br>_____<br><br>AND RELATED CROSS-ACTION | Case No. ED23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE EXPERT AND DISCOVERY DEADLINES PENDING RULING ON DEFENDANT'S MOTION TO CONTINUE**<br><br>Trial:   January 28, 2025 |

Having considered the stipulation of the parties, and finding good cause therefore, the Court hereby orders as follows:

1.     The deadline for the initial designation of expert witnesses shall be continued to October 4, 2024;

2.     The deadline for the designation of rebuttal expert witnesses shall be continued to October 18, 2024; and

3.     The discovery cut-off, including for discovery-related motions, shall be continued to November 15, 2024.

IT IS SO ORDERED.

Dated: _____September 11, 2024_____

_____
Hon. Jesus G. Bernal

- 1 -
ORDER GRANTING SECOND JOINT STIPULATION TO
CONTINUE EXPERT DISCOVERY DEADLINES