SOCIAL JUSTICE LEGAL FOUNDATION
Sara Haji (SBN 330834)
shaji@socialjusticelaw.org
Vanessa M. Domenichelli (SBN 326867)
vdomenichelli@socialjusticelaw.org
Marjorie Menza (SBN 321512)
mmenza@socialjusticelaw.org
523 West 6th Street, Suite 450
Los Angeles, California 90014
Telephone: (213) 542-5241

HUESTON HENNIGAN LLP
John C. Hueston (SBN 164921)
jhueston@hueston.com
Robert N. Klieger (SBN 196962)
rklieger@hueston.com
Emily Michael Munson (SBN 338433)
emunson@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Defendant.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10,<br><br>Third-Party Defendants. | Case No. 23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF CESAR HERNANDEZ CARRILLO**<br><br>Judge: Hon. Jesus G. Bernal<br><br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani<br><br>Trial: August 5, 2025 |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE CESAR HERNANDEZ

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff Cesar Hernandez Carrillo, Defendant and Third-Party Plaintiff The GEO Group, Inc., and Third-Party Defendant Spartan Chemical Company, through their respective counsel of record that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Plaintiff Cesar Hernandez Carrillo dismisses all claims in the above captioned lawsuit, without prejudice, against The GEO Group, Inc.; and

2. Each party shall bear its own attorneys' fees and costs related to Plaintiff Cesar Hernandez Carrillo's claims in the above captioned lawsuit.

**IT IS SO STIPULATED**.

Dated: October 15, 2024          SOCIAL JUSTICE LEGAL FOUNDATION

By: _____
Sara Haji
Marjorie Menza
Vanessa Domenichelli

*Attorneys for Plaintiffs*

HUESTON HENNIGAN LLP

By: _____
Emily Michael Munson

*Attorneys for Plaintiffs*

Dated: October 15, 2024          EDGCOMB LAW GROUP, LLP

By: */s/ Tiffany R. Hedgpeth\**
Tiffany R. Hedgpeth
Gabriel J. Padilla

*Attorneys for Defendant and Third-Party Plaintiff The GEO Group, Inc.*

- 1 -
JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CESAR HERNANDEZ

4874-0493-6174, v. 1

| | | |
|---|---|---|
| 1 | Dated: October 15, 2024 | PIERSON FERDINAND LLP |
| 2 | | |
| 3 | | By: */s/ David D. Mesa*\* |
| 4 | | David D. Mesa |
| 5 | | *Attorneys for Third-Party Defendant Spartan Chemical Company, Inc.* |
| 6 | | |
| 7 | Dated: October 15, 2024 | SHUMAKER, LOOP & KENDRICK, LLP |
| 8 | | |
| 9 | | By: */s/ Gregory H. Wagoner*\* |
| 10 | | Gregory H. Wagoner |
| | | Evan J. Bunis |
| 11 | | *Attorneys for Third-Party Defendant Spartan Chemical Company, Inc.* |

\*Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatory attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.