UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>        Defendant. | Case No. 23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF CESAR HERNANDEZ CARRILLO** |
| AND RELATED CROSS-ACTION | Judge:  Hon. Jesus G. Bernal<br><br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani<br><br>Trial:   January 28, 2025 |

# [PROPOSED] ORDER

**WHEREFORE,** the Court having considered Plaintiffs' Notice of Motion and Motion for Leave to File First Amended Complaint, and all papers filed in support of and in opposition to the motion, IT IS HEREBY ORDERED THAT the motion is GRANTED and that the First Amended Complaint, attached to the Motion for Leave, is hereby filed into the record.

IT IS SO ORDERED.

Dated: _____                    _____

                                                    Hon. Jesus G. Bernal

---

- 1 -

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO PLAINTIFF CESAR HERNANDEZ CARRILLO