## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligaya Ronduen, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>The Geo Group, Inc.<br><br>Defendant(s) | CASE NUMBER:<br><br>5:23-cv-00481-JGB-SHK<br><br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Shashi H. Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Zoom Webinar video conference is scheduled in this matter for  Jan. 8, 2025  at  10:00 a.m.

Please visit: https://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani to obtain the Zoom Webinar link or dial-in information.

Recording or rebroadcasting of the proceeding is strictly prohibited.

Dated:     December 20, 2024                    By:           D. Castellanos
                                                                              Deputy Clerk