UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>    Defendants.<br><br>───────────────────────<br><br>AND RELATED CROSS-ACTION | Case No. 23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT AND DISCOVERY DEADLINES PENDING RULING ON DEFENDANT'S MOTION TO CONTINUE**<br><br>Judge:  Hon. Jesus G. Bernal<br><br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani<br><br>Trial:  August 5, 2025 |

ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT AND DISCOVERY DEADLINES

## **ORDER**

Having considered the stipulation of the parties, and finding good cause therefore, the Court hereby orders as follows:

1. The deadline for the initial designation of expert witnesses shall be continued to February 20, 2025;

2. The deadline for the designation of rebuttal expert witnesses shall be continued to March 26, 2025; and

3. The discovery cut-off, including for discovery-related motions, shall be continued to April 11, 2025.

4. All other pre-trial dates remain as scheduled in the Court's August 26, 2024 order (ECF 104).

IT IS SO ORDERED.

Dated:   January 23, 2025

Hon. Jesus G. Bernal

- 1 -
ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT AND DISCOVERY DEADLINES