FRED M. BLUM (SBN 101586)
Fblum@eghblaw.com
MICHAEL E. GALLAGHER (SBN 195592)
mgallagher@eghblaw.com
DANIEL TROWBRIDGE (SBN 301301)
dtrowbridge@eghblaw.com
EDLIN, GALLAGHER, HUIE + BLUM LLP
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339


GABRIEL J. PADILLA (SBN 227591)
gpadilla@edgcomb-law.com
2102 Business Center Dr., Ste. 130, #651
Irvine, CA   92612-1001
Telephone: (818) 683-6904

Attorneys for *The GEO Group, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN; CARLOS CASTILLO; MIRIAM SCHEETZ; WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; and YOLANDA MENDOZA, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>THE GEO GROUP, INC., a Florida corporation,<br>         Defendants | Case No.: 5:23-cv-00481 JGB(SHKx)<br>[CLASS ACTION]<br><br>**DEFENDANT THE GEO GROUP, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**<br><br>Trial Date:       August 5, 2025<br>Complaint Filed:   March 20, 2023 |

Defendant The GEO Group, Inc. ("GEO") hereby Answers the First Amended Class Action Complaint for Damages of Plaintiffs Ligaya Ronduen; Carlos Castillo; Miriam Scheetz; Wilfredo Gonzalez Mena; Somboon Phaymany; and Yolanda Mendoza ("Plaintiffs") as follows:

## INTRODUCTION

1.      The allegations in Paragraph 1 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 1.

2.      GEO denies each and every allegation in Paragraph 2.

3.      GEO admits that it manages and operates correctional, detention, and community reentry facilities in the United States, including the Adelanto Immigration and Customs Enforcement ("ICE") Processing Center (the "Adelanto Facility"). Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 3.

4.      GEO admits that at some point in 2020, a public health crisis concerning COVID-19 was declared in the United States. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 4.

5.      GEO denies each and every allegation in Paragraph 5.

6.      GEO admits precautions were taken to limit visitors to the Adelanto Facility for a period of time in order to prevent exposing detainees and staff to risks associated with the COVID-19 pandemic. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 6.

7.      GEO admits that HDQ Neutral was used as a cleaning disinfectant at the Adelanto Facility for a period of time prior to the COVID-19 pandemic. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 7.

8.      GEO denies each and every allegation in Paragraph 8.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

9.      GEO admits that Defendant Spartan Chemical authorized distributors and certified service technicians were required to provide monthly service calls to monitor and adjust as necessary the dispensing equipment to assure the proper ration is dispensing for each application.  GEO lacks sufficient knowledge to admit or deny the remaining allegations in Paragraph 9, and on that basis, denies them.

10.     GEO denies each and every allegation in Paragraph 10.

11.     GEO denies each and every allegation in Paragraph 11.

12.     GEO denies each and every allegation in Paragraph 12.

13.     GEO admits that it informed Congress that it was utilizing HDQ Neutral at the Adelanto Facility for approximately nine years. GEO denies the remaining allegation in Paragraph 13.

14.     GEO denies each and every allegation in Paragraph 14.

15.     GEO denies each and every allegation in Paragraph 15.

16.     GEO denies each and every allegation in Paragraph 16.

17.     GEO denies each and every allegation in Paragraph 17.

18.     GEO denies each and every allegation in Paragraph 18.

19.     The allegations in Paragraph 19 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 19.

20.     The allegations in Paragraph 20 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 20.

21.     The allegations in Paragraph 21 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 21.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

## JURISDICTION AND VENUE

22.    GEO admits that Plaintiffs have brought this action pursuant to 28 U.S.C. § 1332(d). GEO also admits that its headquarters are located in Florida. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 22.

23.    The allegations in Paragraph 23 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 23.

## PARTIES

24.    GEO admits that Plaintiff Ligaya Ronduen was detained at the Adelanto Facility from approximately December 18, 2018 until November 2023. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and on that basis, denies those allegations.

25.    GEO admits that Plaintiff Carlos Castillo was detained at the Adelanto Facility from July 19, 2019 to September, 2024. GEO has insufficient information to form a belief as to the truth of the remaining allegations in Paragraph 25, and, on that basis, denies those allegations.

26.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and, on that basis, denies those allegations.

27.    GEO admits that Plaintiff Wilfredo Gonzalez Mena was detained at the Adelanto Facility for a period of time. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 27 and, on that basis, denies those allegations.

28.    GEO admits that Plaintiff Somboon Phaymany was detained by ICE at the Adelanto Facility for a period of time. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 28 and, on that basis, denies those allegations.

5799950

DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

29. GEO admits that Plaintiff Yolanda Mendoza was detained by ICE at the Adelanto Facility for a period of time. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29 and, on that basis, denies those allegations.

30. GEO denies that it is a private company headquartered at 624 NW 53rd Street, Suite 700, Boca Raton, Florida, 33487. GEO's principal office is located at 4955 Technology Way Boca Raton FL, 33431. GEO admits that it manages the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 30.

31. On information and belief, GEO admits that Defendant Spartan Chemical has offices located at 1110 Spartan Dr, Maumee, Ohio 43537. Geo admits that Defendant Spartan Chemical sold HDQ Neutral to GEO for use at other facilities in the United States. Geo lack sufficient information to admit or deny the remaining allegations in Paragraph 31.

