**PIERSON FERDINAND LLP**
DAVID D. MESA, State Bar No. 257488
*david.mesa@pierferd.com*
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone:  415.915.4415
Facsimile:   415.890.4845

Attorneys for Defendant and Third-Party Defendant
SPARTAN CHEMICAL COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LIGAYA RONDUEN, et al.,

      Plaintiffs,

      v.

THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation.

      Defendants.
_____

THE GEO GROUP, INC., a Florida corporation,

      Third-Party Plaintiff,

      v.

SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10;

      Third-Party Defendants.

Case No.:  5:23-cv-00481 JGB-SHK

[CLASS ACTION]

**ORDER GRANTING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT SPARTAN CHEMICAL COMPANY, INC. REGARDING EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**Trial Date:** August 5, 2025
**Complaint Filed:** March 20, 2023
**FAC Filed:** January 6, 2025

1

ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

The Court, having reviewed the STIPULATION BETWEEN PLAINTIFFS and DEFENDANT SPARTAN CHEMICAL COMPANY, INC. ("SPARTAN") REGARDING EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT, being familiar with the records of this action, and good cause appearing, hereby ORDERS as follows:

The Joint Stipulation between Plaintiffs and Defendant SPARTAN is granted. The deadline for SPARTAN to file an Answer to Plaintiffs' First Amended Complaint is extended to February 6, 2025.

IT IS SO ORDERED.

Dated: February 5, 2025

By: _____

Hon. Jesus G. Bernal
United States District Judge

2
ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO FILE AN
ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT