UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT, DISCOVERY, AND CORRESPONDING CASE DEADLINES (DKT. NO. 177)**<br><br>Judge:  Hon. Jesus G. Bernal<br><br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani<br><br>Trial:  August 5, 2025 |

ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT, DISCOVERY, AND CORRESPONDING CASE DEADLINES

## ORDER

Having considered the stipulation of the parties, and finding good cause therefore, the Court hereby orders as follows:

1.    The deadline for substantial completion of the parties' document productions shall be March 20, 2025;

2.    The deadline for the initial designation of expert witnesses shall be continued to April 17, 2025;

3.    The deadline for the designation of rebuttal expert witnesses shall be continued to May 21, 2025; and

4.    The discovery cut-off, including for discovery-related motions, shall be continued to June 13, 2025.

5.    The last day to conduct a settlement conference shall be continued to June 27, 2025.

6.    The dispositive motion hearing cut-off shall be continued to August 4, 2025.

7.    The final pretrial conference shall be continued to Monday, September 8, 2025, at 11:00 AM.

8.    The trial date shall be continued to Tuesday, September 30, 2025, at 9:00 AM.


IT IS SO ORDERED.


Dated:  February 18, 2025

_____
Hon. Jesus G. Bernal

- 1 -
ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT, DISCOVERY, AND CORRESPONDING CASE DEADLINES