UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>        Plaintiffs,<br><br>      vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 5:23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SUBSTANTIAL COMPLETION AND EXPERT DEADLINES**<br><br>Judge:  Hon. Jesus G. Bernal<br><br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani<br><br>Trial:  September 30, 2025 |

## ORDER

Having considered the stipulation of the parties, and finding good cause therefore, the Court hereby orders as follows:

1.    The deadline for substantial completion of the parties' document productions, other that Defendant GEO's spray logs, shall be continued to April 4, 2025;

2.    The deadline for the initial designation of expert witnesses shall be continued to May 2, 2025; and

3.    The deadline for the designation of rebuttal expert witnesses shall be continued to May 28, 2025.

4.    All other pre-trial dates remain as scheduled in the Court's February 18, 2025 order (ECF 185).

IT IS SO ORDERED.

Dated:  March 27, 2025

Hon. Jesus G. Bernal

- 1 -
ORDER GRANTING JOINT STIPULATION TO CONTINUE SUBSTANTIAL COMPLETION AND EXPERT DEADLINES