FRED M. BLUM (SBN 101586)
fblum@eghblaw.com
MICHAEL E. GALLAGHER (SBN 195592)
mgallagher@eghblaw.com
DANIEL TROWBRIDGE (SBN 301301)
dtrowbridge@eghblaw.com
EDLIN, GALLAGHER, HUIE + BLUM LLP
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant THE GEO GROUP, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE GEO GROUP, INC., et al.<br><br>        Defendants. | Case No. 5:23-cv-00481 JGB(SHKx)<br>[CLASS ACTION]<br><br>**JOINT STIPULATION FOR INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFFS MIRIAM SCHEETZ; WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA; AND PROPOSED ORDER** |
| AND RELATED THIRD-PARTY COMPLAINTS | Trial Date:     September 30, 2025<br>Complaint Filed: March 20, 2023<br>FAC Filed:     January 6, 2025 |

The following stipulation will govern the independent medical examinations of Plaintiffs Miriam Scheetz, Wilfredo Gonzalez Mena, Somboon Phaymany, and Yolanda Mendoza as well as the agreement that the independent medical examination of Plaintiffs Ligaya Ronduen and Carlos Castillo will not take place.

## I.    Examination Logistics

Each examination will be performed by Dr. Hung K. Cheung, M.D., M.P.H., F.A.C.O.E.M., a board-certified physician with subspecialties in occupational and

---

JOINT STIPULATION FOR IME's OF PLAINTIFFS MIRIAM SCHEETZ, WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA

1

environmental medicine.  A nurse will chaperone the examination by remote video conference.  Defendants will provide a C.V. for Dr. Cheung at least five business days before the first examination.  Dr. Cheung and any attending nurse will sign Exhibit A to the Amended Protective Order before conducting any independent medical examination of a Plaintiff.  A representative for Plaintiffs shall be present during each examination.

Each examination will be conducted for at most four hours, exclusive of breaks, and be completed on the scheduled day. The dates, times, and locations of any Plaintiff's examination will be treated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, as defined in the Amended Protective Order (ECF No. 166). The examination itself will be treated as CONFIDENTIAL.

Defendant GEO will reimburse Plaintiffs for their actual reasonable public transportation costs or mileage at the IRS rate for travel to and from the examinations.  Plaintiffs will provide this information to GEO within seven (7) days of their examinations and GEO will reimburse Plaintiffs within thirty (30) days of receipt.

A Spanish-language interpreter will be provided for the following Plaintiffs: Miriam Scheetz, Wilfredo Gonzalez Mena, and Yolanda Mendoza.  If either Party conducts an audio recording of the examination, they shall make a copy of the recording available within three business days of the examination. Any such audio recording will be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Any such audio recording shall be only used for the purpose of Dr. Cheung's preparation of any report and/or any expert's rebuttal report(s).

For Plaintiff Ligaya Ronduen, it is agreed that in exchange for Defendants agreeing not to request an independent medical examination, that Plaintiff Ronduen warrants and represents that she will not be claiming that she has suffered or has any current physical injury or symptoms resulting from the conduct of Defendants alleged in the Complaint or any Amended Complaint.

---

For Plaintiff Carlos Castillo, it is agreed that in exchange for Defendants agreeing not to request an independent medical examination, that Plaintiff Castillo warrants and represents that he will not be claiming that he has suffered or has any current physical injury or symptoms resulting from the conduct of Defendants alleged in the Complaint or any Amended Complaint.

## II.    Scope of Examinations

A physical examination will be conducted for the purposes of evaluating and assessing the nature and extent of Plaintiffs' physical injuries, if any, sustained as a result of the purported exposures to HDQ Neutral between February 1, 2020 and November 1, 2020, as well as Plaintiffs' residual complaints, injury, damage, and the cause or causes of the complaints, conditions and/or symptoms sustained as a result of the purported exposures to HDQ Neutral between February 1, 2020 and November 1, 2020.  This limitation is conditioned on the representation of Plaintiffs that their sole basis for claiming damages in this action is the purported exposures to HDQ Neutral between February 1, 2020 and November 1, 2020, and Defendants' purported conduct related thereto, and any residual effects of those exposures.

