FRED M. BLUM (SBN 101586)
Fblum@eghblaw.com
MICHAEL E. GALLAGHER (SBN 195592)
mgallagher@eghblaw.com
DANIEL TROWBRIDGE (SBN 301301)
dtrowbridge@eghblaw.com
EDLIN, GALLAGHER, HUIE + BLUM LLP
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for THE GEO GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GEO GROUP, INC., et al. <br><br> Defendants. <br> ———————————————— <br><br> AND RELATED THIRD-PARTY COMPLAINTS <br> ———————————————— | Case No. 5:23-cv-00481 JGB(SHKx) <br> [CLASS ACTION] <br><br> **[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFFS MIRIAM SCHEETZ; WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA** <br><br> Trial Date:       September 30, 2025 <br> Complaint Filed:   March 20, 2023 <br> FAC Filed:       January 6, 2025 |

---

[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR IME'S OF PLAINTIFFS MIRIAM SCHEETZ, WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA

1

# **[PROPOSED] ORDER**

Having considered the stipulation of the parties, and finding good cause therefore, the Court hereby approves the Joint Stipulation for Independent Medical Examinations of Plaintiffs Miriam Scheetz; Wilfredo Gonzalez Mena; Somboon Phaymany; and Yolanda Mendoza.

Dated: __05/02/2025__

_____

Hon. Shashi H. Kewalramani

U.S. Magistrate Judge

[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR IME'S OF PLAINTIFFS MIRIAM SCHEETZ, WILFREDO GONZALEZ MENA; SOMBOON PHAYMANY; AND YOLANDA MENDOZA

2