## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligaya Ronduen et al <br><br> Plaintiff(s) <br> v. <br><br> The Geo Group, Inc. <br><br> Defendant(s) | CASE NUMBER: <br><br> 5:23-cv-00481-JGB-SHK <br><br> **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Shashi H. Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Zoom Webinar video conference is scheduled in this matter for __May 27, 2025__ at __3:30 p.m.__

Please visit: https://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani to obtain the Zoom Webinar link or dial-in information.

Recording or rebroadcasting of the proceeding is strictly prohibited.

Dated: _____May 23, 2025_____          By: ___R. Camacho for D. Castellanos___

                                                            Deputy Clerk