**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ligaya Ronduen et al | CASE NUMBER: |
| Plaintiff(s) | 5:23-cv-00481-JGB-SHK |
| v. | |
| The Geo Group, Inc. | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Shashi H. Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Zoom Webinar video conference is scheduled in this matter for ___June 10, 2025___ at ___3:30 p.m.___

Please visit: https://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani to obtain the Zoom Webinar link or dial-in information.

Recording or rebroadcasting of the proceeding is strictly prohibited.

Dated: ___June 9, 2025___          By: ___D. Castellanos___
                                                    Deputy Clerk