UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al., | Case No. 5:23-cv-00481-JGB (SHKx) |
| Plaintiffs, | [CLASS ACTION] |
| vs. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF FOR EXPERT WITNESS DEPOSITIONS** |
| THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation, | |
| Defendants. | Trial:   September 30, 2025 |
| AND RELATED CROSS-ACTION | |

## **ORDER**

Having considered the stipulation of the parties, and finding good cause therefore, the Court hereby orders as follows:

1.    The discovery cut-off for expert witness depositions and disputes arising therefrom, as well as disputes arising from fact depositions taken the week of June 9–13 and raised on or before June 13, 2025, shall be continued to June 27, 2025.

2.    The Parties will have until August 18, 2025 to conduct a settlement conference.

3.    All other pre-trial dates remain as scheduled in the Court's February 18, 2025 and March 27, 2025 orders (ECF 185, 189).

IT IS SO ORDERED.

Dated:   June 18, 2025

Hon. Jesus G. Bernal

- 1 -
ORDER GRANTING JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF FOR EXPERT WITNESS DEPOSITIONS