UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRE-TRIAL DATES AND SET BRIEFING SCHEDULE**<br><br>Judge:  Hon. Jesus G. Bernal<br><br>Magistrate Judge:<br>Hon. Shashi H. Kewalramani<br><br>Trial:  September 30, 2025 |

ORDER CONTINUING PRE-TRIAL DATES AND ENTERING BRIEFING SCHEDULE

**ORDER**

Having considered the stipulation of the parties, and finding good cause therefor, the Court hereby orders the case schedule below:

| Case Event | Current Deadline | Revised Deadline |
|---|---|---|
| Deadline for Designation of Rebuttal Expert Witnesses | *Completed* | *Completed* |
| Discovery Cut-Off for all discovery other than that expressly listed below | June 13, 2025 | *Fact discovery:* June 13, 2025<br><br>*Expert discovery:* June 27, 2025 |
| Filing of Defendants' summary judgment briefs and Plaintiffs' class certification brief | | June 30, 2025 |
| Deadline for hearings on (i) expert discovery disputes raised in writing by June 27, 2025; (ii) GEO's privilege designations already raised before the Magistrate Judge; (iii) disputes related to the two rescheduled depositions of GEO fact witnesses | June 13, 2025 | July 2, 2025 |
| Filing of opposition briefs on summary judgment and class certification | *None* | July 18, 2025 |
| Filing of reply briefs on summary judgment and class certification | *None* | August 4, 2025 |
| Dispositive Motion Hearing Cut-Off | August 4, 2025 | August 18, 2025 |
| Last Day to Conduct Settlement Conference | June 27, 2025 | September 1, 2025 |

- 1 -
ORDER CONTINUING PRE-TRIAL DATES AND ENTERING BRIEFING SCHEDULE

| Case Event | Current Deadline | Revised Deadline |
|---|---|---|
| Final Pretrial Conference | Monday, September 8, 2025 at 11:00 AM | *No change* |
| Trial Date | Tuesday, September 30, 2025 at 9:00 AM | *No change* |

The Court further finds good cause supports Plaintiffs' request to file an oversized brief in support of class certification and orders the following briefing limits:

- Memorandum in support of motion for class certification: up to 40 pages
- Oppositions to motion for class certification: up to 40 pages combined
- Reply in support of motion for class certification: up to 20 pages

Finally, the Court finds good cause supports Defendants' requests to file oversized briefs in support of their motions for summary judgment and orders the following briefing limits:

- Each Defendant's memorandum in support of summary judgment: up to 35 pages
- Plaintiffs' opposition to each Defendant's brief: up to 35 pages
- Each Defendant's reply in support of summary judgment: up to 18 pages.

IT IS SO ORDERED.

Dated:   June 18, 2025

Hon. Jesus G. Bernal

ORDER CONTINUING PRE-TRIAL DATES AND ENTERING BRIEFING SCHEDULE