# EXHIBIT A

 Outlook

---

## RE: [Ronduen v. GEO] Exchanging Confidential Exhibits/LR 79-5.2.2

---

**From** Daniel E. Trowbridge <dtrowbridge@eghblaw.com>

**Date** Sat 6/28/2025 12:07 PM

**To**   Sara Haji <shaji@socialjusticelaw.org>; David Mesa <david.mesa@pierferd.com>; Fred Blum <fblum@eghblaw.com>; Michael E. Gallagher <mgallagher@eghblaw.com>; Matthew Weiner <matthew.weiner@pierferd.com>

**Cc**   Adelanto Co-Counsel [EXT] <adelanto-cocounsel@socialjusticelaw.org>

GEO agrees.

**Daniel Trowbridge**

*Partner*

[Edlin Gallagher Huie + Blum](#)

601 Montgomery Street | Suite 1100 | San Francisco, CA 94111

direct (415) 403-4414 | main (415) 397-9006
fax (213) 652-1992

**[website](#) | [vCard](#) | [map](#) | [email](#)**

**San Francisco | Los Angeles**

This communication may contain privileged and confidential information and is intended only for the addressee(s). Any other use is prohibited. If you have received this message erroneously, please destroy it.

---

**From:** Sara Haji <shaji@socialjusticelaw.org>
**Sent:** Saturday, June 28, 2025 12:00 PM
**To:** David Mesa <david.mesa@pierferd.com>; Daniel E. Trowbridge <dtrowbridge@eghblaw.com>; Fred Blum <fblum@eghblaw.com>; Michael E. Gallagher <mgallagher@eghblaw.com>; Matthew Weiner <matthew.weiner@pierferd.com>
**Cc:** Adelanto Co-Counsel [EXT] <adelanto-cocounsel@socialjusticelaw.org>
**Subject:** Re: [Ronduen v. GEO] Exchanging Confidential Exhibits/LR 79-5.2.2

Thanks David, but this isn't workable unless GEO also agrees.

**Sara Haji**

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Social Justice Legal Foundation
T 213.259.2501

---

**From:** David Mesa <david.mesa@pierferd.com>
**Sent:** Saturday, June 28, 2025 11:12 AM
**To:** Sara Haji <shaji@socialjusticelaw.org>; Daniel E. Trowbridge <dtrowbridge@eghblaw.com>; fblum <fblum@eghblaw.com>; Michael E. Gallagher <mgallagher@eghblaw.com>; Matthew Weiner <matthew.weiner@pierferd.com>
**Cc:** Adelanto Co-Counsel [EXT] <adelanto-cocounsel@socialjusticelaw.org>
**Subject:** Re: [Ronduen v. GEO] Exchanging Confidential Exhibits/LR 79-5.2.2

Sara,
We just got the proposal yesterday afternoon and I was traveling back from a bench trial yesterday.  Spartan will stip to the proposal.
Best,
David


**David Mesa** | Founding Partner

**Pierson Ferdinand LLP**

Direct: 415.915.4415

david.mesa@pierferd.com

This email (and any attachment) is confidential, may be legally privileged, and is intended solely for this use of the individual or entity above addressed.  If you are not the intended recipient, then please immediately notify the sender, and delete the email (with attachment, if any) from your system.

---

**From:** Sara Haji <shaji@socialjusticelaw.org>
**Sent:** Saturday, June 28, 2025 11:07 AM
**To:** Daniel E. Trowbridge <dtrowbridge@eghblaw.com>; fblum <fblum@eghblaw.com>; Michael E. Gallagher <mgallagher@eghblaw.com>; David Mesa <david.mesa@pierferd.com>; Matthew Weiner <matthew.weiner@pierferd.com>
**Cc:** Adelanto Co-Counsel [EXT] <adelanto-cocounsel@socialjusticelaw.org>
**Subject:** Re: [Ronduen v. GEO] Exchanging Confidential Exhibits/LR 79-5.2.2

David and Daniel,

Having heard nothing from GEO or Spartan, we assume the parties will not be agreeing to the proposal below.  Plaintiffs will send a list of the documents we anticipate using that bear Defendants' confidentiality designations by mid-day today, and we'll look for any de-designations or proposed redactions by Sunday night.  Please provide us the same list for your respective motions today.

Best,
Sara

**Sara Haji**

Social Justice Legal Foundation

T 213.259.2501

---

**From:** Sara Haji <shaji@socialjusticelaw.org>
**Sent:** Friday, June 27, 2025 3:30 PM
**To:** Daniel E. Trowbridge <dtrowbridge@eghblaw.com>; Fred Blum <fblum@eghblaw.com>; Michael E. Gallagher <mgallagher@eghblaw.com>; David Mesa <david.mesa@pierferd.com>; Matthew Weiner <matthew.weiner@pierferd.com>
**Cc:** Adelanto Co-Counsel [EXT] <adelanto-cocounsel@socialjusticelaw.org>
**Subject:** [Ronduen v. GEO] Exchanging Confidential Exhibits/LR 79-5.2.2

Counsel,

Local Rule 79-5.2.2(b) requires the parties to confer over the material designated Highly Confidential or Confidential by another party three days in advance of filing.  That exchange of materials should take place today for Monday's filings.

Given today's deposition schedule and the volume of exhibits at issue between the three parties in the several motions, we propose that each party file under seal materials designated by the other parties as Highly Confidential or Confidential and allow the designating party to file redacted versions and a sealing declaration of the documents that should be maintained under seal within the 4 days required by LR 79-5.2.2(b)(i).  We have done this in other cases in C.D. Cal., including before Judge Bernal, and it has simplified the process for all parties so they need not reevaluate their designations and redactions to dozens of exhibits while preparing to file.

If GEO and Spartan agree, we propose each party include the following language in its motion to seal:

"Due to the number of documents the parties intend to file with their briefs for class certification and summary judgment, the parties agreed that: (1) the filing party will file under seal any documents designated highly confidential or confidential by another party; and (2) the designating party will submit redacted versions of their own documents and a supporting declaration within the 4-day requirement of C.D. Cal. Local Rule 79-5.2.2(b)(i).  The parties believe this procedure will most efficiently allow them to file one another's confidential documents and related redactions.  The parties reserve all rights to oppose the sealing of one another's documents as permitted."

Alternatively, the parties can provide today the list of Bates designated confidential/AEO by the other parties that they expect to use in support of their respective motions.  **Please let us know which option you'd prefer.**  We will file this e-mail as an exhibit with the Court to demonstrate Plaintiffs' compliance with the Local Rule.

Best,
Sara


**Sara Haji** she/her

Executive Director

Social Justice Legal Foundation

T 213.259.2501 | shaji@socialjusticelaw.org

*Schedule time with me here*

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.