## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ligaya Ronduen et al | CASE NUMBER: |
| Plaintiff(s) | 5:23-cv-00481-JGB-SHK |
| v. | |
| The Geo Group, Inc. | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Shashi H. Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Zoom Webinar video conference is scheduled in this matter for   July 2, 2025   at   10:00 a.m.

Please visit: https://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani to obtain the Zoom Webinar link or dial-in information.

Recording or rebroadcasting of the proceeding is strictly prohibited.

Dated:   July 1, 2025

By:   D. Castellanos
                    Deputy Clerk