SOCIAL JUSTICE LEGAL FOUNDATION
Sara Haji (SBN 330834)
shaji@socialjusticelaw.org
Ashley Artmann (SBN 319374)
aartmann@socialjusticelaw.org
523 West 6th Street, Suite 450
Los Angeles, California 90014
Telephone:   (213) 542-5241

HUESTON HENNIGAN LLP
John C. Hueston (SBN 164921)
jhueston@hueston.com
Robert N. Klieger (SBN 192962)
rklieger@hueston.com
Emily Michael Munson (SBN 338433)
emunson@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 866-4825

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>       Plaintiff,<br><br>   vs.<br><br>THE GEO GROUP, INC., a Florida corporation; and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>       Defendants. | Case No. 5:23-cv-00481 JGB(SHKx)<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR ORDER RE: REFILING MOTIONS AND RELATED PAPERS CONSISTENT WITH THE COURT'S JULY 21, 2025 ORDER**<br><br>[*Memorandum of Points and Authorities, Declaration of Ashley Artmann, and Proposed Order filed concurrently herewith*] |
| THE GEO GROUP, INC., a Florida corporation,<br><br>       Third-Party Plaintiff,<br><br>   vs.<br><br>SPARTAN CHEMICAL COMPANY, INC., and ROES 1-10,<br><br>       Third-Party Defendants. | Judge:      Hon. Jesus G. Bernal<br><br>Complaint Filed: March 20, 2023<br>FAC Filed:     January 6, 2025 |

PLAINTIFFS' EX PARTE APPLICATION FOR ORDER RE: REFILING MOTIONS AND RELATED PAPERS CONSISTENT WITH THE COURT'S JULY 21 ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Ligaya Ronduen, Carlos Castillo, Miriam Scheetz, Wilfredo Gonzalez Mena, Somboon Phaymany, and Yolanda Mendoza hereby move the Court ex parte for an order requiring the parties to refile their previously filed motions and related papers, including the already filed oppositions, consistent with the Court's July 21, 2025 Order.  ECF 305.

The application for an ex parte order is brought on the grounds that (1) Plaintiffs will be irreparably prejudiced if they are required to file a regularly noticed motion, which would not be heard before the parties' August 25, 2025 deadline to refile the motions that the Court struck on July 21, 2025; and (2) Plaintiffs are without fault in creating the circumstances that require ex parte relief, which arise from Defendants' failure to agree to refile their motions and failure to answer what they *will* be filing despite repeated requests by Plaintiffs between July 21, 2025 and the date of this filing.

Counsel for Plaintiffs exchanged emails on July 21, 22,  23, 28, 29, 30, and 31, 2025, and conferred by Zoom on August 5, 2025, with counsel for Defendant The GEO Group, Inc. ("GEO") and Defendant Spartan Chemical Company, Inc. ("Spartan") seeking an agreement that all parties would refile their previously filed motions and related papers without substantive changes.  (Declaration of Ashley Artmann ("Artmann Decl.") ¶¶ 6–8, Exs. A, B.)  Plaintiffs informed Defendants on July 23, 28, 29, 30, 31, and August 5, 2025 that they would seek ex parte relief absent such an agreement.  (*Id.* Exs. A, B.)  On August 5, 2025, during the parties' meet and confer, Spartan's counsel informed Plaintiffs that Spartan opposes this application.  (*Id.* ¶¶ 8–9, 11.)  GEO's counsel informed Plaintiffs that GEO may or may not oppose this application.  (*Id.* ¶¶ 8, 10, 12.)

The name and contact information for GEO's counsel with whom Plaintiffs' counsel conferred on August 5, 2025 is:

Daniel Trowbridge

PLAINTIFFS' EX PARTE APPLICATION FOR ORDER RE: REFILING MOTIONS

Edling Gallagher Huie + Blum LLP
601 Montgomery Street
Suite 1100
San Francisco, CA 94111
Telephone: (415) 403-4414
dtrowbridge@eghblaw.com

The name and contact information for Spartan's counsel with whom Plaintiffs' counsel conferred on August 5, 2025 is:

David D. Mesa
Pierson Ferdinand LLP
2100 Geng Road
Suite 210
Palo Alto, CA 94303
415-915-4415
415-890-4845
david.mesa@pierferd.com

This ex parte application is based on this application, the memorandum of points and authorities and the Declaration of Ashley Artmann filed concurrently herewith, and upon such further evidence, authority, and argument as allowed by this Court.

Dated:  August 5, 2025          SOCIAL JUSTICE LEGAL FOUNDATION


By:  */s/ Ashley Artmann*
     Ashley Artmann

     *Attorneys for Plaintiffs*

Dated:  August 5, 2025          HUESTON HENNIGAN LLP


By:  */s/ Emily Michael Munson*
     Emily Michael Munson

     *Attorneys for Plaintiffs*

PLAINTIFFS' EX PARTE APPLICATION FOR ORDER RE: REFILING MOTIONS