# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>       Defendants. | Case No. 23-cv-00481-JGB (SHK)<br><br>[CLASS ACTION]<br><br>Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER RE: REFILING MOTIONS AND RELATED PAPERS** |
| THE GEO GROUP, INC., a Florida corporation,<br><br>       Third-Party Plaintiff,<br>   vs.<br><br>SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10,<br>       Third-Party Defendants. | Complaint Filed: March 20, 2023<br>FAC Filed: January 6, 2025<br>Trial Date: Vacated |

ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION RE: JULY 21 ORDER

## ORDER

Currently before the Court is Plaintiffs' Ex Parte Application ("Application," Dkt. No. 310) for an order requiring the parties to refile their previously filed motions and related papers, including oppositions.  After full consideration of the papers and materials provided by the parties, and for lack of good cause, the Application is **DENIED**.

**IT IS SO ORDERED.**

Dated:  August 19, 2025

Hon. Jesus G. Bernal

- 1 -

ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION RE: JULY 21 ORDER