UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>        Defendants.<br><br>THE GEO GROUP, INC., a Florida corporation,<br><br>        Third-Party Plaintiff,<br>    vs.<br><br>SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10,<br>        Third-Party Defendants. | Case No. 23-cv-00481-JGB (SHK)<br><br>[CLASS ACTION]<br><br>Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS PROVISIONALLY UNDER SEAL RELATING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: March 20, 2023<br>FAC Filed:     January 6, 2025<br>Trial Date:     TBD |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATING TO CLASS CERTIFICATION

# [PROPOSED] ORDER

Currently before the Court is Plaintiffs' *Ex Parte* Application for Leave to File Certain Documents Provisionally Under Seal Relating to Plaintiffs' Motion for Class Certification.

After full consideration of the papers, the evidence, and the argument of counsel, the Court rules as follows:

Defendants have provided compelling reasons for keeping certain documents under seal pursual to LR 79-5.2.2(b), as they submitted a declaration within 4 days of Plaintiffs' *ex parte* application establishing compelling reasons for the documents to be kept under seal.

To the extent that Defendants did not establish compelling reasons for keeping certain other documents filed under the seal, the application is denied. Plaintiffs may file these documents on the docket unsealed within 4 to 10 days of this order per LR 79-5.2.2(b).

Plaintiffs are ordered to file a new public version of their Motion for Class Certification, unredacting any portions that rely on documents the Court does not find meet the compelling reasons standard but keeping redacted any portions which rely on documents the Court finds meet the compelling reasons standard.

The Motion is **GRANTED in part and DENIED in part**.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Jesus G. Bernal

- 1 -
[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATING TO CLASS CERTIFICATION