UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LIGAYA RONDUEN, et al.,

         Plaintiffs,

        vs.

THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,

        Defendants.

AND RELATED CROSS-ACTION

Case No. 5:23-cv-00481-JGB(SHKx)

[CLASS ACTION]

**ORDER REGARDING PRETRIAL SCHEDULE AND TRIAL**

ORDER REGARDING PRETRIAL SCHEDULE AND TRIAL

7100285

# **ORDER**

Having considered the parties' joint proposed pretrial schedule, the Court hereby orders the case schedule below:

| Event | Date |
| --- | --- |
| Last day to refile motion for class certification, MTAs, MSJs | 8/25/2025 |
| Last day to hear dispositive motions | 9/29/2025 |
| Exchange proposed jury instructions and special verdict forms | 10/29/2025 |
| Objections to proposed jury instructions and special verdict forms | 11/5/2025 |
| Deadline to Meet and Confer re Daubert motions | 11/10/2025 |
| Deadline to have LR 16-2 M&C re Pretrial Conference Order | 11/12/2025 |
| Last day to file Daubert motions (if heard separate from MILs) | 11/17/2025 |
| Deadline to meet and confer re MILs and trial motions | 11/17/2025 |
| Daubert Oppositions due, if filed 11/17 | 11/24/2025 |
| Daubert Replies due, if filed 11/17 | 12/1/2025 |
| MILs and other trial related motions Due | 11/24/2025 |
| Memo of Contentions of fact and law, witness lists, joint exhibit list due, MIL Oppositions due | 12/1/2025 |
| Last day to conduct a settlement conference | 12/1/2025 |
| Proposed final PTC order, jury instructions and any objections, verdict forms, statement of the case, and proposed voir dire questions (if desired) due | 12/8/2025 |
| Daubert motion hearing, if filed 11/17 | 12/15/2025 |
| **Final Pretrial Conference (including Hearing on Mot. to Exclude Dr. Cheung)** | **12/22/2025 at 11:00 a.m** |
| Exchange proposed findings of fact and conclusions of law | 12/30/2025 |
| Lodge copies of proposed findings of fact and conclusions of law | 1/6/2026 |

7100285

| Deadline to M&C re exhibits list & foundation, waiver of best evidence rule, stipulations | 1/9/2026 |
|---|---|
| Trial briefs, if desired, due; court reporter list of words (if needed) | 1/13/2026 |
| Notify clerk re installation of additional equipment (video monitors, notebooks, or overhead projectors) | 1/16/2026 |
| Disclosure of graphic and illustrative material (LR 16-3) | 1/19/2026 |
| **Jury Trial**<br>**Trial day filings due (e.g., exhibits, exhibit index, witness lists)** | **1/20/2026 at 9:00 a.m.** |

IT IS SO ORDERED.

Dated:   August 29, 2025

Hon. Jesus G. Bernal,
U.S. District Judge

- 2 -
ORDER REGARDING PRETRIAL SCHEDULE AND TRIAL

7100285