SOCIAL JUSTICE LEGAL FOUNDATION
Sara Haji (SBN 330834)
shaji@socialjusticelaw.org
Marjorie Menza (SBN 321512)
mmenza@socialjusticelaw.org
Ashley Artmann (SBN 319374)
aartmann@socialjusticelaw.org
523 West 6th Street, Suite 450
Los Angeles, California 90014
Telephone:   (213) 542-5241

HUESTON HENNIGAN LLP
John C. Hueston (SBN 164921)
jhueston@hueston.com
Robert N. Klieger (SBN 192962)
rklieger@hueston.com
Emily Michael Munson (SBN 338433)
emunson@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 23-cv-00481-JGB(SHKx)<br><br>[CLASS ACTION]<br><br>**JOINT STIPULATION RE APPOINTMENT OF CLASS COUNSEL**<br><br>Judge:  Hon. Jesus G. Bernal<br><br>Magistrate:  Unassigned<br><br>Trial:   January 20, 2026 |

JOINT STIPULATION RE APPOINTMENT OF CLASS COUNSEL

Pursuant to C.D. Cal. Local Rule 7-1, Plaintiffs Ligaya Ronduen, Carlos Castillo, Miriam Scheetz, Wilfredo Gonzalez Mena, Somboon Phaymany, and Yolanda Mendoza ("Plaintiffs"), Defendant and Third-Party Plaintiff The GEO Group, Inc. ("GEO"), and Defendant and Third-Party Defendant Spartan Chemical Company, Inc. (collectively, the "Parties"), through their respective counsel, hereby stipulate to the appointment of the Social Justice Legal Foundation and Hueston Hennigan LLP as class counsel for the issue class ordered in ECF 365.

WHEREAS, Plaintiffs moved for class certification against Defendants GEO and Spartan and requested that the Court appoint the Social Justice Legal Foundation and Hueston Hennigan LLP as class counsel in connection therewith (ECF 318);

WHEREAS, Defendants opposed class certification but did not oppose the appointment of the Social Justice Legal Foundation or Hueston Hennigan LLP as class counsel, or argue that counsel was not adequate under Federal Rule of Civil Procedure 23(a)(4) (ECF 355);

WHEREAS, on September 26, 2025, the Court granted in part Plaintiffs' motion solely as to an issue class regarding general causation (ECF 365), regarding "the evaluation of what, if any, symptoms can result from exposure to specific levels to HDQ Neutral";

WHEREAS, the Court held that the Social Justice Legal Foundation and Hueston Hennigan LLP were adequate, but the Court's September 26, 2025 order was ambiguous as to whether Plaintiffs' counsel was appointed as class counsel;

WHEREAS, Federal Rule of Civil Procedure 23(g)(1) provides that "[u]nless a statute provides otherwise, a court that certifies a class must appoint class counsel";

WHEREAS, the Parties believe that the foregoing reasons constitute good cause and respectfully request that the Court enter the Parties' stipulation regarding the appointment of class counsel.

IT IS HEREBY STIPULATED that the Social Justice Legal Foundation and Hueston Hennigan LLP be appointed as class counsel for the issue class certified in

- 1 -
JOINT STIPULATION RE APPOINTMENT OF CLASS COUNSEL

the Court's September 26, 2025 Order (ECF 365).

Pursuant to this Court's rules, a proposed order effectuating this stipulation will be submitted herewith.

Dated: October 29, 2025

SOCIAL JUSTICE LEGAL FOUNDATION

By: ___/s/ Ashley Artmann_____
     Ashley Artmann
     *Attorneys for Plaintiffs*

Dated: October 29, 2025

HUESTON HENNIGAN LLP

By: ___/s/ Emily Michael Munson_____
     Emily Michael Munson
     *Attorneys for Plaintiffs*

Dated: October 29, 2025

EDLIN GALLAGHER HUIE + BLUM

By: __/s/ Daniel Trowbridge_____
     Fred M. Blum
     Michael E. Gallagher
     Daniel Trowbridge
     *Attorneys for Defendant and Third-Party*
     *Plaintiff The GEO Group, Inc.*

Dated: October 29, 2025

PIERSON FERDINAND LLP

By: __/s/ David Mesa_____
     David Mesa
     *Attorneys for Defendant and Third-Party*
     *Defendant Spartan Chemical Company Inc.*

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatory attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 29, 2025                    __/s/ Ashley Artmann_____
                                           Ashley Artmann