UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al., | Case No. 23-cv-00481-JGB(SHKx) |
| Plaintiffs, | [CLASS ACTION] |
| vs. | **ORDER GRANTING JOINT STIPULATION RE APPOINTMENT OF CLASS COUNSEL** |
| THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation, | Judge:  Hon. Jesus G. Bernal |
| Defendants. | Magistrate Judge: Unassigned |
| | Trial:   January 20, 2026 |
| AND RELATED CROSS-ACTION | |

ORDER RE APPOINTMENT OF CLASS COUNSEL

## **ORDER**

Having considered the stipulation of the parties, and finding good cause therefore, the Court hereby orders that the Social Justice Legal Foundation and Hueston Hennigan LLP be appointed as class counsel for the issue class certified in the Court's September 26, 2025 Order (ECF 365), regarding "the evaluation of what, if any, symptoms can result from exposure to specific levels to HDQ Neutral."

IT IS SO ORDERED.

Dated:   October 30, 2025

Hon. Jesus G. Bernal

- 1 -
ORDER RE APPOINTMENT OF CLASS COUNSEL