SOCIAL JUSTICE LEGAL FOUNDATION
Marjorie J. Menza (SBN 321512)
mmenza@socialjusticelaw.org
Sara Haji (SBN 330834)
shaji@socialjusticelaw.org
Ashley Artmann (SBN 319374)
aartmann@socialjusticelaw.org
523 West 6th Street, Suite 450
Los Angeles, California 90014
Telephone:   (213) 542-5241

HUESTON HENNIGAN LLP
John C. Hueston (SBN 164921)
jhueston@hueston.com
Robert N. Klieger (SBN 192962)
rklieger@hueston.com
Emily Michael Munson (SBN 338433)
emunson@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 866-4825

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>      Defendants. | Case No. 5:23-cv-00481 JGB(SHKx)<br><br>**EVIDENTIARY STIPULATIONS**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Judge:      Hon. Jesus G. Bernal |
| THE GEO GROUP, INC., a Florida corporation,<br><br>      Third-Party Plaintiff,<br><br>  vs.<br><br>SPARTAN CHEMICAL COMPANY, INC., and ROES 1-10,<br><br>      Third-Party Defendants. | |

Pursuant to Local Rule 16-2.6, Plaintiffs Ligaya Ronduen, Carlos Castillo, Miriam Scheetz, Wilfredo Gonzalez Mena, Somboon Phaymany, and Yolanda Mendoza ("Plaintiffs"), Defendant and Third-Party Plaintiff The GEO Group, Inc. ("GEO"), and Defendant and Third-Party Defendant Spartan Chemical Company, Inc. ("Spartan"), through their respective counsel, met and conferred and hereby stipulate to the following:

WHEREAS, pursuant to Local Rule 16-2 and this Court's Civil Trial Scheduling Order, the parties met and conferred regarding, among other things, anticipated motions in limine;

WHEREAS it is in the best interests of the Court and the parties for the parties to resolve certain evidentiary objections without the need for motion practice;

IT IS HEREBY STIPULATED, subject to further order from the Court depending on evidence presented at trial, that:

1. No party will raise past or present immigration status, offenses, or proceedings other than to state that Plaintiffs were civil immigration detainees at Adelanto.

2. The parties will use the redacted versions of medical records that Plaintiffs produced in discovery by default. If, during trial, a party wishes to challenge any particular redaction, the parties will meet and confer and seek court guidance if necessary.  By stipulating, no party concedes the relevance or admissibility of any particular record or that the redaction was well taken.

3. No party or its experts will rely on, introduce, or elicit psychotherapy records or communications.

4. No party will introduce evidence or elicit testimony regarding whether any Plaintiff receives public benefits or assistance.

Dated:  November 24, 2025          SOCIAL JUSTICE LEGAL FOUNDATION


By:  */s/ Ashley Artmann*
      Ashley Artmann

      *Attorneys for Plaintiffs*

Dated:  November 24, 2025          HUESTON HENNIGAN LLP


By:  */s/ Emily Michael Munson*
      Emily Michael Munson

      *Attorneys for Plaintiffs*

Dated:  November 24, 2025          EDLIN GALLAGHER HUIE + BLUM


By:  */s/ Daniel Trowbridge*
      Fred M. Blum
      Michael E. Gallagher
      Daniel Trowbridge

      *Attorneys for Defendant and Third-Party Plaintiff The GEO Group, Inc.*

Dated:  November 24, 2025          PIERSON FERDINAND LLP


By:  */s/ David Mesa*
      David Mesa

      *Attorneys for Defendant and Third-Party Defendant Spartan Chemical Company Inc.*

2
EVIDENTIARY STIPULATIONS