UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LIGAYA RONDUEN, et al., | Case No.:  5:23-cv-00481 JGB-SHK |
| Plaintiffs, | [CLASS ACTION] |
| v. | |
| THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation. | **[PROPOSED] ORDER GRANTING DEFENDANT SPARTAN CHEMICAL COMPANY INC.'S MOTION TO BIFURCATE** |
| Defendants. | |

The Court, having considered Defendant Spartan Chemical Company, Inc.'s Motion to Bifurcate and good cause appearing, orders as follows:

- **Phase One (Limitations):** The Court will conduct a first-phase trial limited to statute-of-limitations issues for each named plaintiff, including accrual, delayed discovery, and any equitable tolling or estoppel. The trier of fact will return separate special verdicts per plaintiff.

- **Phase Two (General Causation Issue Class):** If one or more named plaintiffs survive Phase One, the Court will conduct a second-phase trial of the certified Rule 23(c)(4) general-causation issue, strictly confined to the certified scope. Expert admissibility rulings will precede this phase.

- **Phase Three (Individual Trials):** If necessary, the Court will conduct separate trials under Rule 42(b) for each surviving named plaintiff to adjudicate individual liability issues, specific causation, and compensatory damages.

- **Phase Four (Punitive Damages):** If applicable to any plaintiff, punitive damages will be tried separately after liability and compensatory damages,

with evidence of financial condition taken up only if the trier of fact first finds entitlement to punitive damages.

IT IS SO ORDERED.

Dated:

_____

Hon. Jesus G. Bernal

[PROPOSED] ORDER GRANTING MOTION TO BIFURCATE