UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation, <br><br> Defendants. <br><hr> THE GEO GROUP, INC., a Florida corporation, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10, <br> Third-Party Defendants. | Case No. 23-cv-00481-JGB (SHK) <br><br> [CLASS ACTION] <br><br> Judge: Hon. Jesus G. Bernal <br> Magistrate Judge: Shashi H. Kewalramani <br><br> **[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL RELATING TO THEIR OPPOSITIONS TO GEO'S MOTIONS TO EXCLUDE AND DEFENDANTS' MOTIONS IN LIMINE** <br><br> Complaint Filed: March 20, 2023 <br> FAC Filed:       January 6, 2025 <br> Trial Date:      January 20, 2026 |

[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' REQUEST TO FILE
DOCUMENT UNDER SEAL RE: OPPS. TO MOTIONS TO EXCLUDE & MILS

## [PROPOSED] ORDER

Currently before the Court is Plaintiffs' Ex Parte Application for Leave to File Certain Documents Under Seal Relating to Their Oppositions to GEO's Motions to Exclude Plaintiffs' Experts Dr. Rangan and Dr. DeLong and Plaintiffs' Oppositions to Defendants' MILs. After full consideration of the papers, the Court rules as follows:

The proposed redactions in Dr. Gots' Rebuttal Report (Exhibit 6) concern Plaintiffs' protected health information. Exhibits 19 through 22 to the Omnibus Declaration of Marjorie Menza consist of Plaintiffs' protected health information. There are compelling reasons to seal this information. *See Clark v. InComm Fin. Servs., Inc*., 2024 WL 1699346, at *3 (C.D. Cal. Apr. 9, 2024) ("Courts regularly find that 'individual privacy rights in … health records outweigh the presumption in favor of public access to court records.'"); *Soria v. U.S. Bank N.A*., 2019 WL 8167925, at *4 (C.D. Cal. Apr. 25, 2019) (finding compelling reasons to seal sensitive medical records); Fed. R. Civ. P. 5.2; *Tran v. Mayorkas*, 2023 WL 6284516, at *2 (N.D. Cal. Sept. 25, 2023) (finding compelling reasons to seal dates of birth).

The Application is **GRANTED as to Dr. Gots' Rebuttal Report and Exhibits 19 through 22 to the Omnibus Declaration of Marjorie Menza.**

Defendant GEO has not established good cause or compelling reasons to seal the information redacted in Plaintiffs' Oppositions to GEO's MIL No. 5 and Spartan's MIL No. 1 and the four related exhibits designated Confidential or Highly Confidential Attorneys' Eyes Only.

The Application is **DENIED** as to these materials.

IT IS SO ORDERED.

Dated: _____

_____          _____
                                                    Hon. Jesus G. Bernal

[[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' REQUEST TO FILE DOCUMENT UNDER SEAL RE: OPPS. TO MOTIONS TO EXCLUDE & MILS