

SOCIAL JUSTICE LEGAL FOUNDATION
Sara Haji (SBN 330834)
shaji@socialjusticelaw.org
Ashley Artmann (SBN 319374)
aartmann@socialjusticelaw.org
Marjorie Menza (SBN 321512)
mmenza@socialjusticelaw.org
523 West 6th Street, Suite 450
Los Angeles, California 90014
Telephone: (213) 542-5241

HUESTON HENNIGAN LLP
John C. Hueston (SBN 164921)
jhueston@hueston.com
Robert N. Klieger (SBN 192962)
rklieger@hueston.com
Emily Michael Munson (SBN 338433)
emunson@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al., | Case No. 23-cv-00481-JGB(SHKx) |
| Plaintiffs, | [CLASS ACTION] |
| vs. | **PLAINTIFFS' PROPOSED FIRST-PHASE PRE-TRIAL SCHEDULE** |
| THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

Plaintiffs Ligaya Ronduen, Carlos Castillo, Miriam Scheetz, Wilfredo Gonzalez Mena, Somboon Phaymany, and Yolanda Mendoza ("Plaintiffs"), by and through their undersigned counsel, respectfully request that the Court enter the following pre-trial schedule consistent with the Court's Order on Defendants' Motions for Summary Judgment dated December 16, 2025 (ECF 491), the Court's Civil Trial Scheduling Order, and the Court's practice of entering pre-trial deadlines (*see* ECF 333).

Plaintiffs and Defendants, The GEO Group, Inc. and Spartan Chemical Company, Inc., jointly proposed a final pre-trial conference date of February 16, 2026 and a trial date of March 3, 2026 (ECF 492). Plaintiffs submit this additional proposal because the Parties will benefit from clear pre-trial filing deadlines in addition to the dates jointly proposed in ECF 492.

Defendants refused to join Plaintiffs in proposing a complete pre-trial schedule, contending that the Civil Trial Scheduling Order (ECF 65) and the Local Rules will suffice to govern pre-trial deadlines. But Defendants repeatedly disregarded those deadlines in November and December 2025, prejudicing Plaintiffs' trial preparation. Among other things, neither Defendant submitted a Memorandum of Contentions of Fact and Law, leaving Plaintiffs to guess at the triable affirmative defenses and cross-claims; Defendant GEO did not file a witness list, did not participate in joint jury instructions and filed its own set of instructions a week late (ECF 489, 490), and did not participate in the joint statement of the case (ECF 474); and Defendant Spartan filed its witness list nearly two weeks after the Court-ordered deadline (ECF 487). It is unlikely that either Defendant will calculate and adhere to deadlines without a Court order requiring it, and a pre-trial schedule will provide accountability should Defendants continue to prejudice Plaintiffs' trial preparation with late filings.

The Parties anticipate they will have to file streamlined versions of jury instructions, verdict forms, and earlier-submitted pre-trial filings tailored to a "first phase" trial "covering only the issue of delayed discovery and the statute of limitations." ECF 491 at 1. Plaintiffs thus respectfully ask the Court to enter the

schedule below, derived directly from the deadlines in the Court's Civil Trial Scheduling Order and the Local Rules, to guide the parties, avoid misunderstandings and mistakes, and ensure clarity and structure in the pre-trial filings over the coming months.  Defendants neither disagreed with Plaintiffs' proposed dates nor proposed alternate dates when the Parties conferred.

| Event | Rule or Order | Date |
|---|---|---|
| List to the Court of already-filed pretrial briefs and motions in limine for the Court's decision before first-phase trial[1] | Civil Trial Scheduling Order (ECF 65): motions in limine to be filed 28 days before final pre-trial conference | 1/19/2026 |
| Exchange revised exhibit lists | ECF 65: Exchanges and coordination required | 1/21/2026 |
| Filings of revised memoranda of contentions of fact and law, joint exhibit list, witness lists | ECF 65: 21 days before final pre-trial conference | 1/26/2026 |
| Exchange of jury instructions, special verdict forms pertaining to first-phase trial, statement of the case | ECF 65: Exchanges and coordination required (objections otherwise due 14 days prior to Rule 16-2 meeting) | 1/26/2026 |
| Filings of proposed final pretrial conference order, proposed jury instructions with objections, proposed verdict forms, statement of the case, and proposed voir dire, if desired | ECF 65: 14 days before final pre-trial conference | 2/2/2026 |
| Final pre-trial conference | Ex. A to the Court's Order Setting Scheduling Conference: two weeks before trial | 2/16/2026 |

---

[1] Based on the parties' discussions, Defendants GEO and Spartan may seek to file new motions in limine despite having already filed five apiece (ten in total, exceeding the Court's five-per-side limitation; see ECF 429, Plaintiffs' Notice of Objection).  Because the phase-one trial involves an affirmative defense that was otherwise going to be tried as part of a trial on the merits, for which the parties submitted pre-trial filings in 2025, Plaintiffs do not believe additional motions in limine are appropriate.

PLAINTIFFS' PROPOSED FIRST-PHASE PRE-TRIAL SCHEDULE

| Deadline to meet and confer re exhibits list & foundation, waiver of best evidence rule, stipulations | ECF 65: 10 days before trial | 2/20/2026 |
|---|---|---|
| Trial briefs, if desired, due; court reporter list of words (if needed) | ECF 65: 7 days before final pre-trial conference | 2/24/2026 |
| Notify clerk re installation of additional equipment (video monitors, notebooks, or overhead projectors) | ECF 65: 2 days before trial | 2/27/2026 |
| Disclosure of graphic and illustrative material | Local Rule 16-3 | 3/2/2026 |
| Phase 1 Jury Trial Trial day filings due (e.g., exhibits, exhibit index, witness lists) | ECF 65: first day of trial | 3/3/2026 |

Dated: December 29, 2025          SOCIAL JUSTICE LEGAL FOUNDATION

By: */s/   Sara Haji*
　　Sara Haji
　　*Attorneys for Plaintiffs*

Dated: December 29, 2025          HUESTON HENNIGAN LLP

By: */s/  Emily Michael Munson*
　　Emily Michael Munson
　　*Attorneys for Plaintiffs*