UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LIGAYA RONDUEN, et al.,

        Plaintiffs,

    vs.

THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,

        Defendants.

AND RELATED CROSS-ACTION

Case No. 23-cv-00481-JGB(SHKx)

[CLASS ACTION]

**ORDER SETTING FIRST-PHASE PRE-TRIAL SCHEDULE**

Judge:  Hon. Jesus G. Bernal

# ORDER SETTING PRE-TRIAL SCHEDULE

Having considered the Parties' joint proposal of final pre-trial conference and trial dates (ECF 492), and having considered Plaintiffs' submission of a proposed pretrial schedule (ECF 493), the Court hereby orders the schedule below:

| Event | Date |
|---|---|
| Joint list to the Court of already-filed pretrial briefs and motions in limine for the Court's decision before first-phase trial | 1/19/2026 |
| Exchange revised exhibit lists | 1/21/2026 |
| Filings of revised memoranda of contentions of fact and law, joint exhibit list, witness lists | 1/26/2026 |
| Exchange of jury instructions, special verdict forms pertaining to first-phase trial, statement of the case | 1/26/2026 |
| Filings of proposed final pretrial conference order, proposed jury instructions with objections, proposed verdict forms, statement of the case, and proposed voir dire, if desired | 2/2/2026 |
| Final pre-trial conference | 2/16/2026 |
| Deadline to meet and confer re exhibits list & foundation, waiver of best evidence rule, stipulations | 2/20/2026 |
| Trial briefs, if desired, due; court reporter list of words (if needed) | 2/24/2026 |
| Notify clerk re installation of additional equipment (video monitors, notebooks, or overhead projectors) | 2/27/2026 |
| Disclosure of graphic and illustrative material | 3/2/2026 |
| **Phase 1 Jury Trial** <br> **Trial day filings due (e.g., exhibits, exhibit index, witness lists)** | **3/3/2026** |

IT IS SO ORDERED.

Dated:   December 30, 2025

Hon. Jesus G. Bernal