UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-0481 JGB (ACCVx)** | Date | February 10, 2026 |
|---|---|---|---|
| Title | ***Ligaya Ronduen, et al. v. The Geo Group, Inc.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order (1) For Parties to Provide Information on Witness Whereabouts for Logistical Purposes (IN CHAMBERS)**

The trial in this proceeding is presently scheduled for March 10, 2026, at 10:00 a.m., with the Pretrial Conference scheduled for February 23, 2026. In advance of those proceedings, the Court requires information on whether any witnesses require special arrangements in order to be available for testimony. The parties are therefore **ORDERED** to provide to the Court information as to whether any witnesses—and if so, which witnesses—are in custody; not in the United States; or otherwise require special arrangements to be made for such witnesses to testify. Special arrangements include any requests for video testimony. In the event that such information is sensitive as to some witnesses, those witnesses' information may be filed under seal.

The parties must submit this information no later than **3:00 p.m. on Friday, February 13, 2026**.

**IT IS SO ORDERED.**