SOCIAL JUSTICE LEGAL FOUNDATION
Sara Haji (SBN 330834)
shaji@socialjusticelaw.org
Ashley Artmann (SBN 319374)
aartmann@socialjusticelaw.org
523 West 6th Street, Suite 450
Los Angeles, California 90014
Telephone: (213) 542-5241

HUESTON HENNIGAN LLP
Robert N. Klieger (SBN 192962)
rklieger@hueston.com
Emily Michael Munson (SBN 338433)
emunson@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE GEO GROUP, INC., a Florida corporation; and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>      Defendants. | Case No. 5:23-cv-00481 JGB(ACCVx)<br><br>**PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ORDER STAYING PHASE 1 TRIAL DATE AND RELATED DEADLINES PENDING SETTLEMENT**<br><br>[*Memorandum of Points and Authorities, Declaration of Ashley Artmann, and Proposed Order filed concurrently herewith*] |
| THE GEO GROUP, INC., a Florida corporation,<br><br>      Third-Party Plaintiff,<br><br>  vs.<br><br>SPARTAN CHEMICAL COMPANY, INC., and ROES 1-10,<br><br>      Third-Party Defendants. | Judge: Hon. Jesus G. Bernal<br><br>Complaint Filed: March 20, 2023<br>FAC Filed: January 6, 2025<br>Trial Date: March 10, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Ligaya Ronduen, Carlos Castillo, Miriam Scheetz, Wilfredo Gonzalez Mena, Somboon Phaymany, and Yolanda Mendoza hereby move the Court ex parte for an order staying the Phase One trial, currently set for March 10, 2026, Final Pretrial Conference set for February 23, 2026, and all related case deadlines pending the parties' efforts to finalize a settlement agreement to resolve this matter in its entirety. This ex parte application is unopposed.

The application for an ex parte order is brought on the grounds that (1) Plaintiffs (and Defendants) will be irreparably prejudiced if they are required to file a regularly noticed motion, which would not be heard before upcoming pretrial deadlines or the parties' February 23, 2026 Final Pretrial Conference; and (2) Plaintiffs are without fault in creating the circumstances that require ex parte relief, which arise from the parties' recent agreement to a settlement in principle.

Counsel for Plaintiffs conferred by Zoom on February 13, 2026, with counsel for Defendant The GEO Group, Inc. ("GEO") and Defendant Spartan Chemical Company, Inc. ("Spartan") regarding the instant ex parte application and all parties agreed on the requested relief. (Declaration of Ashley Artmann ("Artmann Decl.") ¶¶ 2–3.)

The name and contact information for GEO's counsel with whom Plaintiffs' counsel conferred on February 13, 2026 is:

Fred Blum
Daniel Trowbridge
Edling Gallagher Huie + Blum LLP
601 Montgomery Street
Suite 1100
San Francisco, CA 94111
Telephone: (415) 403-4414
fblum@eghblaw.com
dtrowbridge@eghblaw.com

1

PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ORDER STAYING PHASE
TRIAL DATE AND RELATED DEADLINES PENDING SETTLEMENT

The name and contact information for Spartan's counsel with whom Plaintiffs' counsel conferred on February 13, 2026 is:

David D. Mesa
Pierson Ferdinand LLP
2100 Geng Road
Suite 210
Palo Alto, CA 94303
415-915-4415
415-890-4845
david.mesa@pierferd.com

This ex parte application is based on this application, the memorandum of points and authorities and the Declaration of Ashley Artmann filed concurrently herewith, and upon such further evidence, authority, and argument as allowed by this Court.

Dated:  February 13, 2026         SOCIAL JUSTICE LEGAL FOUNDATION


                                  By: */s/ Ashley Artmann*
                                       Ashley Artmann

                                  *Attorneys for Plaintiffs*

Dated:  February 13, 2026         HUESTON HENNIGAN LLP


                                  By: */s/ Robert N. Klieger*
                                       Robert N. Klieger

                                  *Attorneys for Plaintiffs*

PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ORDER STAYING PHASE 1 TRIAL DATE AND RELATED DEADLINES PENDING SETTLEMENT