JS-6

Admin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al., | Case No. 23-cv-00481-JGB (ACCVx) |
| Plaintiffs, | [CLASS ACTION] |
| vs. | Judge: Hon. Jesus G. Bernal |
| THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ORDER STAYING PHASE 1 TRIAL DATE AND RELATED DEADLINES PENDING SETTLEMENT** |
| Defendants. | |
| THE GEO GROUP, INC., a Florida corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10, | |
| Third-Party Defendants. | |

ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ORDER
STAYING PHASE 1 TRIAL DATE AND RELATED DEADLINES

## ORDER

Currently before the Court is Plaintiffs' Unopposed Ex Parte Application ("Application") for an order staying the Phase One trial date and related deadlines. After full consideration of the papers and materials provided by the parties, the Court rules as follows:

The Application is **GRANTED**.

The February 23, 2026 Final Pretrial Conference and March 10, 2026 Phase One Trial dates are vacated, and all remaining pretrial deadlines and trial for Phase One are stayed.

IT IS SO ORDERED.

Dated:   February 13, 2026

Jesus G. Bernal, U.S. District Judge

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR ORDER STAYING PHASE 1 TRIAL DATE AND RELATED DEADLINES