UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-00481 JGB (ACCVx)** | Date | May 7, 2026 |
|---|---|---|---|
| Title | *Ligaya Ronduen, et al. v. The Geo Group, Inc., et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause Regarding Settlement (IN CHAMBERS)**

On February 13, 2026, Plaintiffs filed an unopposed ex parte application to stay the Phase One trial in this case pending the parties' efforts to finalize a settlement agreement resolving the case in its entirety. ("Application," Dkt. No. 523.) The Court granted the Application the same day and vacated all pending dates. (Dkt. No. 524.) As of the date of this order, nearly three months have passed without the parties providing any further information regarding settlement. As such, the parties are **ORDERED** to submit a joint status update to the Court regarding the status of their settlement agreement on or before May 21, 2026.

**IT IS SO ORDERED.**

**CIVIL MINUTES—GENERAL**                    Initials of Deputy Clerk MG