UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br><br>Defendants. | Case No. 23-cv-00481 JGB (ACCVx)<br><br>[CLASS ACTION]<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE CERTAIN DEADLINES**<br><br>Judge: Hon. Jesus G. Bernal<br><br>Complaint Filed: March 20, 2023<br>FAC Filed: January 6, 2025<br>Trial Date: VACATED |
| THE GEO GROUP, INC., a Florida corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10,<br><br>Third-Party Defendants. | |

# ORDER

Having considered Plaintiffs' Unopposed Motion to Continue Certain Deadlines ("Motion"), the Declaration of Marjorie J. Menza, and any oral argument and other evidence submitted, the Court HEREBY MODIFIES its Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of the General Causation Issue Class Settlement (ECF 541) only as follows:

1. The Court directs the parties to mail the Short Form Notice in English and Spanish by first class mail to the General Causation Issue Class members no later than **October 14, 2026**. The Court further directs the parties to conduct one round of skip-tracing for any returned Short Form Notice.

2. The Court directs Defendant GEO to post the Long Form Notice Form in English, Spanish, Mandarin, French, and Hindi in all housing units at Adelanto ICE Processing Center no later than **October 14, 2026**, and to keep the Long Form Notice posted until the time of the Final Approval Hearing.

3. The Court directs Plaintiffs' counsel to make available a web page where the Notice Forms, Settlement, and this Court Order will be available no later than **October 14, 2026**. The Notice Forms shall be available on the website in English, Spanish, Mandarin, French, and Hindi.

4. Class members who wish to object shall do so within the objection period, which shall run for 30 days and commence on **October 14, 2026**.

5. Within **seven (7) days** following the close of the objection period, GEO will file a statement with the Court stating, for each timely objection filed, whether GEO's records reflect that the objector was detained at Adelanto at any time during the class period or whether GEO was unable to make that determination.

All other deadlines in ECF 541, including those for the Motion for Final Approval of the Settlement Agreement and the hearing date for the Final Approval Hearing, will remain the same. IT IS SO ORDERED.

Dated: October 5, 2026

Hon. Jesus G. Bernal