## FACTUAL ALLEGATIONS

**A. The allegations in Heading A are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading A.**

32. GEO is without knowledge sufficient to form a belief as to the truth of the allegations that each of the Plaintiffs and Detained Class were, or are, currently held at the Adelanto Facility. GEO admits the Adelanto Facility has capacity for approximately 1,940 detainees. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 32.

33. GEO admits that ICE's Performance-Based National Detention Standards ("PBNDS") and COVID-19 Pandemic Response Requirements ("PRR") apply to its

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

operation and management of the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 33.

34.    GEO admits the PRR requires compliance with certain Center for Disease Control and Prevention ("CDC") guidelines. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 34.

35.    GEO admits the CDC provides regulations, standards, and guidelines relating to carceral facilities. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 35.

36.    GEO admits it provides access to proper medical care and treatment for all detainees at the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 36.

37.    GEO admits all detainees at the Adelanto Facility are provided with competent, trustworthy, and complete medical care. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 37.

**B.    The allegations in Heading B are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading B.**

**1.    The allegations in Heading B1. are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading B1.**

38.    GEO admits it has purchased disinfecting or cleaning supplies from Spartan Chemical since approximately 2011.

39.    Geo admits Paragraph 39.

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

40.     Geo admits that Defendant Spartan Chemical had numerous responsibilities, and agreed upon pricing, as set forth in the agreement referenced in Paragraph 39.  Geo denies the remaining allegations in Paragraph 40.

41.     GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and, on that basis, denies those allegations.

**C.     The allegations in Heading C1. are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading C1.**

42. GEO admits paragraph 42.

43. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43, and on that basis denies each and every allegation in Paragraph 43.

44. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44, and on that basis denies each and every allegation in Paragraph 44.

45.     GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and, on that basis, denies each and every allegation in Paragraph 45.

46.     GEO admits Spartan Chemical Company supplied it with HDQ Neutral. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 46 and, on that basis, denies each and every allegation in Paragraph 46.

47.     GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and, on that basis, denies each and every allegation in Paragraph 47.

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

48. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and, on that basis, denies each and every allegation in Paragraph 48.

49. GEO admits that Spartan Chemical Company provided certain information regarding HDQ Neutral to the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 49.

1. **The allegations in Heading C2. are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading C2.**

50. GEO admits that HDQ Neutral was used as a cleaning disinfectant at the Adelanto Facility for a period of time. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 45.

51. GEO admits that it manages and operates the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 46.

52. GEO admits it had access to safety information about HDQ Neutral. GEO lacks sufficient information to admit or deny the remaining allegations in Paragraph 52, and on that basis, denies all remaining allegations in Paragraph 52.

53. GEO admits HDQ Neutral should be used on non-porous surfaces. GEO admits it must follow EPA and FIFRA regulations with regard to the use of HDQ Neutral. GEO denies the all remaining allegation in Paragraph 53.

///

///

///

///

///

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

**2.      The allegations in Heading C3. are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading C3.**

54.      54. GEO admits that at some point in 2020, a public health crisis and a national emergency concerning COVID-19 were declared in the United States. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 54.

55.      GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and, on that basis, denies each and every allegation in Paragraph 55.

56.      GEO denies each and every allegation in Paragraph 56.

57.      GEO admits visitation to the Adelanto Facility was restricted at the beginning of the COVID-19 pandemic for safety reasons. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 57 and, on that basis, denies those allegations.

58.      GEO denies each and every allegation in Paragraph 58.

59.      GEO denies each and every allegation in Paragraph 59.

60.      GEO admits that EPA conducted a virtual inspection of the Adelanto Facility on July 29, 2020. GEO also admits that EPA subsequently issued a Notice of Warning to GEO. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 59 and, on that basis, denies those allegations.

61.      GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and, on that basis, denies those allegations.

62.      GEO denies each and every allegation in Paragraph 62.

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

63.     GEO denies each and every allegation in Paragraph 63.

**3.      The allegations in Heading C4. are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading C4.**

64.     GEO admits that HDQ Neutral was used as a cleaning disinfectant at the Adelanto Facility for a period of time prior to February 2020. GEO also admits that HDQ Neutral was used at the Adelanto Facility for a period of time in 2020 to control the virus SARS-CoV-2 and as a COVID-19 safety measure. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 64.

65.     GEO admits that for a period of time HDQ Neutral was used at the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 65.

66.     GEO denies each and every allegation in Paragraph 66.

67.     GEO denies each and every allegation in Paragraph 67.

68.     GEO denies each and every allegation in Paragraph 68.

69.     GEO denies each and every allegation in Paragraph 69.

70.     GEO denies each and every allegation in Paragraph 70.

**4.      The allegations in Heading C5. are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading C5.**

71.     GEO denies each and every allegation in Paragraph 71.

72.     GEO denies each and every allegation in Paragraph 72.

73.     GEO denies each and every allegation in Paragraph 73.

74.     GEO denies each and every allegation in Paragraph 74.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

75. GEO denies each and every allegation in Paragraph 75.

76. GEO denies each and every allegation in Paragraph 76.

77. GEO denies each and every allegation in Paragraph 77.

**5.** **The allegations in Heading C6. are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading C6.**

78. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and, on that basis, denies those allegations.