Plaintiff Scheetz has complained of itchy and watery eyes, inflammation in the eye area, irritation in her nose and throat, trouble breathing, coughing, nausea and vomiting, nose bleeds, bleeding in her mouth, headaches, dizziness, fainting, tightness in her chest, hair loss, and impacted sleep. As these are the exclusive physical symptom claims of Plaintiff Scheetz, the scope of examination will be limited to these conditions. Specifically, Dr. Cheung may conduct examinations of the eyes, nose, mouth, throat, scalp, respiratory system, digestive system, and neurological system of Plaintiff Scheetz.

Plaintiff Gonzalez Mena has complained of irritated and itchy skin and eyes, trouble breathing, a feeling of his throat constricting, deteriorated eyesight, a rash on his face, nose bleeds, nausea, dizziness, difficulty breathing, a persistent cough,

---

JOINT STIPULATION FOR IME's OF PLAINTIFFS MIRIAM SCHEETZ, WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA

3

and throat discomfort, irritation, and itchiness. As these are the exclusive physical symptom claims of Plaintiff Gonzalez Mena, the scope of examination will be limited to these conditions. Specifically, Dr. Cheung may conduct examinations of the skin, eyes, nose, throat, respiratory system, digestive system, and neurological system of Plaintiff Gonzalez Mena.

Plaintiff Mendoza has complained of irritated and itchy skin, trouble breathing, a feeling of her throat constricting, a rash on her face, nose bleeds, eye irritation, nausea, dizziness, nasal and throat irritation, persistent headaches, and deteriorated vision. As these are the exclusive physical symptom claims of Plaintiff Mendoza, the scope of examination will be limited to these conditions. Specifically, Dr. Cheung may conduct examinations of the skin, eyes, nose, throat, respiratory system, digestive system, and neurological system of Plaintiff Mendoza.

Plaintiff Phaymany has complained of irritated dry and itchy skin, trouble breathing, a feeling of his throat constricting, worsened eyesight, eye irritation, worsened asthma, a persistent cough, headaches, dizziness, nausea, nasal irritation including traces of blood in his nose, difficulty breathing, and throat discomfort, irritation, and itchiness. As these are the exclusive physical symptom claims of Plaintiff Phaymany, the scope of examination will be limited to these conditions. Specifically, Dr. Cheung may conduct examinations of the skin, eyes, throat, respiratory system, digestive system, and neurological system of Plaintiff Phaymany.

The examining physician may ask, and each Plaintiff shall answer, questions relating to the nature and extent of:

    a. The injuries alleged to have been sustained in the exposures that are the subject matter of this action;

    b. Present symptoms and/or conditions;

    c. Symptoms and/or conditions that are no longer present;

---

JOINT STIPULATION FOR IME's OF PLAINTIFFS MIRIAM SCHEETZ, WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA

4

      d.  Treatments that have been received for the past or present symptoms and/or conditions;

      e.  Medical history, including the manner in which the injuries were incurred;

      f.  Prior and subsequent injuries and conditions; and

      g.  Plaintiff's occupational and recreational history.

There shall be no inquiry, other than that which is necessary for the purposes of diagnosis and evaluation of Plaintiffs' claimed injuries and conditions, into the conduct, events, or circumstances alleged to have produced or contributed to subject matter of this litigation, or into Plaintiffs' personal histories.  To streamline this portion of the examination, Plaintiffs will each provide written responses to the questionnaire attached as Exhibit A to this protocol.  Plaintiffs will provide responses during the examination and in Exhibit A consistent with the parties' stipulation regarding garden variety emotional distress damages and the Court's October 4, 2024, Protective Order. (Dkt. No. 107.)  Plaintiffs will make best efforts to provide responses to Exhibit A to Defense Counsel at least 24 hours before their scheduled exam.

During the examinations, Plaintiffs will not be required to fill out any patient information forms of any type whatsoever, including, but not limited to "new patient" forms, insurance forms, identification forms, authorizations for records, arbitration forms, waivers and releases and will not be asked to do so by Dr. Hung K. Cheung or the attending nurse.

Dr. Hung K. Cheung and the attending nurse will not take any photographs, fingerprints, or other identification information from Plaintiffs, including, but not limited to driver's license, Social Security number, and home address.  Plaintiffs warrant that the persons who present themselves to Dr. Hung K. Cheung for examination will be the actual Plaintiff that is scheduled to be examined at that time.