79. GEO denies each and every allegation in Paragraph 79.

80. GEO denies each and every allegation in Paragraph 80.

81. GEO admits that it provided protective masks to detainees. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 81.

82. GEO denies each and every allegation in Paragraph 82.

83. GEO denies each and every allegation in Paragraph 83.

84. GEO denies each and every allegation in Paragraph 84.

85. GEO denies each and every allegation in Paragraph 85.

86. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and, on that basis, denies those allegations.

87. GEO denies each and every allegation in Paragraph 87.

88. GEO denies each and every allegation in Paragraph 88.

///

///

///

///

///

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

**6.** **The allegations in Heading C7. are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading C7.**

89.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and, on that basis, denies those allegations.

90.   GEO admits product use guidelines were issued and that it followed all relevant guidelines. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and, on that basis, denies those allegations.

91.   GEO states that the referenced document speaks for itself.

92.   GEO denies each and every allegation in Paragraph 92.

93.   GEO admits that in keeping with its obligations under the Statement of Work, Spartan conducted regulator or semi-regular in-person inspections of the Facility.  GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 93 and, on that basis, denies those allegations.

94.   GEO admits that Defendant Spartan Chemical authorized distributors and certified service technicians were to provide monthly services calls to monitor and adjust as necessary the dispensing equipment to assure the proper ratio is dispensing for each application.  GEO denies all remaining allegations in Paragraph 94.

95.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and, on that basis, denies those allegations.

96.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and, on that basis, denies those allegations.

5799950

DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

97. GEO admits that Mr. Janecka stated the concentration was set by Spartan Chemical Company. GEO lacks sufficient information to admit or deny the remaining allegations in Paragraph 97.

98. GEO denies each and every allegation in Paragraph 98.

**D. The allegations in Heading D are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D.**

 **1. <u>The allegations in Heading D1 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D1.</u>**

99. GEO denies each and every allegation in Paragraph 99.

100. GEO denies each and every allegation in Paragraph 100.

101. GEO denies each and every allegation in Paragraph 101.

102. GEO denies each and every allegation in Paragraph 102.

103. GEO denies each and every allegation in Paragraph 103.

 **2. <u>The allegations in Heading D2 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D2.</u>**

104. GEO denies each and every allegation in Paragraph 104.

105. GEO denies each and every allegation in Paragraph 105.

106. GEO denies each and every allegation in Paragraph 106.

107. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 and, on that basis, denies those allegations.

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

108.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and, on that basis, denies those allegations.

109.   GEO denies each and every allegation in Paragraph 109.

**3.     The allegations in Heading D3 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D3.**

110.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and, on that basis, denies those allegations.

111.   GEO denies each and every allegation in Paragraph 111.

112.   GEO denies each and every allegation in Paragraph 112.

113.   GEO denies each and every allegation in Paragraph 113.

114.   GEO denies each and every allegation in Paragraph 114.

**4.     The allegations in Heading D4 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D4.**

115.   GEO denies each and every allegation in Paragraph 115.

116.   GEO denies each and every allegation in Paragraph 116.

117.   GEO denies each and every allegation in Paragraph 117.

118.   GEO admits that it used HDQ Neutral at the Adelanto Facility in accordance with care. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 118.

119.   GEO denies each and every allegation in Paragraph 119.

120.   GEO denies each and every allegation in Paragraph 120.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

121.   GEO admits that GEO Chairman and CEO George C. Zoley appeared via video conference before the Subcommittee on Border Security, Facilitation, and Operations on July 13, 2020. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 121.

122.   GEO admits the paraphrased colloquy described in Paragraph 122.

123.   GEO denies each and every allegation in Paragraph 123.

**5.   The allegations in Heading D5 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D5.**

124.   GEO admits that Defendant Spartan Chemical designed, provided, adjusted and maintained the chemical dispensers used throughout the Adelanto detention facility.  GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 124 and, on that basis, denies those allegations, particularly as they pertain to Spartan Chemical.

125.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and, on that basis, denies all allegations.

**6.   The allegations in Heading D6 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D6.**

126.   GEO admits that Spartan Chemical published all labels, warnings and signage for HDQ nuetral throughout the Adelanto Facility.  GEO lacks sufficient information to admit or deny the remaining allegations in Paragraph 126 which pertain to Spartan Chemical.127.   GEO is without knowledge or information sufficient to form

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

a belief as to the truth of the allegations in Paragraph 127 and, on that basis, denies those allegations.

> **a.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Heading D6(a) and, on that basis, denies those allegations.**

128.    GEO admits that Defendant Spartan Chemical provided containment cages.  GEO denies the remaining allegations in Paragraph 128.

129.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and, on that basis, denies those allegations.

> **b.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Heading D6(B) and, on that basis, denies those allegations.**

130.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and, on that basis, denies those allegations.

131.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 and, on that basis, denies those allegations.

132.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and, on that basis, denies those allegations.

> **7.    The allegations in Heading D7 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D7.**

133.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 and, on that basis, denies those allegations.