---

JOINT STIPULATION FOR IME's OF PLAINTIFFS MIRIAM SCHEETZ, WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA

5

Plaintiffs will not to be questioned concerning their conversations with their attorneys, or any person affiliated with their attorneys.  Plaintiffs are not to be questioned concerning their attorney's evaluation of any of Plaintiffs' claims against Defendants, nor are Plaintiffs to be questioned about any discussions Plaintiffs have had with their counsel regarding such evaluations.

No invasive, protracted, or painful testing will take place.  No Plaintiff shall be required to disrobe.

No imaging (x-rays, CT Scans, MRIs) will be performed during the examinations.

### III.    Examination Reports and Data

Pursuant to Rule 35(b) of the Federal Rules of Civil Procedure, Plaintiffs request and Defendant shall provide a copy of all reports generated by Dr. Cheung based on the examination of each Plaintiff. The reports shall detail Dr. Cheung's findings, including diagnoses, conclusions, and the results of any tests. A copy of any actual tests, test answers, interpretative materials used, reports of tests, raw data generated, scoring and all test results regarding Plaintiffs shall be forwarded to Plaintiffs' attorneys with the report.  All reports generated by Dr. Cheung will be designated CONFIDENTIAL.

Upon delivery of the above reports, Plaintiffs shall produce within 3 working days pursuant to Rule 35(b)(3) like reports of all earlier or later examinations of the same condition(s) for each examined Plaintiff.

Subject to Paragraph 12.2 of the Amended Protective Order with respect to the completed Exhibit A forms, any audio recording of the examination(s), as well as the raw data generated and all test results regarding each Plaintiff (hereinafter "Data"), the parties agree to the following:

- Access to Data and testimony concerning Data is limited to Plaintiffs, Plaintiffs' counsel, Defendants' outside counsel, and experts

designated by the parties who are professionally qualified to use and interpret the Data.

- Defendants may share the general conclusions reached by Dr. Cheung with their clients and any insurer for the purposes of assessing the value of the matter or for settlement purposes.

- Data may be shared with any mediator or settlement officer, and their supporting personnel, for the purpose of settlement discussions, if mutually agreed upon by Plaintiffs and one or both of the Defendants.

- Use of Data is limited to only that which is required for the resolution of the pending action; Data will be affixed with a label or legend indicating that Data is subject to the terms of this Stipulation and may be used only for limited purposes in connection with this action.

- At the conclusion of the proceeding, and as provided in the Amended Protective Order in this matter, any Data in Defendants' counsel's possession will be destroyed, along with all copies thereof.

- The parties will comply with the Amended Protective Order and any local rules regarding filing documents under seal if the Data is sought to be disclosed in pleadings, testimony, exhibits, or other documents which would otherwise be available for public inspection.

Nothing in this stipulation precludes Dr. Cheung from testifying in any manner regarding his observations and conclusions drawn from these examinations in this litigation.

Nothing in this agreement shall be interpreted to waive any Plaintiff's psychotherapist-patient privilege.

Nothing in this agreement shall be interpreted to waive any objection to Dr. Cheung's qualifications as an expert, to the admissibility of any report prepared by Dr. Cheung, or to any testimony Dr. Cheung provides in this matter.

Date:   April 11, 2025          EDLIN, GALLAGHER, HUIE & BLUM LLP


By:          */s/ Daniel E. Trowbridge*
DANIEL E. TROWBRIDGE
Attorneys for Defendant THE GEO
GROUP, INC.


Dated: April 11, 2025          SOCIAL JUSTICE LEGAL
FOUNDATION


By:   */s/ Ashley Artmannn*
Ashley Artmann

*Attorneys for Plaintiffs*

Dated: April 11, 2025          HUESTON HENNIGAN LLP


By:          */s/ Emily Michael Munson*
Emily Michael Munson

*Attorneys for Plaintiffs*


Dated: April 11, 2025          PIERSON FERDINAND LLP


By:          */s/ David D. Mesa*
David D. Mesa

*Attorneys for Defendant and Third-Party
Defendant Spartan Chemical Company, Inc.*

---

JOINT STIPULATION FOR IME's OF PLAINTIFFS MIRIAM SCHEETZ, WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA

8

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatory attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 11, 2025                    EDLIN, GALLAGHER, HUIE & BLUM LLP


By:_____/s/ Daniel E. Trowbridge_____
    DANIEL E. TROWBRIDGE
    Attorneys for Defendant
    THE GEO GROUP, INC.