///

///

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

**8.** **The allegations in Heading D8 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D8.**

134. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 and, on that basis, denies those allegations.

    **a.** **The allegations in Heading D8(a) are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D8(a).**

135. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and, on that basis, denies those allegations.

    **b.** **The allegations in Heading D8(b) are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D8(b).**

136. GEO admits there were labels provided by Defendant Spartan Chemical. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 136 and, on that basis, denies those allegations.

137. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 137 and, on that basis, denies those allegations.

138. GEO admits that FIFRA governs the labeling requirements for HDQ Neutral. GEO denies the remaining allegations in Paragraph 138.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

139.   GEO admits that FIFRA governs the labeling requirements for HDQ Neutral.  GEO denies the remaining allegations in Paragraph 139.

140.   GEO admits that FIFRA governs the labeling requirements for HDQ Neutral.  GEO denies the remaining allegations in Paragraph 140.

141.   GEO admits that FIFRA governs the labeling requirements for HDQ Neutral.  GEO denies the remaining allegations in Paragraph 141.

142.   GEO denies Paragraph 142.

**c.   The allegations in Heading D8(c) are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D8(c).**

143.   GEO denies Paragraph 143.

144.   GEO denies Paragraph 144.

145.   GEO denies Paragraph 145.

**9.   <u>The allegations in Heading D9 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Heading D9.</u>**

146.   GEO denies Paragraph 146.

**<u>NAMED PLAINTIFFS' FACTUAL ALLEGATIONS</u>**

147.   GEO admits Plaintiffs were or have been detained by ICE at the Adelanto Facility for a period of time. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 147.

148.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 and, on that basis, denies those allegations.

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

149. GEO denies each and every allegation in Paragraph 149.

**Plaintiff Ligaya Ronduen**

150. GEO admits that Plaintiff Ligaya Ronduen is currently detained by ICE at the Adelanto Facility. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 150 and, on that basis, denies those allegations.

151. GEO denies each and every allegation in Paragraph 151.

152. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 and, on that basis, denies those allegations.

153. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 and, on that basis, denies those allegations.

154. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154 and, on that basis, denies those allegations.

155. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155 and, on that basis, denies those allegations.

156. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156 and, on that basis, denies those allegations.

157. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157 and, on that basis, denies those allegations.

158. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 and, on that basis, denies those allegations.

159. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 and, on that basis, denies those allegations.

160. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 and, on that basis, denies those allegations.

161. GEO is without knowledge or information sufficient to form a belief as to

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

the truth of the allegations in Paragraph 161 and, on that basis, denies those allegations.

162.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 and, on that basis, denies those allegations.

163.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 and, on that basis, denies those allegations.

164.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 and, on that basis, denies those allegations.

165.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165 and, on that basis, denies those allegations.

166.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 and, on that basis, denies those allegations.

167.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 and, on that basis, denies those allegations.

168.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168 and, on that basis, denies those allegations.

169.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 and, on that basis, denies those allegations.

**Plaintiff Carlos Castillo**

170.   GEO admits that Plaintiff Carlos Castillo was detained by ICE at the Adelanto Facility. GEO also admits that Plaintiff Castillo was housed in a housing unit while detained. GEO is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 170 and, on that basis, denies those allegations.

171.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 and, on that basis, denies those allegations.

172.   GEO is without knowledge or information sufficient to form a belief as to

5799950

DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

the truth of the allegations in Paragraph 172 and, on that basis, denies those allegations.

173.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173 and, on that basis, denies those allegations.

174.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174 and, on that basis, denies those allegations.

175.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175 and, on that basis, denies those allegations.

176.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 and, on that basis, denies those allegations.

177.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 and, on that basis, denies those allegations.

178.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 and, on that basis, denies those allegations.

179.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179 and, on that basis, denies those allegations.

180.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 and, on that basis, denies those allegations.

181.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 and, on that basis, denies those allegations.

182.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 and, on that basis, denies those allegations.

183.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 and, on that basis, denies those allegations.

184.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184 and, on that basis, denies those allegations.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

185.   The allegations in Paragraph 185 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 185.

**Plaintiff Miriam Scheetz**

186.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186 and, on that basis, denies those allegations.

187.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187 and, on that basis, denies those allegations.

188.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and, on that basis, denies those allegations.

189.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189 and, on that basis, denies those allegations.

190.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190 and, on that basis, denies those allegations.

191.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191 and, on that basis, denies those allegations.

192.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192 and, on that basis, denies those allegations.

193.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193 and, on that basis, denies those allegations.

194.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 and, on that basis, denies those allegations.

195.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195 and, on that basis, denies those allegations.

196.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 and, on that basis, denies those allegations.

5799950

DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

197. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 and, on that basis, denies those allegations.

198. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and, on that basis, denies those allegations.

199. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and, on that basis, denies those allegations.

200. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 and, on that basis, denies those allegations.

201. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and, on that basis, denies those allegations.

202. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 and, on that basis, denies those allegations.

203. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 and, on that basis, denies those allegations.

204. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and, on that basis, denies those allegations.

205. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and, on that basis, denies those allegations.

206. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206 and, on that basis, denies those allegations.

207. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207 and, on that basis, denies those allegations.

208. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 and, on that basis, denies those allegations.

209. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and, on that basis, denies those allegations.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

210.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210 and, on that basis, denies those allegations.

211.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 and, on that basis, denies those allegations.

212.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 and, on that basis, denies those allegations.

213.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 and, on that basis, denies those allegations.

**Plaintiff Wilfredo Gonzalez Mena**

214.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214 and, on that basis, denies those allegations.

215.  GEO admits that Plaintiff Wilfredo Gonzalez Mena was detained by ICE at the Adelanto Facility for a period of time. GEO also admits that Plaintiff Mena was first housed in a housing unit and then housed in a dormitory while detained. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 215.

216.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216 and, on that basis, denies those allegations.

217.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217 and, on that basis, denies those allegations.

218.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 and, on that basis, denies those allegations.

219.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219 and, on that basis, denies those allegations.

220.  GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220 and, on that basis, denies those allegations.

221.  GEO is without knowledge or information sufficient to form a belief as to

5799950

the truth of the allegations in Paragraph 221 and, on that basis, denies those allegations.

222. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222 and, on that basis, denies those allegations.

223. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223 and, on that basis, denies those allegations.

**Plaintiff Somboon Phaymany**

224. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224 and, on that basis, denies those allegations.

225. GEO admits that Plaintiff Somboon Phaymany was detained by ICE at the Adelanto Facility for a period of time. GEO also admits that Plaintiff Phaymany was housed in a housing unit while detained. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 225.

226. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226 and, on that basis, denies those allegations.

227. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227 and, on that basis, denies those allegations.

228. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228 and, on that basis, denies those allegations.

229. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 and, on that basis, denies those allegations.

230. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 and, on that basis, denies those allegations.

231. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231 and, on that basis, denies those allegations.

232. GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232 and, on that basis, denies those allegations.

5799950

233.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233 and, on that basis, denies those allegations.

234.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234 and, on that basis, denies those allegations.

**Plaintiff Yolanda Mendoza**

235.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235 and, on that basis, denies those allegations.

236.   GEO admits that Plaintiff Yolanda Mendoza was detained by ICE at the Adelanto Facility for a period of time. GEO also admits that Plaintiff Mendoza was housed in a dormitory while detained.

237.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237 and, on that basis, denies those allegations.

238.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238 and, on that basis, denies those allegations.

239.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 and, on that basis, denies those allegations.

240.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240 and, on that basis, denies those allegations.

241.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241 and, on that basis, denies those allegations.

242.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242 and, on that basis, denies those allegations.

243.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243 and, on that basis, denies those allegations.

244.   GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244 and, on that basis, denies those allegations.

5799950

245.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 and, on that basis, denies those allegations.

246.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 and, on that basis, denies those allegations.

247.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247 and, on that basis, denies those allegations.

## CLASS ALLEGATIONS

248.    The allegations in Paragraph 248 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 248.

249.    The allegations in Paragraph 249 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 249.

250.    GEO denies each and every allegation in Paragraph 250.

251.    GEO denies each and every allegation in Paragraph 251.

252.    GEO denies each and every allegation in Paragraph 252.

253.    GEO denies each and every allegation in Paragraph 253.

254.    GEO denies each and every allegation in Paragraph 254.

255.    GEO denies each and every allegation in Paragraph 255.

256.    GEO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256 and, on that basis, denies those allegations.

257.    GEO denies each and every allegation in Paragraph 257.

258.    The allegations in Paragraph 258 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 258.

///

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

# CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### Cal. Civ. Code § 1714(a)

### NEGLIGENCE

### (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

259.   GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 258.

260.   The allegations in Paragraph 260 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO denies each and every allegation in Paragraph 260.

261.   The allegations in Paragraph 261 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 261 and, on that basis, denies those allegations.

262.   The allegations in Paragraph 262 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 262 and, on that basis, denies those allegations.

263.   The allegations in Paragraph 263 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 263 and, on that basis, denies those allegations.

264.   The allegations in Paragraph 264 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 264 and, on that basis, denies those allegations.

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

265. The allegations in Paragraph 265 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent Plaintiffs contend GEO did not use HDQ Neutral as recommended by the manufacturer, GEO denies this allegation. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 265 and, on that basis, denies those allegations.

266. The allegations in Paragraph 266 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 266 and, on that basis, denies those allegations.

267. The allegations in Paragraph 267 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 267 and, on that basis, denies those allegations.

268. The allegations in Paragraph 268 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 268 and, on that basis, denies those allegations.

269. The allegations in Paragraph 269 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 269 and, on that basis, denies those allegations.

270. The allegations in Paragraph 270 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 270 and, on that basis, denies those allegations.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

271. The allegations in Paragraph 271 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 271 and, on that basis, denies those allegations.

272. The allegations in Paragraph 272 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 272 and, on that basis, denies those allegations.

273. The allegations in Paragraph 273 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 273 and, on that basis, denies those allegations.

274. The allegations in Paragraph 274 are a statement of the nature of the action with legal conclusions to which no response is required. To the extent an answer is otherwise required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 274 and, on that basis, denies those allegations.

## SECOND CAUSE OF ACTION

## BATTERY

### (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

275. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 274.

276. GEO denies each and every allegation in Paragraph 276.

277. GEO denies each and every allegation in Paragraph 277.

278. GEO denies each and every allegation in Paragraph 278.

279. GEO denies each and every allegation in Paragraph 279.

280. GEO denies each and every allegation in Paragraph 280.

5799950

DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

281. GEO denies each and every allegation in Paragraph 281.

282. GEO denies each and every allegation in Paragraph 282.

### THIRD CAUSE OF ACTION

### Cal. Civ. Code § 1714(a)

### PREMISES LIABILITY

### (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

283. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 282.

284. GEO admits that it operates and manages the Adelanto Facility. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 284.

285. The allegations in Paragraph 285 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 285.

286. GEO denies each and every allegation in Paragraph 286.

287. GEO denies each and every allegation in Paragraph 287.

288. GEO admits that Spartan Chemical Company provided certain information regarding HDQ Neutral to the Adelanto Facility including a Safety Data Sheet. Except as expressly admitted, GEO denies each and every remaining allegation in Paragraph 288.

289. GEO denies each and every allegation in Paragraph 289.

290. GEO denies each and every allegation in Paragraph 290.

291. GEO denies each and every allegation in Paragraph 291.

292. GEO denies each and every allegation in Paragraph 292.

293. GEO denies each and every allegation in Paragraph 293.

294. GEO denies each and every allegation in Paragraph 294.

///

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

## FOURTH CAUSE OF ACTION

### Cal. Civ. Code § 1710(3)

### CONCEALMENT

### (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

295. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 294.

296. The allegations in Paragraph 296 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 296.

297. The allegations in Paragraph 297 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 297.

298. The allegations in Paragraph 298 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 298.

299. The allegations in Paragraph 299 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 299.

300. GEO denies each and every allegation in Paragraph 300.

301. GEO denies each and every allegation in Paragraph 301.

302. GEO denies each and every allegation in Paragraph 302.

303. GEO denies each and every allegation in Paragraph 303.

304. The allegations in Paragraph 304 constitute legal conclusions to which no response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 304.

305. The allegations in Paragraph 305 constitute legal conclusions to which no

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

response is required. To the extent a response is required, GEO denies each and every allegation in Paragraph 305.

## FIFTH CAUSE OF ACTION

### Cal. Civ. Code § 1710(1)

### INTENTIONAL MISREPRESENTATION

### (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

306. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 305.

307. GEO denies each and every allegation in Paragraph 307.

308. GEO denies each and every allegation in Paragraph 308.

309. GEO denies each and every allegation in Paragraph 309.

310. GEO denies each and every allegation in Paragraph 310.

311. GEO denies each and every allegation in Paragraph 311.

312. GEO denies each and every allegation in Paragraph 312.

313. GEO denies each and every allegation in Paragraph 313.

314. GEO denies each and every allegation in Paragraph 314.

315. GEO denies each and every allegation in Paragraph 315.

316. GEO denies each and every allegation in Paragraph 316.


## SIXTH CAUSE OF ACTION

### Cal. Civ. Code § 1710(2)

### NEGLIGENT MISREPRESENTATION

### (ON BEHALF OF PLAINTIFFS AND THE DETAINED CLASS)

317. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 316.

318. GEO denies each and every allegation in Paragraph 318.

5799950

DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

319.   GEO denies each and every allegation in Paragraph 319.

320.   GEO denies each and every allegation in Paragraph 320.

321.   GEO denies each and every allegation in Paragraph 321.

322.   GEO denies each and every allegation in Paragraph 322.

323.   GEO denies each and every allegation in Paragraph 323.

324.   GEO denies each and every allegation in Paragraph 324.

325.   GEO denies each and every allegation in Paragraph 325.

## SEVENTH CAUSE OF ACTION

## DESIGN DEFECT - STRICT LIABILITY

**(Against Spartan Chemical on Behalf of Plaintiffs and the Detained Class)**

326. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 325.

327.  GEO admits that Spartan Chemical manufactured, provided and serviced the Spartan chemical dispensers in use during the period throughout the Adelanto Detention Facility.  To the extent not expressly admitted, GEO denies all other allegations made in Paragraph 327.

328. The allegations in Paragraph 328 constitute legal conclusions to which no response is required. To the extent a response is required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 328 and, on that basis, denies those allegations.

329. The allegations in Paragraph 329 constitute legal conclusions to which no response is required. To the extent a response is required, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 329 and, on that basis, denies those allegations.

330. GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 330 and, on that basis, denies those allegations.

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

## EIGHTH CAUSE OF ACTION

## FAILURE TO WARN - STRICT LIABILITY

### (Against Spartan Chemical on Behalf of Plaintiffs and the Detained Class)

331. GEO restates and incorporates by reference herein its responses to Paragraphs 1 through 330.

332. GEO admits the allegations in Paragraph 332.

333. As the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 333 and, on that basis, denies those allegations.

334. As the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 334 and, on that basis, denies those allegations.

335. As the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 335 and, on that basis, denies those allegations.

336. As the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 335 and, on that basis, denies those allegations.

337. GEO denies the allegations in Paragraph 337.

338. The allegations in Paragraph 338 constitute legal conclusions to which no response is required. To the extent a response is required, as the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 338 and, on that basis, denies those allegations.

///

///

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

## NINTH CAUSE OF ACTION

## FAILURE TO WARN - NEGLIGENCE

### (Against Spartan Chemical on Behalf of Plaintiffs and the Detained Class)

339. GEO admits that Spartan Chemical manufactured, provided and serviced the Spartan chemical dispensers in use during the Class period throughout the Adelanto Detention Facility.

340. The allegations in Paragraph 340 constitute legal conclusions to which no response is required. To the extent a response is required, as the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 340 and, on that basis, denies those allegations.

341. The allegations in Paragraph 341 constitute legal conclusions to which no response is required. To the extent a response is required, as the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 341 and, on that basis, denies those allegations.

342. The allegations in Paragraph 342 constitute legal conclusions to which no response is required. To the extent a response is required, as the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 342 and, on that basis, denies those allegations.

343. The allegations in Paragraph 343 constitute legal conclusions to which no response is required. To the extent a response is required, as the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 343 and, on that basis, denies those allegations.

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

344.   The allegations in Paragraph 344 constitute legal conclusions to which no response is required. To the extent a response is required, as the contentions in this Paragraph and Cause of Action relate solely to Spartan Chemical, GEO is without sufficient information to form a belief as to the truth of the allegations in Paragraph 344 and, on that basis, denies those allegations.

## PRAYER

In answering the Prayer for Relief, GEO denies that Plaintiff and the Detained Class are entitled to any of the relief they seek. GEO denies that this matter is suitable for class certification. GEO affirmatively alleges that Plaintiff lacks standing to assert claims on behalf of other individuals, that Plaintiff lacks standing to seek declaratory and/or injunctive relief, and that Plaintiff is not a proper class representative.

## GENERAL DENIAL

GEO denies any allegations of the Complaint, whether express or implied, that are not expressly admitted, denied, or qualified herein.

## AFFIRMATIVE DEFENSES

GEO sets forth the following affirmative defenses without waiving its right to require Plaintiffs to meet their burdens of production and proof on any cause of action or issue and without assuming any burden of production or proof not otherwise imposed on GEO.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.   GEO alleges that the Complaint, and each cause of action alleged therein, fails to state facts sufficient to constitute a claim for relief against it.

///

///

///

5799950

DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2.     The Complaint, and each cause of action alleged therein, is barred, in whole or in part, by the applicable statutes of limitations, including, but not limited to, California Code of Civil Procedure §§ 335.1 and 340.8, and other such state or federal statutes of limitations as may be applicable.

## THIRD AFFIRMATIVE DEFENSE

### (Lack of Causation)

3.     GEO alleges that to the extent any Plaintiff and/or putative class member has suffered injury, said injury being expressly denied, there is no causal connection between GEO's activities and said injury.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

4.     The Complaint, and each cause of action alleged therein, is barred in whole or in part by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

### (Comparative/Contributory Negligence or Fault)

5.     If Plaintiffs and/or any putative class member suffered damages, which GEO expressly denies, such damages were directly caused in full or in part by Plaintiffs' and/or any putative class member's own actions or their negligence and/or recklessness, and/or that of a third party for which GEO bears no responsibility.  The court should therefore allocate or apportion liability based on fault or degree of responsibility.

## SIXTH AFFIRMATIVE DEFENSE

### (Superseding or Intervening Independent Cause)

6.     GEO alleges that any and all wrongful acts alleged in the Complaint, including any and all violations, losses, injuries, or damages alleged therein, were the

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

result of superseding or intervening causes arising from acts or omissions of individuals and/or entities which GEO neither controlled, nor had the legal right to control, and for which GEO is not responsible. Therefore, any and all such alleged violations, losses, injuries, or damages were not proximately caused by any act, omission, or other conduct of GEO.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Injury in Fact)

7.      GEO alleges that Plaintiffs and/or any putative class member have not suffered any injury in fact caused by any alleged conduct or omission by GEO.

## EIGHTH AFFIRMATIVE DEFENSE

### (Compliance with Laws)

8.      All conduct and activity of GEO alleged in the Complaint conformed to or exceeded the requirements of all statutes, regulations, other enforceable standards and/or industry standards applicable at the time of such conduct or activity.

## NINTH AFFIRMATIVE DEFENSE

### (Reasonableness and Good Faith)

9.      GEO acted reasonably and in good faith at all times material herein.

## TENTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

10.     The Complaint, and each cause of action alleged therein, is barred by the equitable doctrines of waiver and estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

11.     Plaintiffs and/or any putative class member are barred from recovering any damages, or any recovery must be reduced, by virtue of Plaintiffs' and/or any putative class member's failure to exercise reasonable diligence to mitigate alleged

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

damages or injuries.

## TWELFTH AFFIRMATIVE DEFENSE

### (Proximate Cause)

12.   No act or omission of GEO was the proximate cause of any injuries, costs or damages alleged by Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Express and/or Implied Consent)

13.   Plaintiffs and/or any putative class member are barred from seeking relief for any damages, costs, or losses that may have resulted from any acts or omissions alleged in the Complaint because Plaintiffs and/or any putative class member expressly and/or impliedly consented to, or had knowledge of, all such alleged activities.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Due Care)

14.   At all times relevant hereto, GEO acted with due care and otherwise conducted itself reasonably under the circumstances.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Standard of Care Met)

15.   All acts and conduct of GEO, as alleged in the Complaint, conformed to and were pursuant to statutes, government regulations, and industry standards, based upon the state of knowledge existing at all material times alleged in the Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Unforeseeable, Preexisting Conditions)

16.   To the extent that all or part of the Plaintiffs and/or any putative class member's alleged injuries and damages were legally caused or contributed to by his or her unforeseeable, preexisting conditions and/or susceptibility, GEO is not liable.

///

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Punitive Damages)

17.     Plaintiffs' claims for exemplary and punitive damages are barred in that Plaintiffs have failed to raise sufficient allegations of malice, oppression or fraud and have failed to raise sufficient allegations to comply with the requirements of California Civil Code section 3294.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Offset)

18.     Any recovery on Plaintiffs' Complaint, or any purported cause of action alleged therein, must be reduced or offset by the amounts of reimbursements, payments credits or discounts, or other consideration Plaintiffs and/or any putative class member received from others, including collateral sources.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Class Action – Standing)

19.     Plaintiffs are barred from relief to the extent that Plaintiffs lack standing to bring some or all of the alleged causes of action against GEO, either individually or as a representative of the proposed class.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Class Action – Certification Prerequisites)

20.     GEO alleges that Plaintiffs cannot satisfy the prerequisites for class certification and therefore cannot represent the interests of others.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Class Action – Lack of Predominance)

21.     GEO alleges that the types of claims alleged by Plaintiffs on behalf of themselves and the putative class they purport to represent are matters in which individual questions dominate and thus are not appropriate for class treatment.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Class Action – Lack of Commonality)

22.   GEO alleges that Plaintiffs are not similarly situated to other potential members of the alleged putative class they purport to represent and thus are inadequate representatives of this alleged putative class.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Class Action – Typicality)

23.   GEO alleges that certain of the interests of Plaintiffs and/or the alleged putative class are in conflict with the interests of all or certain subgroups of the members of the putative class.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Class Action – Lack of Superiority)

24.   GEO alleges that Plaintiffs have not shown and cannot show that class treatment of the purported causes of action in their Complaint is superior to other methods of adjudicating the controversy.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Class Action – Improper Class Representatives)

25.   GEO alleges that Plaintiffs are not proper or adequate class representatives.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Class Wide Injury)

26.   GEO alleges that there has been no class wide injury as alleged in the Complaint. The alleged injuries for which recovery is sought by the named Plaintiffs on behalf of the putative class cannot be recovered without proof by each alleged class member as to the specific facts underlying the alleged wrongful acts by GEO and the damages allegedly suffered as a direct and proximate result of each such alleged acts.

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Justification and Necessity)

27. Plaintiffs' Complaint, and each cause of action therein, is barred by the doctrines of justification and necessity.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Act of God)

28. GEO alleges that the alleged events and alleged damages as set forth in Plaintiffs' Complaint were the result of an Act of God.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

29. Plaintiffs and/or any putative class member have adequate remedies at law, as alleged in the Complaint, and any and all equitable claims alleged therein, including but not limited to those based on injunctive relief, are barred.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Failure to Plead Fraud with Particularity)

30. Plaintiffs' Complaint, and each cause of action therein, fails to assert sufficient facts to support fraud-based claims by each Plaintiff and/or any putative class member.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (State of Emergency)

31. GEO alleges that the alleged events and alleged damages as set forth in Plaintiffs' Complaint were the result of the declared national emergency concerning COVID-19.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

32. GEO reserves the right to amend its Answer to Plaintiff's Complaint to

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

assert additional defenses, withdraw defenses, and/or add counterclaims as may become necessary after reasonable opportunity, or discovery has occurred, up through and including trial in this matter.

## **PRAYER**

WHEREFORE, GEO respectfully requests:

1.     That Plaintiffs take nothing by the Complaint;

2.     That the Court deny certification of any class;

2.     A dismissal of the Complaint with prejudice and an award of GEO's reasonable attorneys' fees to the extent permitted by law;

3.     Judgment in favor of GEO and against Plaintiffs;

4.     Costs of suit herein; and

5.     Such other and further relief, legal and equitable, that the Court may deem proper.

DATED:  January 30, 2025          Respectfully submitted,


EDLIN GALLAHGER HUIE + BLUM,


By: */s/ Michael Gallagher*

Fred Blum
Michael Gallagher
Daniel Trowbridge
fblum@eghblaw.com
mgallagher@eghblaw.com
dtrowbridge@eghblaw.com
*Attorneys for Defendant*
*The GEO Group, Inc.*

5799950

---

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to FRCP 38(b) and Local Rule 38-1, GEO demands a jury trial on all issues so triable.


DATED:  January 30, 2025          Respectfully submitted,


EDLIN GALLAHGER HUIE + BLUM,


By: */s/ Michael Gallagher*

Fred Blum
Michael Gallagher
Daniel Trowbridge
fblum@eghblaw.com
mgallagher@eghblaw.com
dtrowbridge@eghblaw.com
*Attorneys for Defendant*
*The GEO Group, Inc.*

5799950

**DEF. THE GEO GROUP, INC.'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**