**PIERSON FERDINAND LLP**
DAVID D. MESA, State Bar No. 257488
MATTHEW H. WEINER, State Bar No. 236394
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: 415.915.4415
*david.mesa@pierferd.com*
*matthew.weiner@pierferd.com*

Attorneys for Defendant and Third-Party Defendant
SPARTAN CHEMICAL COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

LIGAYA RONDUEN, et al.,
Plaintiffs,
v.

THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,
Defendants.

---

THE GEO GROUP, INC., a Florida corporation,
Third-Party Plaintiff,

v.

SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10,
Third-Party Defendants.

---

INLAND COALITION FOR IMMIGRANT JUSTICE,
Proposed Intervenor.

Case No.: 5:23-cv-00481-JGB-ACCV

[CLASS ACTION]

Judge: Hon. Jesus G. Bernal

**DECLARATION OF DAVID D. MESA IN SUPPORT OF SPARTAN CHEMICAL COMPANY, INC.'S OPPOSITION IN PART TO MOTION TO UNSEAL COURT RECORDS (ECF NO. 544)**

Hearing Date: December 7, 2026
Time: 9:00 a.m.
Place: Courtroom 1, Riverside

Complaint Filed: March 20, 2023
FAC Filed: January 6, 2025
Trial Date: None set (class settlement preliminarily approved September 25, 2026, Dkt. 541)

I, David D. Mesa, declare as follows:

1. I am an attorney admitted to practice before this Court and a partner of Pierson Ferdinand LLP, counsel of record for Defendant and Third-Party Defendant Spartan Chemical Company, Inc. ("Spartan"). I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

2. The Spartan-designated documents identified in ICIJ's motion were produced in discovery under the Stipulated Protective Order (Dkt. 166) and were lodged provisionally under seal by Plaintiffs with their class certification papers (Dkts. 314, 315) and their oppositions to Defendants' motions for summary judgment (Dkts. 335, 336). Spartan did not file a declaration under Local Rule 79-5.2.2(b)(i) in response to those applications. The Court granted both applications. (Dkts. 365, 491.)

3. On or about September 1, 2026, counsel for ICIJ, Jacqueline Arkush of Public Justice, contacted counsel for the parties to initiate a conference concerning ICIJ's intended motions to intervene and to unseal.

4. On September 10, 2026, I participated in a videoconference with Ms. Arkush and counsel for the other parties regarding the scope of the records ICIJ intended to seek.

5. On September 23, 2026, I participated in a further conference with Ms. Arkush. That conference, together with the written follow-up described in paragraph 6, constituted Spartan's meet and confer with ICIJ on the scope of any unsealing of Spartan-designated material. During the conference, I explained that Spartan would not ask the Court to keep any Spartan-designated document sealed in its entirety, and that Spartan would consent to unsealing subject only to three narrowly tailored categories of redaction: (a) unit pricing and dollar amounts in Spartan's invoices; (b) specified confidential business terms of the Statement of Work; and (c) the e-mail addresses and direct and mobile telephone numbers of Spartan employees. I further explained that Spartan would not seek to redact employee names or titles.

6. On October 2, 2026, I sent Ms. Arkush a redline of ICIJ's "Table of Sealed Materials for Spartan" applying those three categories document by document and stating Spartan's position on each Spartan-designated document. I stated that the positions were subject to Spartan's final approval and that Spartan reserved its position on GEO-designated documents. A true and correct copy of my October 2, 2026 e-mail and the attached redline is attached as **Exhibit A**. ICIJ did not agree to the proposed redactions. Instead, on October 5, 2026, ICIJ filed its Motion to Unseal (ECF No. 544), seeking to unseal the Spartan-designated documents without the redactions Spartan had proposed.

7. Exhibit 1 to ICIJ's motion (ECF No. 544-2) records SPARTAN_000050, SPARTAN_017540, SPARTAN_017545, and SPARTAN_003612 as "Not Opposed." As reflected in Exhibit A, Spartan's consent to unsealing those four documents was conditioned on redaction of employee contact information. Spartan maintains that position.

8. Attached as **Exhibit B** is a true and correct copy of SPARTAN_000044 through SPARTAN_000049 (the Statement of Work) with Spartan's proposed redactions applied. The unredacted Statement of Work is already provisionally sealed on the docket as Exhibit 24 to the Menza Declaration (ECF No. 315-12) and also appears at ECF No. 336-17. Spartan's proposed redactions, shown in black, are limited to one sentence of the "PRICES" paragraph at SPARTAN_000046, the bulleted list in the "REPORTING" paragraph at SPARTAN_000047, one further sentence at SPARTAN_000047, specified sentences and terms at SPARTAN_000045 (including portions of the "SHIPPING INSTRUCTIONS" paragraph and the payment terms), and Spartan employee contact identifiers, each as marked in Exhibit B. The red redactions on SPARTAN_000044 are described in paragraph 11 below. Spartan asks the Court to keep sealed only these identified passages within those existing docket entries and consents to unsealing of the remainder of the document. The basis

for these redactions is set out in the Declaration of Amy Swinford (Swinford Decl. ¶¶ 10-18) and the Declaration of Justin Black (Black Decl. ¶¶ 5-8).

9. Attached as **Exhibit C** is a true and correct copy of SPARTAN_000009 through SPARTAN_000026 (the invoices) with Spartan's proposed redactions applied, limited to unit price, extended price, tax, and total invoice value. The unredacted invoices are already provisionally sealed on the docket as Exhibit 107 to the Artmann Declaration (ECF No. 336-52) and also appear at ECF No. 315-46. Spartan asks the Court to keep sealed only these identified passages within those existing docket entries and consents to unsealing of the remainder of the invoices. The basis for these redactions is set out in the Swinford Declaration (Swinford Decl. ¶¶ 19-25) and the Black Declaration (Black Decl. ¶¶ 9-11).

10. Attached as **Exhibit D** is a redaction index identifying, for each remaining Spartan-designated exhibit, its docket and exhibit number, Bates number, the pages on which Spartan proposes redactions, and the categories of information redacted, together with the publicly redacted versions of the thirteen exhibits that contain such information (Exhibits D-1 through D-13). The unredacted version of each of Exhibits D-1 through D-13 is already provisionally sealed on the docket at the ECF entry identified for it in the index; SPARTAN_001963-001965 (Exhibit D-12) is Plaintiffs' Exhibit 121 (ECF No. 336-63). Spartan asks the Court to keep sealed only the identified passages within those existing docket entries. Spartan's own redactions appear in black. Except for the pricing redactions in Exhibits D-9, D-10, and D-12 described below, those redactions are limited to individual e-mail addresses, mobile and direct-dial telephone numbers, extensions, and LinkedIn profile URLs of Spartan employees; in one instance (Exhibit D-11, Pls.' Ex. 117, SPARTAN_002721), the redaction also covers a former employee's home street address appearing in an e-mail signature. Employee names and titles and Spartan's published main, toll-free, and fax numbers are not redacted. Exhibit D-12 (Pls.' Ex.

121) also reflects Spartan's proposed redaction of the dollar amounts on SPARTAN_001965, a 2018 product lookup report; the basis for that redaction is set out in Swinford Decl. ¶¶ 19-22, 25 and Black Decl. ¶¶ 9, 11. Spartan's October 2, 2026 positions (Exhibit A) proposed redacting only employee personal information from Pls.' Ex. 121. On further review in preparing this Opposition, Spartan determined that the dollar figures on SPARTAN_001965 disclose customer-specific pricing and added those figures to its proposed redactions. Consistent with its treatment of the invoices, and as stated in its October 2 positions, Spartan also proposes to redact the unit prices, extended line values, line totals, tax, and total order values on the GEO-Adelanto order confirmations dated March 18, 2020 (Exhibit D-9, Pls.' Ex. 103, SPARTAN_002143, ECF No. 336-50) and March 25, 2020 (Exhibit D-10, Pls.' Ex. 104, SPARTAN_002145, ECF No. 336-51); quantities and product descriptions remain public. Four exhibits (Pls.' Exs. 26, 48, 49, and 125) contain no Spartan employee contact identifiers, and Spartan consents to their unsealing in full.

11. As a courtesy to The GEO Group, Inc. and non-party The Home Depot, and pending their review, Spartan has also redacted, in red, the individual e-mail addresses and mobile, cell, and direct-extension telephone numbers of GEO and Home Depot personnel appearing in Exhibits B and D. Those redactions follow the same convention as Spartan's own: names, titles, corporate addresses, and main business lines remain unredacted. Spartan does not seek to seal this information on its own behalf; it has notified GEO's counsel of these redactions and defers to GEO and Home Depot as to whether they should be maintained.

12. Spartan also relies on the following filings, which are part of the public record and are identified by docket number rather than attached: the Declaration of Ashley Artmann in Support of Ex Parte Application to Seal, dated September 8, 2025 (ECF No. 336), ¶¶ 14-17; and the Declaration of Ashley Artmann dated December 1, 2025 (ECF No. 445), ¶ 8. Spartan is not submitting any new material under seal with

this filing; the unredacted versions of the documents at issue remain provisionally under seal at ECF Nos. 315 and 336.

13. Attached as **Exhibit E** is a true and correct copy of the Civil Minutes - General order entered April 7, 2026 in *Gonzalez v. The GEO Group, Inc.*, No. 2:22-cv-04014-JGB (ACCVx) (C.D. Cal.), Dkt. 143.

14. I have not had further discussions with Ms. Arkush regarding the redactions since sending the October 2, 2026 redline described in paragraph 6. That redline expressly notified ICIJ of the pricing redactions Spartan seeks. For each of the invoices (SPARTAN_000009) and the order confirmations (SPARTAN_002143 and SPARTAN_002145), the redline stated that Spartan "consents, subject to redaction of unit pricing, extended pricing, total value, and payment/discount terms, and employee personal information." See Ex. A. For Pls.' Ex. 121 (SPARTAN_001963 and SPARTAN_001965), the redline proposed redaction of employee personal information. As described in paragraph 10, after further review Spartan determined that the dollar figures on SPARTAN_001965 fall within the same pricing category as the invoices and order confirmations, and Spartan therefore also seeks redaction of those figures. Because ICIJ declined to consent to Spartan's narrowly tailored categories of redaction, Spartan presents those redactions in the Opposition for the Court's determination.

15. On November 16, 2026, I wrote by e-mail to Fred Blum and Daniel E. Trowbridge, counsel for The GEO Group, Inc. I advised them that several GEO-designated exhibits contain the direct contact details of Spartan employees, and I asked that GEO redact those details from any public versions of those exhibits it files or agrees to unseal. The request is limited to individual e-mail addresses, mobile and direct-dial telephone numbers, extensions, and LinkedIn profile URLs; names, titles, message content, Spartan's main and toll-free numbers, and its website would remain public, consistent with the redactions Spartan applies to its own designated exhibits. I

offered to provide marked copies showing each proposed redaction. Later the same day, I advised GEO's counsel by e-mail of the red courtesy redactions described in paragraph 11, and that those redactions follow the same convention Spartan asked GEO to apply to Spartan employees. As of the signing of this declaration, GEO has not responded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2026, at San Francisco, California.

By: /s/ David D. Mesa
David D. Mesa
Pierson Ferdinand LLP

# EXHIBIT A

**David Mesa**

| | |
|---|---|
| **From:** | David Mesa |
| **Sent:** | Friday, October 2, 2026 10:14 AM |
| **To:** | 'Jacqueline Arkush'; Matthew Weiner; Dan Messeloff |
| **Cc:** | Leah Nicholls |
| **Subject:** | RE: Ronduen - Spartan Consent to Unsealing |
| **Attachments:** | 2026.10.02 Table_of_Sealed_Materials_for_Spartan x Spartan.docx |

Jacqueline,

Attached is the Table of Sealed Materials you sent, with Spartan's position marked for each Spartan-designated document. The positions are consistent with our discussion last week. In summary:

- Spartan consents to unsealing its designated materials, in many cases with no redactions at all.
- For the Statement of Work, Spartan asks for narrow redactions of employee personal information and certain competitively sensitive pricing-structure and reporting provisions.
- For the invoices, Spartan proposes narrow redactions of specific confidential pricing.
- For some Spartan-designated documents, Spartan proposes redaction of employees' personal information (as discussed during the call, in 2020, Spartan employees faced attacks and threats by email, phone and on social media).

These positions will be supported by company declarations. Spartan also reserves the right to take a position on the documents designated by GEO consistent with the above and depending on GEO's positions on the documents it designated confidential/highly confidential.

Best,
David

**David Mesa** | Founding Partner

PIERSON FERDINAND

Direct: 415.915.4415
david.mesa@pierferd.com

This email (and any attachment) is confidential, may be legally privileged, and is intended solely for this use of the individual or entity above addressed. If you are not the intended recipient, then please immediately notify the sender, and delete the email (with attachment, if any) from your system.

**From:** Jacqueline Arkush <jarkush@publicjustice.net>
**Sent:** Wednesday, September 23, 2026 3:56 PM
**To:** David Mesa <david.mesa@pierferd.com>; Matthew Weiner <matthew.weiner@pierferd.com>; Dan Messeloff <daniel.messeloff@pierferd.com>
**Cc:** Leah Nicholls <lnicholls@publicjustice.net>
**Subject:** Ronduen - Spartan Consent to Unsealing

**External Message.**

Hello,

I have attached a word document that includes the ECFs, exhibit numbers, and Bates for each document we are seeking to unseal. This table is as complete as possible, given the sealing in this case. We would appreciate if you could note which documents your client consents to unsealing. We would also like to know your position as to our intervention.

Thank you,

PUBL
JUST

**Jacqueline Arkush** (she/her)
*Justice Catalyst Fellow, Access to Justice Project*
jarkush@publicjustice.net

Based in Los Angeles, CA [Pacific Time Zone]

publicjustice.net
475 14th Street, Suite 610, Oakland, CA 94612 | Ph: 510-622-8150

Public Justice is proud to be a leader in offering a flexible work environment, including a four-day workweek. Team members' availability and responsiveness may be dependent on their location, schedule and/or family or other obligations, and we recognize others' schedules may also vary.

Platinum
Transpare
2026

| ECF | Ex. No. | Description | Designating Party | Consent to Unseal |
|---|---|---|---|---|
| 315 | n/a | Declaration | Describes materials designated by GEO & Spartan | |
| 315-1 | n/a | Unredacted Motion for Class Cert. | Describes materials designated by GEO & Spartan | |
| 315-2 | Exhibit 3 | SPARTAN_017547 | Spartan | Spartan consents. |
| 315-3 | Exhibit 4 | GEO_0135590 | GEO | |
| 315-4 | Exhibit 6 | GEO_Ronduen-0025280 | GEO | |
| 315-5 | Exhibit 7 | GEO_Ronduen-0018060 | GEO | |
| 315-6 | Exhibit 8 | GEO_Ronduen-0009921 | GEO | |
| 315-7 | Exhibit 11 | GEO_Ronduen-0072106 | GEO | |
| 315-8 | Exhibit 17 | GEO_Ronduen-0133565 | GEO | |
| 315-9 | Exhibit 18 | GEO_Ronduen-0113333 | GEO | |
| 315-10 | Exhibit 19 | GEO_Ronduen-0079704 | GEO | |
| 315-11 | Exhibit 23 | GEO_Ronduen-0019584 | GEO | |
| 315-12 | Exhibit 24 | SPARTAN-000044 | Spartan | Spartan consents, subject to narrow redactions of (1) employee personal information and signatures and (2) competitive-data redactions |
| 315-13 | Exhibit 26 | SPARTAN-000050 | Spartan | Spartan consents. |
| 315-14 | Exhibit 28 | SPARTAN-017615 | Spartan | Spartan consents. |
| 315-15 | Exhibit 31 | GEO_Ronduen-0009255 | GEO | |
| 315-16 | Exhibit 32 | GEO_Ronduen-0011062 | GEO | |
| 315-17 | Exhibit 33 | GEO_Ronduen-0011339 | GEO | |
| 315-18 | Exhibit 34 | GEO_Ronduen-0010548 | GEO | |
| 315-19 | Exhibit 35 | GEO_Ronduen-0010740 | GEO | |
| 315-20 | Exhibit 37 | GEO_Ronduen-0102308 | GEO | |
| 315-21 | Exhibit 38 | GEO_Ronduen-0016400 | GEO | |
| 315-22 | Exhibit 39 | GEO_Ronduen-0016942 | GEO | |
| 315-23 | Exhibit 41 | GEO_Ronduen-0152636 | GEO | |
| 315-24 | Exhibit 42 | SPARTAN_004564 | Spartan | Spartan consents, subject to |

| | | | | |
|---|---|---|---|---|
| | | | | redaction of employee personal information. |
| 315-25 | Exhibit 43 | GEO_Ronduen-0010806 | GEO | |
| 315-26 | Exhibit 45 | GEO_Ronduen-0016421 | GEO | |
| 315-27 | Exhibit 46 | GEO_Ronduen-0016444 | GEO | |
| 315-28 | Exhibit 47 | GEO_Ronduen-0017646 | GEO | |
| 315-29 | Exhibit 48 | GEO_Ronduen-0009168 | GEO | |
| 315-30 | Exhibit 49 | GEO_Ronduen-0011489 | GEO | |
| 315-31 | Exhibit 50 | GEO_Ronduen-0152639 | GEO | |
| 315-32 | Exhibit 52 | GEO_Ronduen-0017257 | GEO | |
| 315-33 | Exhibit 53 | GEO_Ronduen-0016423 | GEO | |
| 315-34 | Exhibit 54 | SPARTAN-017449 | Spartan | Spartan consents. |
| 315-35 | Exhibit 55 | GEO_Ronduen-0009248 | GEO | |
| 315-36 | Exhibit 57 | GEO_Ronduen-0011109 | GEO | |
| 315-37 | Exhibit 58 | GEO_Ronduen-0013582 | GEO | |
| 315-38 | Exhibit 59 | GEO_Ronduen-0031479 | GEO | |
| 315-39 | Exhibit 60 | GEO_Ronduen-0155935 | GEO | |
| 315-40 | Exhibit 63 | GEO_Ronduen-0020067 | GEO | |
| 315-41 | Exhibit 64 | GEO_Ronduen-0011026 | GEO | |
| 315-42 | Exhibit 65 | GEO_Ronduen-0011404 | GEO | |
| 315-43 | Exhibit 72 | Janecka Deposition from Novoa v. GEO Group | GEO | |
| 315-44 | Exhibit 76 | Batterman Expert Report | GEO | |
| 315-45 | Exhibit 80 | Malmstadt Expert Report | Spartan | Spartan consents. |
| 315-46 | Exhibit 84 | SPARTAN_000009 | Spartan | Spartan consents, subject to redaction of confidential unit pricing, extended pricing, total value, and payment/discount terms, and employee personal information. |
| 336 | n/a | Declaration | Describes materials designated by | Plaintiffs may propose narrow redaction to Court |

| | | | | |
|---|---|---|---|---|
| | | | Plaintiffs, GEO, & Spartan | |
| 336-1 to 5 | Exs. A to E | Opposition to GEO's Motion for Summary Judgment | GEO and/or Spartan | As to Spartan-designated material, Spartan consents, subject to redaction of passages quoting the proposed SOW, invoice pricing, and employee personal information redactions. |
| 336-1 to 5 | Exs. A to E | Statement of Genuine Dispute re GEO | GEO and/or Spartan | As to Spartan-designated material, Spartan consents, subject to redaction of passages quoting the proposed SOW, invoice pricing, and employee personal information redactions. |
| 336-1 to 5 | Exs. A to E | Opposition to Spartan's Motion for Summary Judgment | GEO and/or Spartan | As to Spartan-designated material, Spartan consents, subject to redaction of passages quoting the proposed SOW, invoice pricing, and employee personal information redactions. |
| 336-1 to 5 | Exs. A to E | Statement of Genuine Dispute re Spartan | GEO and/or Spartan | As to Spartan-designated material, Spartan consents, subject to redaction of |

| | | | | |
|---|---|---|---|---|
| | | | | passages quoting the proposed SOW, invoice pricing, and employee personal information redactions. |
| 336-1 to 5 | Exs. A to E | ? | | |
| 336-6 | Exhibit 2 | GEO_Ronduen-0127861 | GEO | |
| 336-7 | Exhibit 3 | Spartan_017547 | Spartan | Spartan consents. |
| 336-8 | Exhibit 4 | GEO_Ronduen-0135590 | GEO | |
| 336-9 | Exhibit 6 | GEO_Ronduen-0025280 | GEO | |
| 336-10 | Exhibit 7 | GEO_Ronduen-0018060 | GEO | |
| 336-11 | Exhibit 17 | GEO_Ronduen-0133565 | GEO | |
| 336-12 | Exhibit 18 | GEO_Ronduen-0061797, GEO_Ronduen-0061798 | GEO | |
| 336-13 | Exhibit 19 | GEO_Ronduen-0079704 | GEO | |
| 336-14 | Exhibit 21 | GEO_Ronduen-0100202, GEO_Ronduen-0100204 | GEO | |
| 336-15 | Exhibit 22 | GEO_Ronduen-0135423 | GEO | |
| 336-16 | Exhibit 23 | GEO_Ronduen-0129961, GEO_Ronduen-0129967 | GEO | |
| 336-17 | Exhibit 24 | SPARTAN_000044 | Spartan | Spartan consents, subject to narrow redactions of (1) employee personal information and signatures and (2) competitive-data redactions |
| 336-18 | Exhibit 26 | SPARTAN_000050 | Spartan | Spartan consents. |
| 336-19 | Exhibit 27 | GEO_Ronduen-0083537 | GEO | |

| | | | | |
|---|---|---|---|---|
| 336-20 | Exhibit 28 | GEO_Ronduen-0057172, GEO_Ronduen-0057174, GEO_Ronduen-0057194, GEO_Ronduen-0057195, GEO_Ronduen-0057197, and GEO_Ronduen-0057199 | GEO | |
| 336-21 | Exhibit 29 | GEO_Ronduen-0135468, GEO_Ronduen-0135470, GEO_Ronduen-0135476, GEO_Ronduen-0135482, and GEO_Ronduen-0135487 | GEO | |
| 336-22 | Exhibit 30 | GEO_Ronduen-0057276, GEO_Ronduen-0057277 | GEO | |
| 336-23 | Exhibit 31 | GEO_Ronduen-0009255 | GEO | |
| 336-24 | Exhibit 32 | GEO_Ronduen-0011062 | GEO | |
| 336-25 | Exhibit 33 | GEO_Ronduen-0011339 | GEO | |
| 336-26 | Exhibit 34 | GEO_Ronduen-0010548 | GEO | |
| 336-27 | Exhibit 36 | GEO_Ronduen-0110732 | GEO | |
| 336-28 | Exhibit 37 | GEO_Ronduen-0110081 | GEO | |
| 336-29 | Exhibit 38 | GEO_Ronduen-0083293 | GEO | |
| 336-30 | Exhibit 39 | GEO_Ronduen-0016942 | GEO | |
| 336-31 | Exhibit 40 | GEO_Ronduen-0016863 | GEO | |
| 336-32 | Exhibit 41 | GEO_Ronduen-0152636, GEO_Ronduen-0152639, GEO_Ronduen-0152640, GEO_Ronduen-0152641, GEO_Ronduen-0152642, GEO_Ronduen-0152643, and GEO_Ronduen-01526344 | GEO | |
| 336-33 | Exhibit 43 | GEO_Ronduen-0131593 | GEO | |
| 336-34 | Exhibit 44 | GEO_Ronduen-0132389 | GEO | |
| 336-35 | Exhibit 48 | SPARTAN_017540 | Spartan | Spartan consents |
| 336-36 | Exhibit 49 | SPARTAN_017545 | Spartan | Spartan consents |
| 336-37 | Exhibit 54 | SPARTAN_010436 | Spartan | Spartan consents, subject to redaction of employee |

| | | | | |
|---|---|---|---|---|
| | | | | personal information. |
| 336-38 | Exhibit 55 | SPARTAN_012259 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-39 | Exhibit 57 | GEO_Ronduen-0011109 | GEO | |
| 336-40 | Exhibit 58 | GEO_Ronduen-0013582 | GEO | |
| 336-41 | Exhibit 59 | SPARTAN_001638 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-42 | Exhibit 60 | SPARTAN_002181 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-43 | Exhibit 61 | SPARTAN_002222 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-44 | Exhibit 64 | GEO_Ronduen-0056617, GEO_Ronduen-0056619, GEO_Ronduen-0056620, GEO_Ronduen-0056621, GEO_Ronduen-0056622, and GEO_Ronduen-0056623 | GEO | |
| 336-45 | Exhibit 65 | SPARTAN_002342 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-46 | Exhibit 66 | SPARTAN_002459 | Spartan | Spartan consents, subject to redaction of employee |

| | | | | |
|---|---|---|---|---|
| | | | | personal information. |
| 336-47 | Exhibit 76 | Expert Report of Stuart Batterman, PhD | GEO | |
| 336-48 | Exhibit 80 | Expert Report of Noah Malmstadt, PhD | Spartan | Spartan consents. |
| 336-50 | Exhibit 103 | SPARTAN_002143 | Spartan | Spartan consents, subject to redaction of unit pricing, extended pricing, total value, and payment/discount terms, and employee personal information. |
| 336-51 | Exhibit 104 | SPARTAN_002145 | Spartan | Spartan consents, subject to redaction of unit pricing, extended pricing, total value, and payment/discount terms, and employee personal information. |
| 336-52 | Exhibit 107 | SPARTAN_000009 | Spartan | Spartan consents, subject to redaction of unit pricing, extended pricing, total value, and payment/discount terms, and employee personal information. |
| 336-53 | Exhibit 108 | GEO_Ronduen-0010806 | GEO | |
| 336-54 | Exhibit 109 | GEO_Ronduen-0009382 | GEO | |
| 336-55 | Exhibit 110 | GEO_Ronduen-0009168, GEO_Ronduen-0009170, GEO_Ronduen-0009171, GEO_Ronduen-0009172, | GEO | |

| | | | | |
|---|---|---|---|---|
| | | GEO_Ronduen-0009173, GEO_Ronduen-0009174, GEO_Ronduen-0009175, GEO_Ronduen-0009176, GEO_Ronduen-0009177, GEO_Ronduen-0009178, GEO_Ronduen-0009179, GEO_Ronduen-0009180, and GEO_Ronduen-0009181 | | |
| 336-56 | Exhibit 114 | SPARTAN_004564 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-57 | Exhibit 115 | GEO_Ronduen-0011483 | GEO | |
| 336-58 | Exhibit 116 | GEO_Ronduen-0016420 | GEO | |
| 336-59 | Exhibit 117 | SPARTAN_002721 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-60 | Exhibit 118 | SPARTAN_017615 | Spartan | Spartan consents. |
| 336-61 | Exhibit 119 | GEO_Ronduen-0016400, GEO_Ronduen-0016401 | GEO | |
| 336-62 | Exhibit 120 | GEO_Ronduen-0014474 | Plaintiffs & GEO | Plaintiffs consent |
| 336-63 | Exhibit 121 | SPARTAN_001963, SPARTAN_001965 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-64 | Exhibit 122 | GEO_Ronduen-0017618 | GEO | |
| 336-65 | Exhibit 124 | SPARTAN_004864 | Spartan | Spartan consents, subject to redaction of employee personal information. |
| 336-66 | Exhibit 125 | SPARTAN_003612 | Spartan | Spartan consents. |
| 336-67 | Exhibit 128 | GEO_Ronduen-0018391, | GEO | |

| | | | | |
|---|---|---|---|---|
| | | GEO_Ronduen-0018422 | | |
| 445 | n/a | Declaration | Describes materials designated by Plaintiffs & GEO | Plaintiffs consent |
| 445-? | Ex. ? | ECF 436: Plaintiffs' Opposition to GEO's MIL No. 5 | GEO | |
| 445-? | Ex. ? | ECF 437: Plaintiffs' Opposition to Spartan's MIL No. 1 | GEO | |
| 445-3 | Ex. C | Exhibit 6 to A. Artmann Declaration | Plaintiffs | No |
| 445-4 | Ex. D | Exhibit 19 to M. Menza Declaration | Plaintiffs | No |
| 445-5 | Ex. E | Exhibit 20 to M. Menza Declaration | Plaintiffs | No |
| 445-6 | Ex. F | Exhibit 21 to M. Menza Declaration | Plaintiffs | No |
| 445-7 | Ex. G | Exhibit 22 to M. Menza Declaration | Plaintiffs | No |
| 445-? | Ex. ? | Exhibit 1 to M. Menza Declaration, | GEO | |
| 445-? | Ex. ? | Exhibit 3 to M. Menza Declaration | GEO | |
| 445-? | Ex. ? | Exhibit 5 to M. Menza Declaration | GEO | |
| 445-? | Ex. ? | Exhibit 32 to M. Menza Declaration | GEO | |
| 445-? | ? | ? | ? | |

# EXHIBIT B

Statement of Work, SPARTAN_000044-000049 (Pls.' Ex. 24) (Spartan's requested redactions applied)

*Unredacted version remains provisionally filed under seal at ECF No. 315-12 (Menza Decl. Ex. 24) and ECF No. 336-17 (Artmann Decl. Ex. 24). Spartan asks that only the redacted passages remain sealed.*

*Support: Swinford Decl. ¶¶ 12-18; Black Decl. ¶¶ 2, 6-8.*

The GEO Group, Inc.

# Statement of Work Agreement

Spartan

## Effective Dates: December 1st, 2019-November 30th 2022

| | | | |
|---|---|---|---|
| SUPPLIER: | Spartan Chemical Company, Inc. | BUYER: | GEO Group Facilities |
| ADDRESS: | 1110 Spartan Drive<br>Maumee, OH 43537 | ADDRESS: | 4955 Technology Way<br>Boca Raton, FL 33431 |
| ACCT. MGR: | Doug Peterson | MANAGER: | Todd Nadrich |
| TEL. NO: | [redacted] | TEL. NO: | [redacted] |
| FAX NO: | [redacted] | FAX NO: | [redacted] |
| EMAIL: | [redacted] | EMAIL: | [redacted] |
| WEB SITE: | www.spartanchemical.com | WEB SITE: | www.geogroup.com |

ITEMS/SERVICES COVERED: All Spartan Chemical Products & Services

**INTENT:**

This Statement of Work Agreement covers the purchases of all Spartan housekeeping, laundry, warewash, floor care, carpet care, food service, and drain maintenance chemicals made by GEO Group Facilities located in the United States. The only products approved for the Spartan / GEO Group Facilities Program are listed in GEO Group Facilities Approved Formulary at the conclusion of this document. All requests for additional products must be made to Spartan Account Manager and approved by the GEO Group regional or corporate offices. **(* See Approved Formulary Exhibit A)**

***The approved product formulary includes both approved for general use and special project restoration items. This is intended to eliminate any unnecessary items from being purchased or brought in to GEO facilities***

The GEO Group, Inc.®

**ORDERING PROCESS:**

GEO Group Facilities will place orders directly with Spartan Chemical via phone, fax, email or Spartans web ordering platform. The GEO Group customer service / order agent will be:

Claire Mendoza
[redacted]
1-800-537-8990 [redacted]
[redacted] FAX Number
http://www.b2bgateway.net/OrderPortalSpartan/login.asp

The attached GEO Facility Order Guide **(Exhibit B)** can be used to facilitate ease of transaction.

[redacted]

[redacted]

***Note:*** Spartan Chemical distributor associates will not provide additional items unless instructed by GEO Region or GEO corporate office. Items currently being purchased by GEO facilities will be done so at the sole discretion of the individual GEO facility.

**SHIPPING INSTRUCTIONS:**

[redacted]

**MINIMUM PURCHASE ORDER QUANTITY:**

No minimum order quantity. However, see shipping instructions above. To minimize transaction costs and freight charges, GEO Group Facilities will make a reasonable attempt to consolidate ordering.

**PAYMENT TERMS:** [redacted]

Confidential - Not for Public Disclosure

The GEO Group, Inc.®

**REMITTANCE ADDRESS:** Spartan Chemical Company, Inc.
P.O. Box 1472
Toledo, OH 43603-1472

**LEAD TIME:** Orders will be shipped within 3-5 days of receipt of order

**PRICES:**

Pricing for Spartan Chemical products will be based on current Exhibit A formulary pricing. [redacted]

**SERVICE EQUIPMENT SUPPORT:**

Spartan Chemical authorized distributors and certified service technicians will provide monthly service calls to monitor and adjust as necessary the dispensing equipment to assure the proper ratio is dispensing for each application. Service requirements are as follows:

- Servicing and performance of preventative maintenance on Spartan Chemical's dispensers
- Servicing dish machines as it relates to proper dispensing of chemicals
- Servicing laundry dispensers as it relates to the proper dosing of the Spartan laundry products
- Training as it relates to proper use of chemicals and dispensing equipment.
- SDS Binder updates

A service summary report shall be provided to each facility upon completion of each service call. The report will include; service performed, findings & actions.

**ACCOUNT REPRESENTATION:**

Spartan Chemical Company will assign Spartan Regional Sales Managers to oversee and visit each GEO Group Facilities to assist and provide on-site, hands on, and classroom training. Training will be provided on GEO specific training modules including but not limited to, GHS Standards, HazCom, OSHA Bloodborne Pathogens, Carpet Care, Restroom Care, Hard Floor Care, Green Cleaning. Spartan Regional Sales Managers will perform comprehensive audits of the facilities quarterly and report the findings to the following contacts:

- Warden
- Fire and Safety manager
- Business office manager

Confidential - Not for Public Disclosure

The GEO Group, Inc.

- Kitchen Manager
- Laundry Manager

The quarterly audits will be sent to each Regional Vice President for review upon collection of all facility level reports. **(Exhibit E – Quartely Regional Manager Inspections)**

Spartan Regional Sales Managers are available for any problems, concerns, or questions from GEO Group Facilities Supervisors. Any site visits performed by Regional Managers will be followed by a **(Exhibit F- RM Site Visit Form)**

**REPORTING**

GEO will receive monthly usage reports. Reports will be provided at no cost to GEO and contain the following:

[redacted]

Reports will be sent to GEO Corporate office as well as Regional Vice Presidents. Spartan Chemical will host monthly review calls with field team to address any spikes in usage and report corrective measures to each regional vice president.

**DISPENSER AND CHEMICAL CAGE AGREEMENT:**

[redacted] Dispenser and containment cage needs to be determined by Spartan Chemical Regional manager upon initial facility walkthrough. Replacement dispensers and chemical containment cages due to abuse or neglect will be a responsibility of the GEO group facility.

**TRAINING & SUPPORT MATERIALS:**

Spartan will provide GEO Group Facilities the following point of use and value add training materials.

1. Customized Wall Charts

Confidential - Not for Public Disclosure

The GEO Group, Inc.

2. Customized GEO Training Certification Program
3. Web Based English / Spanish Clean √ Program
4. GEO Continuum of Care program training available

---

**ROLL OUT PROCEDURES:**

- GEO to notify Wardens, Business Managers, and Fire and Safety contacts of Program and alert them that a Spartan Team Member will be contacting them to introduce / reintroduce the Spartan Program benefits and conduct Site Specific survey.
- GEO to notify facilities to minimize off contract chemical purchases in anticipation of converting to new program.
- Prior to survey and installation local Spartan Team Members to contact each Warden and schedule introduction visit. (Meeting time approximately 1 hour)
    - Warden
    - Deputy Warden
    - Housekeeping Managers
    - Maintenance Manager
    - Kitchen Manager
    - Fire & Safety
    - Laundry Manager
    - Business Manager
    - IT Manager
    - Anyone else the Warden feels will benefit
- Local Spartan Team Members and person designated by the Warden to tour facility and complete survey. (Complete same day as introduction meeting)
- Initial product ordered and initial install. (As scheduled approximately 2 – 3 weeks after survey)
- Follow-up and begin training. (Initial training during install, regular training on a scheduled basis thereafter)

The GEO Group, Inc.®

- For facilities with Vocational Program or desire to have Vocational Program, start working with Regional Vocational Program Managers to modify/build GEO specific program. (To be determined by GEO/Spartan Corporate)

---

**Accepted by Authorized Representatives**

**Supplier:** Spartan Chemical Company, Inc.

**Name:** Dave Reed

**Title:** Vice President National Accounts

**Signature:** David N Reed

**Date:** January 7, 2020

David N. Reed

**Buyer:** GEO Group Facilities

**Name:** Todd Nadrich

Todd Nadrich
Corporate Director
Sourcing and Supply
The GEO Group, Inc.

**Title:** Director Sourcing & Supply

**Signature:**

**Date** 1/6/2020

Confidential - Not for Public Disclosure

# EXHIBIT C

Invoices, SPARTAN_000009-000026 (Pls.' Ex. 107 / Ex. 84) (Spartan's requested redactions applied)

*Unredacted version remains provisionally filed under seal at ECF No. 336-52 (Artmann Decl. Ex. 107) and ECF No. 315-46 (Menza Decl. Ex. 84). Spartan asks that only the redacted passages remain sealed.*

*Support: Swinford Decl. ¶¶ 19-25; Black Decl. ¶¶ 9-11.*

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 605304
**Order:** 510596
**Invoice Date:** 19-Mar-2020
**PO:** c10-247641-acf-p
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 540746245

SOLD TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 20 | | HDQ Neutral 5 GAL PAIL<br>120205 | 120205 | 896 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

email cm

| Total Quantity | | | Total Value |
|---|---|---|---|
| 20 | Total Order Weight | 896 | USD [redacted] |

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 608659
**Order:** 512126
**Invoice Date:** 8-Apr-2020
**PO:** C10-247521-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 542187398

SOLD TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 18 | | HDQ Neutral 5 GAL PAIL<br>120205 | 120205 | 806 | [redacted] | [redacted] |
| 12 | | Pot & Pan Detergent 5 GAL PAIL | 765605 | 548 | [redacted] | [redacted] |
| 5 | | RTU Oven & Grill Qt. QUART 12/CSE<br>319403 | 319403 | 145 | [redacted] | [redacted] |
| 5 | | Delimer 1 GAL 4/CSE<br>765504 | 765504 | 195 | [redacted] | [redacted] |
| 1 | | SparClean Sure Step [59] 1 GAL 4/CSE<br>765904 | 765904 | 38 | [redacted] | [redacted] |
| 3 | | TriBase Multi Purpose Cln 5 GAL PAIL<br>383005 | 383005 | 135 | [redacted] | [redacted] |
| 6 | | Sani-T-10 Plus 5 GAL PAIL | 315905 | 266 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity
50

Total Order Weight 2,133

Total Value
USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 608660
**Order:** 513802
**Invoice Date:** 8-Apr-2020
**PO:** C10-249429-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**RM:** 747 JASON SALTER

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 543457865

**SOLD TO**
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

**SHIP TO**
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 20 | | HDQ Neutral 5 GAL PAIL 120205 | 120205 | 896 | [redacted] | [redacted] |
| 4 | | All Temp. Detergent 5 GAL PAIL 765005 | 765005 | 237 | [redacted] | [redacted] |
| 5 | | CLF Laundry Detergent 15 GAL DRUM | 700315 | 668 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 29

Total Order Weight 1,801

Total Value
USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 609995
**Order:** 510057
**Invoice Date:** 16-Apr-2020
**PO:** C10-247202-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 540746237

SOLD TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 5 | | HDQ Neutral 5 GAL PAIL 120205 | 120205 | 224 | [redacted] | [redacted] |
| 5 | | Clean By Peroxy 5 GAL PAIL | 003505 | 226 | [redacted] | [redacted] |
| 5 | | Foamy Q&A 1 GAL 4/CSE | 320204 | 192 | [redacted] | [redacted] |
| 4 | | RTU Foamy Q & A Qt. QUART 12/CSE 320003 | 320003 | 120 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 19
Total Order Weight 763
Total Value USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 610898
**Order:** 517642
**Invoice Date:** 21-Apr-2020
**PO:** C10-251813-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 546884016

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 15 | | HDQ Neutral 5 GAL PAIL<br>120205 | 120205 | 672 | [redacted] | [redacted] |
| 8 | | Clean By Peroxy 5 GAL PAIL | 003505 | 362 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 23 Total Order Weight 1,034

Total Value USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 611210
**Order:** 516803
**Invoice Date:** 22-Apr-2020
**PO:** C10-251296-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**RM:** 747 JASON SALTER

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 545814659

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 20 | | HDQ Neutral 5 GAL PAIL 120205 | 120205 | 896 | [redacted] | [redacted] |
| 5 | | iSHINE 1 GAL 4/CSE 405504 | 405504 | 184 | [redacted] | [redacted] |
| 5 | | Delimer 1 GAL 4/CSE 765504 | 765504 | 195 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

email cm

Total Quantity 30

Total Order Weight 1,275

Total Value USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 612933
**Order:** 515570
**Invoice Date:** 30-Apr-2020
**PO:** C10-250368-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 544675853

SOLD TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | | Clean By Peroxy 5 GAL PAIL | 003505 | 453 | [redacted] | [redacted] |
| 5 | | Foamy Q&A 1 GAL 4/CSE | 320204 | 192 | [redacted] | [redacted] |
| 2 | | RTU Foamy Q & A Qt. QUART 12/CSE 320003 | 320003 | 60 | [redacted] | [redacted] |
| 12 | | HDQ Neutral 5 GAL PAIL 120205 | 120205 | 537 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity
29

Total Order Weight 1,243

Total Value
USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 612934
**Order:** 519531
**Invoice Date:** 30-Apr-2020
**PO:** C10-252487-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**RM:** 747 JASON SALTER

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 547949944

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 15 | | HDQ Neutral 5 GAL PAIL<br>120205 | 120205 | 672 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 15

Total Order Weight 672

Total Value
USD [redacted]

Exhibit 107, Page 477

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 615111
**Order:** 522204
**Invoice Date:** 11-May-2020
**PO:** C10-254062-acf-p
**Terms of Sale:** 1% within 10 days, net 30 days

**RM:** 747 JASON SALTER

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 550090807

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 15 | | HDQ Neutral 5 GAL PAIL<br>120205 | 120205 | 672 | [redacted] | [redacted] |
| 2 | | Glass Cln 1 GAL 4/CSE | 303004 | 71 | [redacted] | [redacted] |
| 4 | | Foamy Q&A 1 GAL 4/CSE | 320204 | 154 | [redacted] | [redacted] |
| 4 | | RTU Foamy Q & A Qt. QUART 12/CSE<br>320003 | 320003 | 120 | [redacted] | [redacted] |
| 1 | | SparClean Sure Step [59] 1 GAL 4/CSE<br>765904 | 765904 | 38 | [redacted] | [redacted] |
| 5 | | Delimer 1 GAL 4/CSE<br>765504 | 765504 | 195 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

email cm

Total Quantity
31

Total Order Weight 1,249

Total Value
USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 617502
**Order:** 523788
**Invoice Date:** 26-May-2020
**PO:** C10-254946-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**RM:** 747 JASON SALTER

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 551201130

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 8 | | RTU Spraybuff Qt. QUART 12/CSE 304003 | 304003 | 222 | [redacted] | [redacted] |
| 4 | | Foamy Q&A 1 GAL 4/CSE | 320204 | 154 | [redacted] | [redacted] |
| 4 | | RTU Foamy Q & A Qt. QUART 12/CSE 320003 | 320003 | 120 | [redacted] | [redacted] |
| 5 | | Sani-T-10 Plus 5 GAL PAIL | 315905 | 221 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 21

Total Order Weight 717

Total Value USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 618543
**Order:** 525124
**Invoice Date:** 2-Jun-2020
**PO:** C10-255746-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**RM:** 747 JASON SALTER

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 552334088

SOLD TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 15 | | HDQ Neutral 5 GAL PAIL 120205 | 120205 | 672 | [redacted] | [redacted] |
| 5 | | iSHINE 1 GAL 4/CSE 405504 | 405504 | 184 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 20 | Total Order Weight 856 | Total Value USD [redacted]

Exhibit 107, Page 480

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 621496
**Order:** 526298
**Invoice Date:** 17-Jun-2020
**PO:** C10-256279-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 553279852

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 4 | | Foamy Q&A 1 GAL 4/CSE | 320204 | 154 | [redacted] | [redacted] |
| 2 | | Glass Cln 1 GAL 4/CSE | 303004 | 71 | [redacted] | [redacted] |
| 5 | | iSHINE 1 GAL 4/CSE<br>405504 | 405504 | 184 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

| Total Quantity | | | Total Value |
|---|---|---|---|
| 11 | Total Order Weight | 409 | USD [redacted] |

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 621497
**Order:** 527314
**Invoice Date:** 17-Jun-2020
**PO:** C10-257088-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 554766741

SOLD TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 15 | | HDQ Neutral 5 GAL PAIL<br>120205 | 120205 | 672 | [redacted] | [redacted] |
| 8 | | Delimer 1 GAL 4/CSE<br>765504 | 765504 | 312 | [redacted] | [redacted] |
| 1 | | SparClean Sure Step [59] 1 GAL 4/CSE<br>765904 | 765904 | 38 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 24

Total Order Weight 1,022

Total Value USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 625108
**Order:** 532244
**Invoice Date:** 14-Jul-2020
**PO:** C10-260108-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**RM:** 747 JASON SALTER

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 560650210

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 5 | | Foamy Q&A 1 GAL 4/CSE | 320204 | 192 | [redacted] | [redacted] |
| 6 | | L.O.E. Stripper 5 GAL PAIL | 006105 | 274 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 11

Total Order Weight 466

Total Value USD [redacted]

Exhibit 107, Page 483

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 630464
**Order:** 538382
**Invoice Date:** 18-Aug-2020
**PO:** C10-264501-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 567175492

**SOLD TO**
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

**SHIP TO**
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 3 | | Foamy Q&A 1 GAL 4/CSE | 320204 | 115 | [redacted] | [redacted] |
| 5 | | RTU Foamy Q & A Qt. QUART 12/CSE 320003 | 320003 | 150 | [redacted] | [redacted] |
| 1 | | L.O.E. Stripper 5 GAL PAIL | 006105 | 46 | [redacted] | [redacted] |
| 1 | | RTU Stainless Steel Clean QUART 12/CSE 326503 | 326503 | 28 | [redacted] | [redacted] |
| 5 | | Delimer 1 GAL 4/CSE 765504 | 765504 | 195 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 15 Total Order Weight 534

Total Value USD [redacted]

Exhibit 107, Page 484

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 631764
**Order:** 540042
**Invoice Date:** 25-Aug-2020
**PO:** C10-265311-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 568502561

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | | HDQ Neutral 5 GAL PAIL<br>120205 | 120205 | 448 | [redacted] | [redacted] |
| 8 | | Clean By Peroxy 5 GAL PAIL | 003505 | 362 | [redacted] | [redacted] |
| 5 | | iSHINE 1 GAL 4/CSE<br>405504 | 405504 | 184 | [redacted] | [redacted] |
| 1 | | L.O.E. Stripper 5 GAL PAIL | 006105 | 46 | [redacted] | [redacted] |
| 4 | | Sani-T-10 Plus 5 GAL PAIL | 315905 | 177 | [redacted] | [redacted] |
| 2 | | TriBase Multi Purpose Cln 5 GAL PAIL<br>383005 | 383005 | 90 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 30

Total Order Weight 1,307

Total Value USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 632222
**Order:** 530786
**Invoice Date:** 27-Aug-2020
**PO:** C10-259189-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**RM:** 747 JASON SALTER

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 558299186

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 5 | | iSHINE 1 GAL 4/CSE 405504 | 405504 | 184 | [redacted] | [redacted] |
| 1 | | SparClean Sure Step [59] 1 GAL 4/CSE 765904 | 765904 | 38 | [redacted] | [redacted] |
| 2 | | Freezer Cleaner 5 GAL PAIL | 312805 | 85 | [redacted] | [redacted] |
| 6 | | Sani-T-10 Plus 5 GAL PAIL | 315905 | 266 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 14

Total Order Weight 573

Total Value USD [redacted]

SPARTAN CHEMICAL COMPANY, INC.
1110 Spartan Drive
Maumee, Ohio 43537
419-897-5551 (Outside Ohio) 1-800-537-8990

**RM:** 747 JASON SALTER

**Remit to:**
**SPARTAN CHEMICAL COMPANY, INC.**
**P.O. Box 1472, Toledo, Ohio 43603-1472**

* REPRINTED INVOICE *

Page 1 of 1

**Invoice:** 635674
**Order:** 543059
**Invoice Date:** 16-Sep-2020
**PO:** C10-266961-ACF-P
**Terms of Sale:** 1% within 10 days, net 30 days

**Spartan will not accept returns of any products in the following categories:**
**Disinfectants Wipes Hand Cleaners Chlorine-based Products**

**Dist#:** 1536001
**Dist Invoice Number:** 572267391

SOLD TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

SHIP TO:
E0640044
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

| QUANTITY | B/O | DESCRIPTION | ITEM NUMBER | WEIGHT | After Discount UNIT PRICE | After Discount EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 4 | | RTU Foamy Q & A Qt. QUART 12/CSE 320003 | 320003 | 120 | [redacted] | [redacted] |
| 5 | | Delimer 1 GAL 4/CSE 765504 | 765504 | 195 | [redacted] | [redacted] |
| | | | | Tax | | [redacted] |

EMAIL CM

Total Quantity 9
Total Order Weight 315
Total Value USD [redacted]

Exhibit 107, Page 487

# EXHIBIT D

Redaction Index and Redacted Spartan-Designated Exhibits D-1 through D-13

*The unredacted version of each exhibit remains provisionally filed under seal at the ECF No. shown in the index and on each exhibit cover sheet. Spartan asks that only the redacted identifiers (and, on SPARTAN_001965, the dollar amounts) remain sealed.*

*Support: Swinford Decl. ¶¶ 19-22, 25-36; Black Decl. ¶¶ 9, 11.*

*PUBLIC REDACTED VERSION*

# REDACTION INDEX: EMPLOYEE CONTACT IDENTIFIERS IN REMAINING SPARTAN-DESIGNATED EXHIBITS

Except as noted for SPARTAN_001965, SPARTAN_002143 and SPARTAN_002145, Spartan proposes to redact only the direct contact identifiers of its current and former employees: individual e-mail addresses, mobile and direct-dial telephone numbers, extensions, LinkedIn profile URLs, and, in one instance, a former employee's home address. Employee names and titles, Spartan's published main and toll-free numbers, its corporate fax number, and all third-party contact information remain unredacted. On SPARTAN_001965 (Pls.' Ex. 121, page 3), Spartan also proposes to redact only the dollar amounts: each product line's dollar value, the distributor end-user credit amount, and the grand-total dollar amount for each account. On the order confirmations at SPARTAN_002143 and SPARTAN_002145 (Pls.' Exs. 103 and 104), consistent with the invoices, Spartan also proposes to redact the unit prices, extended line values, line totals, tax and total order values; quantities and product descriptions remain public. Page numbers refer to pages of each exhibit following the exhibit cover sheet. Exhibits listed with no redactions are not reproduced here; Spartan consents to their unsealing in full.

| ECF No. | Pls.' Ex. | Bates | Description | Exhibit pages redacted | Categories redacted |
|---|---|---|---|---|---|
| 315-13 / 336-18 | 26 | SPARTAN_000050 | Records to EPA / inspection reports | None | No Spartan employee contact identifiers; no redactions |
| 315-24 / 336-56 | 42 / 114 | SPARTAN_004564 | Email | 1, 2, 3 | Categories: e-mail addresses; mobile/direct numbers; LinkedIn URLs; extensions |
| 336-35 | 48 | SPARTAN_017540 | Product documentation | None | No Spartan employee contact identifiers; no redactions |
| 336-36 | 49 | SPARTAN_017545 | Product documentation | None | No Spartan employee contact identifiers; no redactions |
| 336-37 | 54 | SPARTAN_010436 | Internal e-mail | 1, 2 | Categories: e-mail addresses; LinkedIn URLs; extensions |
| 336-38 | 55 | SPARTAN_012259 | Internal e-mail | 1, 2 | Categories: e-mail addresses; mobile/direct numbers; extensions |
| 336-41 | 59 | SPARTAN_001638 | Email | 1 | Categories: e-mail addresses |
| 336-42 | 60 | SPARTAN_002181 | Internal e-mail | 1 | Categories: e-mail addresses; mobile/direct numbers; extensions |
| 336-43 | 61 | SPARTAN_002222 | Internal e-mail | 1, 2 | Categories: e-mail addresses; mobile/direct numbers; extensions; LinkedIn URLs |
| 336-45 | 65 | SPARTAN_002342 | Internal e-mail | 1 | Categories: e-mail addresses; mobile/direct numbers; extensions |
| 336-46 | 66 | SPARTAN_002459 | Internal e-mail | 1 | Categories: e-mail addresses; mobile/direct numbers; extensions; LinkedIn URLs |
| 336-50 | 103 | SPARTAN_002143 | Order confirmation | 1 | Categories: e-mail addresses; unit prices, extended values, tax and totals |
| 336-51 | 104 | SPARTAN_002145 | Order confirmation | 1 | Categories: e-mail addresses; unit prices, extended values, tax and totals |
| 336-59 | 117 | SPARTAN_002721 | Email | 1 | Categories: e-mail addresses; mobile/direct numbers; home address; extensions |
| 336-63 | 121 | SPARTAN_001963 - 001965 | Internal e-mails; 2018 product lookup report (SPARTAN_001965) | 1, 3 | Categories: e-mail addresses; dollar amounts; mobile/direct numbers; extensions; LinkedIn URLs |
| 336-65 | 124 | SPARTAN_004864 | Email | 1 | Categories: e-mail addresses; extensions; LinkedIn URLs; mobile/direct numbers |

| ECF No. | Pls.' Ex. | Bates | Description | Exhibit pages redacted | Categories redacted |
|---|---|---|---|---|---|
| 336-66 | 125 | SPARTAN_003612 | Mason / FIFRA incident | None | No Spartan employee contact identifiers; no redactions |

# EXHIBIT D-1

Pls.' Ex. 42 / 114 (ECF No. 315-24 / 336-56), SPARTAN_004564: Email

*Employee contact identifiers redacted*

Message

**From:** Doug Peterson [redacted]
**Sent:** 10/2/2020 12:52:39 PM
**To:** Bryan Mangum [redacted]
**Subject:** FW: Diffense

This was the most recent email exchange with the VP of Risk for GEO Corporate. Although the exchange he had with the brass at GEO via this thread was anything but professional, that's not what alarmed me. What alarmed me was that he still had no clue what products were being used at Adelanto, and we have been focused on this facility for 6 months plus now. He said to verify a question I asked, he would have to talk to the rep. He mentioned wanting to use gallons of Diffense so that they could be more economical through the dilution stations, when we all know Diffense is RTU in all forms. The last exchange regarding products we had was early on in the time that we have been dealing with these issues. It was around HDQC2 and HDQ Neutral. He had no clue which was being used, what dilutions either should be set at, and asked for secondary labels from Jackie and I for the wrong product. I heard through the facility, that the dispensers were labeled for HDQc2 but using HDQ Neutral. I never could get a straight answer from him. I was extremely patient. He had great concern for entering the facility once covid hit. I told him not to do anything that he felt would jeopardize his health. He always depended on his HD rep Shan Connell to perform all things GEO Adelanto during Covid (Which is fine), but I doubt he did much even before the pandemic at this facility. Ill send other exchanges I feel would be relevant.

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

**From:** Jason Salter [redacted]
**Sent:** Wednesday, September 30, 2020 3:21 PM
**To:** Philip Dugger [redacted]
**Cc:** Doug Peterson [redacted] Charles Leeper [redacted]
**Subject:** Re: Diffense

That's fine I will be present

Jason Salter
Regional Manager
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

On Sep 30, 2020, at 12:17 PM, Philip Dugger <[redacted]> wrote:

It's a planning meeting so I would like for you to be on the call if possible.

**From:** Jason Salter [redacted]
**Sent:** Wednesday, September 30, 2020 3:17 PM
**To:** Philip Dugger [redacted]
**Cc:** Doug Peterson [redacted] Charles Leeper [redacted]
**Subject:** [EXTERNAL] Re: Diffense

I'm not sure. Just go ahead and proceed with this meeting

Jason Salter
Regional Manager



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

On Sep 30, 2020, at 12:15 PM, Philip Dugger <[redacted]> wrote:

How long will the meeting last? I can push it to a later time.

---

**From:** Jason Salter [redacted]
**Sent:** Wednesday, September 30, 2020 3:13 PM
**To:** Philip Dugger [redacted]
**Cc:** Doug Peterson [redacted] Charles Leeper [redacted]
**Subject:** [EXTERNAL] Re: Diffense

That's 1PM Pacific standard time I can be on the call but I'll be going into a meeting at that time so I'll have to just be listening

Jason Salter
Regional Manager
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

On Sep 30, 2020, at 12:10 PM, Philip Dugger <[redacted]> wrote:

We can do 4pm. Jason, 4pm work for you?

In the meantime, I will send out the invite.

---

**From:** Doug Peterson [redacted]
**Sent:** Wednesday, September 30, 2020 2:56 PM
**To:** Philip Dugger [redacted]>; Charles Leeper [redacted]
**Cc:** Jason Salter [redacted]
**Subject:** [EXTERNAL] RE: Diffense

3:30 OR 4PM est. Jason is our rep in the area, Id like him on the call as well.

Jason, does this time work for you?

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

---

**From:** Philip Dugger <[redacted]
**Sent:** Wednesday, September 30, 2020 2:37 PM
**To:** Doug Peterson [redacted] Charles Leeper [redacted]
**Subject:** RE: Diffense

Doug,
To change out the use of HDQ with Diffense, our Operations Team would like to get on a call today with you (whomever you feel should be on the call) to discuss a plan for Spartan to provide training, use and deployment with facility staff.

We will also need to discuss removal of existing dispensers and related equipment.

What time is good for a call?

---

**From:** Doug Peterson [redacted]
**Sent:** Wednesday, September 30, 2020 2:02 PM
**To:** Philip Dugger [redacted]>; Charles Leeper [redacted]
**Subject:** [EXTERNAL] RE: Diffense

Yes. 30 Second Dwell. Line 2 on the document below:

http://www.spartanchemical.com/globalassets/solutions/covid-19/listn-table.pdf

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

---

**From:** Philip Dugger [redacted]
**Sent:** Wednesday, September 30, 2020 1:49 PM
**To:** Doug Peterson [redacted] Charles Leeper [redacted]
**Subject:** RE: Diffense

Doug,
To confirm, this is an EPA approved disinfectant to use against the COVID 19 virus?

---

**From:** Doug Peterson [redacted]
**Sent:** Tuesday, September 29, 2020 6:24 PM
**To:** Philip Dugger [redacted]>; Charles Leeper [redacted]
**Cc:** Tarren Wethington [redacted] Jason Salter [redacted]
**Subject:** [EXTERNAL] Diffense

Looks like the distributors servicing the Adalento and Mesa Verde facility have 25 cases of diffense in stock at each of the two DCs. Jason can help communicate the direction to the facility. How many are you wanting to order?

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Toll Free: 800-537-8990
Telephone: 419-531-5551 [redacted]
Fax: 419-724-7500
Mobile: [redacted]
Email: [redacted]
Website: www.spartanchemical.com
LinkedIn: [redacted]

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message. [SCCv1]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message.
Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message.

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message.

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message.

# EXHIBIT D-2

Pls.' Ex. 54 (ECF No. 336-37), SPARTAN_010436: Internal e-mail

*Employee contact identifiers redacted*

Message

**From:** Charles Leeper [redacted]
**Sent:** 4/3/2020 8:55:33 PM
**To:** Doug Peterson [redacted]
**Subject:** Re: sprayers

Thanks Doug!!! Hope you and yours all safe and well

**Chuck Leeper**
DIRECTOR, SAFETY & RISK MANAGEMENT

**The GEO Group, Inc.** ®
4955 Technology Way, Boca Raton, FL 33431

Tel: 561 999 5843 • Fax: 561 999 5555
Mobile: [redacted]

www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** Doug Peterson [redacted]
**Sent:** Friday, April 3, 2020 4:49 PM
**To:** Charles Leeper [redacted]
**Subject:** [EXTERNAL] RE: sprayers

Yes. As long as properly diluted, this is just another method of applying the product through the spray method. Perfectly fine...I like the dwell time portion as well as the physical wiping afterwards

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Toll Free: 800-537-8990
Telephone: 419-531-5551 [redacted]
Fax: 419-724-7500
Mobile: [redacted]
Email: [redacted]
Website: www.spartanchemical.com
LinkedIn: [redacted]



We make clean simple®

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message. [SCCv1]

**From:** Charles Leeper [redacted]
**Sent:** Friday, April 3, 2020 4:21 PM

**To:** Doug Peterson [redacted]
**Subject:** sprayers

Doug can you please review the below I received from one of our facilities and let me know if this is an acceptable method to use the HDQ?

thanks
Chuck

We are currently using 1 and 2 gallon sprayers, purchased at ACE hardware and put out the attached guidelines for usage.

Both facilities will begin using the HDQ Neutral in 1 and 2 gallon sprayers. These sprayers must be filled through the dispensers located in Laundry and at ASF the chemical room. The Officers using the sprayers must assure the nozzles are set to a fine mist as to not waste the product or saturate items being cleaned. Showers, sinks, toilets, tables, chairs and normal touch points will be directly sprayed and allowed the 10 wait time before wiping them down. For security equipment, detainee phones, tablets and microwaves the chemical needs to be applied to a cloth and then used to clean these items as not to damage the equipment. The attached memo is an instructional guide on the cleaning procedures for the areas and equipment to be cleaned.

**Chuck Leeper**
DIRECTOR, SAFETY & RISK MANAGEMENT

**The GEO Group, Inc.** ®
4955 Technology Way, Boca Raton, FL 33431

Tel: 561 999 5843 • Fax: 561 999 5555
Mobile: [redacted]

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

# EXHIBIT D-3

Pls.' Ex. 55 (ECF No. 336-38), SPARTAN_012259: Internal e-mail

*Employee contact identifiers redacted*

Message

**From:** Doug Peterson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1DFD3FE7CE884AFB98820F85552CE980-[redacted]
**Sent:** 5/28/2020 5:13:28 PM
**To:** Amy Swinford [redacted]; Jerred Attanasio [redacted] David N. Reed [redacted]
**CC:** Bill Schalitz [redacted] John Schauff [redacted]
**Subject:** RE: Geo Group - HDQ

Amy,

Will do...

I've copied Schauff on this because recently Adelanto was involved in a Federal lawsuit and GEO was gearing us up to do a bunch of training. They ended up getting a stay and we did not have to provide. I wonder if these are related or separate incidents..

John did you get the specifics on the lawsuit?

---

**From:** Amy Swinford [redacted]
**Sent:** Thursday, May 28, 2020 12:59 PM
**To:** Jerred Attanasio [redacted] David N. Reed [redacted] Doug Peterson [redacted]
**Cc:** Bill Schalitz [redacted]
**Subject:** RE: Geo Group - HDQ

Thanks Jerred!

Amy Swinford
International & Risk Manager
Spartan Chemical Company, Inc.
Email: [redacted]

---

**From:** Jerred Attanasio [redacted]
**Sent:** Thursday, May 28, 2020 12:55 PM
**To:** Amy Swinford [redacted] David N. Reed [redacted] Doug Peterson [redacted]
**Cc:** Bill Schalitz [redacted]
**Subject:** RE: Geo Group - HDQ

Thank you Amy, that is actually Dave and Doug. I have copied Doug in on this.

Jerred Attanasio
Director of Building Service Contractors
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

---

**From:** Amy Swinford [redacted]
**Sent:** Thursday, May 28, 2020 12:51 PM
**To:** David N. Reed [redacted] Jerred Attanasio [redacted]
**Cc:** Bill Schalitz [redacted]
**Subject:** Geo Group - HDQ

Hi gentlemen,
I hope you are both doing well.

It is come to our attention that a complaint has been filed against the Adelanto Detention Center by an advocacy group regarding the use of HDQ Neutral by the Geo Group to disinfect the facility. Below is a link to an article on laist.com – within the article there is a copy of the complaint filed.

https://laist.com/2020/05/22/advocates_file_complaint_over_chemical_use_at_adelanto_detention_center.php

First, I am just bringing this to your attention since it involves Geo Group – I believe this would fall under one of you? We (Spartan) are not involved in this at all and we want to stay out of this. It only came to our attention because on a twitter account for the advocacy group they referenced our product which brought it to our attention. We have not been notified by any government body or any other oversight facility in this matter.
It should be noted that the label and SDS they are referencing is for the concentrate – I would assume Geo Group is using the product correctly and at the correct dilution and application.

It might be useful for you to reach out to them to ensure they are using the product correctly in all facilities (not just Adelanto) that they service.

As for this particular situation, I would prefer that we not directly engage in anything with anyone on this unless it is brought to us by Geo Group or someone else directly.
If you hear anything on this – please let me know.

Amy Swinford
International & Risk Manager
Spartan Chemical Company, Inc.
Toll Free: 800-537-8990
Telephone: 419-531-5551 [redacted]
Fax: 419-724-7500
Email: [redacted]
Website: www.spartanchemical.com

Spartan® We make clean simple®

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message. [SCCv1]

# EXHIBIT D-4

Pls.' Ex. 59 (ECF No. 336-41), SPARTAN_001638: Email

*Employee contact identifiers redacted*

**From:** Charles Leeper [redacted]
**Sent:** Thursday, May 07, 2020 9:02 AM EDT
**To:** Doug Peterson [redacted] John Schauff [redacted]
**Subject:** Adelanto

Gents

Our stay was accepted in the courts late yesterday. We can stand down on conducting the training at this point. We should keep the process your team put together on the ready however as we expect more of this activity across the country.

Thank you all for your valued partnership and excellent customer service. We know this was an above and beyond ask that took much extra time and effort on your part. Really appreciate you all!

best regards
Chuck

Chuck Leeper
DIRECTOR, SAFETY & RISK MANAGEMENT

The GEO Group, Inc. ©
4955 Technology Way, Boca Raton, FL 33431

Tel: 561 999 5843 • Fax: 561 999 5555
Mobile: [redacted]
www.geogroup.com
This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

# EXHIBIT D-5

Pls.' Ex. 60 (ECF No. 336-42), SPARTAN_002181: Internal e-mail

*Employee contact identifiers redacted*

**From:** John Schauff on behalf of John Schauff [redacted]
**Sent:** Thursday, May 28, 2020 1:22 PM EDT
**To:** Doug Peterson [redacted] Amy Swinford [redacted] Jerred Attanasio [redacted] David N. Reed [redacted]
**CC:** Bill Schalitz [redacted]
**Subject:** Re: Geo Group - HDQ

Hello everyone,

I bet this is the same group as the name sounds familiar from the original group suing to get detainees released because of "overcrowding" in the covid setting.

---

**From:** Doug Peterson [redacted]
**Sent:** Thursday, May 28, 2020 1:13:28 PM
**To:** Amy Swinford [redacted] Jerred Attanasio [redacted] David N. Reed [redacted]
**Cc:** Bill Schalitz [redacted] John Schauff [redacted]
**Subject:** RE: Geo Group - HDQ

Amy,

Will do...

I've copied Schauff on this because recently Adelanto was involved in a Federal lawsuit and GEO was gearing us up to do a bunch of training. They ended up getting a stay and we did not have to provide. I wonder if these are related or separate incidents..

John did you get the specifics on the lawsuit?

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

**From:** Amy Swinford [redacted]
**Sent:** Thursday, May 28, 2020 12:59 PM
**To:** Jerred Attanasio [redacted] David N. Reed [redacted] Doug Peterson [redacted]
**Cc:** Bill Schalitz [redacted]
**Subject:** RE: Geo Group - HDQ

Thanks Jerred!

Amy Swinford
International & Risk Manager
Spartan Chemical Company, Inc.
Email: [redacted]

**From:** Jerred Attanasio [redacted]
**Sent:** Thursday, May 28, 2020 12:55 PM
**To:** Amy Swinford [redacted] David N. Reed [redacted] Doug Peterson [redacted]
**Cc:** Bill Schalitz [redacted]
**Subject:** RE: Geo Group - HDQ

Thank you Amy, that is actually Dave and Doug. I have copied Doug in on this.

Jerred Attanasio
Director of Building Service Contractors
Spartan Chemical Company, Inc.
Mobile [redacted]
Emai [redacted]

**From:** Amy Swinford [redacted]
**Sent:** Thursday, May 28, 2020 12:51 PM
**To:** David N. Reed [redacted] Jerred Attanasio [redacted]
**Cc:** Bill Schalitz [redacted]
**Subject:** Geo Group - HDQ

Hi gentlemen,
I hope you are both doing well.

It is come to our attention that a complaint has been filed against the Adelanto Detention Center by an advocacy group regarding the

use of HDQ Neutral by the Geo Group to disinfect the facility. Below is a link to an article on laist.com – within the article there is a copy of the complaint filed.

https://laist.com/2020/05/22/advocates_file_complaint_over_chemical_use_at_adelanto_detention_center.php

First, I am just bringing this to your attention since it involves Geo Group – I believe this would fall under one of you? We (Spartan) are not involved in this at all and we want to stay out of this. It only came to our attention because on a twitter account for the advocacy group they referenced our product which brought it to our attention. We have not been notified by any government body or any other oversight facility in this matter.
It should be noted that the label and SDS they are referencing is for the concentrate – I would assume Geo Group is using the product correctly and at the correct dilution and application.

It might be useful for you to reach out to them to ensure they are using the product correctly in all facilities (not just Adelanto) that they service.

As for this particular situation, I would prefer that we not directly engage in anything with anyone on this unless it is brought to us by Geo Group or someone else directly.
If you hear anything on this – please let me know.

Amy Swinford
International & Risk Manager
Spartan Chemical Company, Inc.
Toll Free: 800-537-8990
Telephone: 419-531-5551 [redacted]
Fax: 419-724-7500
Email: [redacted]
Website: www.spartanchemical.com

Important Notice: This email and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this transmission. If you have received this email in error, please notify the sender immediately by reply email or telephone 800-537-8990 and promptly delete the original message. (SCCv1)

# EXHIBIT D-6

Pls.’ Ex. 61 (ECF No. 336-43), SPARTAN_002222: Internal e-mail

*Employee contact identifiers redacted*

**From:** Tarren Wethington on behalf of Tarren Wethington [redacted]
**Sent:** Friday, May 29, 2020 5:27 PM EDT
**To:** Doug Peterson [redacted]
**Subject:** Re: HDQ Neutral Disinfectant

Crazy. I just read the article. I'm guessing the inmates complained that it wasn't strong enough, so the staff is hand mixing it stronger. I spoke to Jason again about it. He has a solid plan for his PM of the dispensers. If he finds misuse, he will report it to us.

TW

Tarren Wethington
West Coast Divisional Manager
Cell [redacted]

---

**From:** Doug Peterson [redacted]
**Sent:** Friday, May 29, 2020 2:16:27 PM
**To:** Tarren Wethington [redacted]
**Subject:** Fwd: HDQ Neutral Disinfectant

FYI. Here it comes...

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Mobile [redacted]
Email: [redacted]
Begin forwarded message:

> **From:** "David N. Reed" [redacted]
> **Date:** May 29, 2020 at 5:15:01 PM EDT
> **To:** Doug Peterson [redacted] Anthony Ramos [redacted]
> **Cc:** David Cox [redacted]
> **Subject: RE: HDQ Neutral Disinfectant**
>
> Please get ahead of this. Do we have documentation that facilities trained properly to use our disinfectants. The news article claimed that staff was spraying the product around like air deodorizer.
>
> Thanks,
> Dave
>
> David N. Reed
> Vice President - National Accounts
> Spartan Chemical Company, Inc.
> Mobile [redacted]
> Email [redacted]
>
> **From:** Doug Peterson [redacted]
> **Sent:** Friday, May 29, 2020 5:11 PM
> **To:** Anthony Ramos [redacted]
> **Cc:** David Cox [redacted] David N. Reed [redacted]
> **Subject:** Re: HDQ Neutral Disinfectant
>
> Let me handle with Corporate.
>
> Doug Peterson
> National Accounts Manager
> Spartan Chemical Company, Inc.
> Mobile [redacted]
> Email [redacted]
>
>> On May 29, 2020, at 5:08 PM, Anthony Ramos [redacted]
>>
>> Gentlemen
>> Just got this, Any suggestions?
>> I've have 6 facilities
>> AR
>>
>> Anthony Ramos
>> Regional Manager
>> Spartan Chemical Company, Inc.
>> [redacted]
>>
>> ---
>>
>> Begin forwarded message:
>>
>>> **From:** Celeste Lutz [redacted]
>>> **Date:** May 29, 2020 [redacted]
>>> **To:** Anthony Ramos [redacted]
>>> **Cc:** [redacted]
>>>
>>> Hi Anthony,
>>>
>>> FYI
>>>
>>> I just received this article from GEO. Asst Warden Dugger found it and said they are no longer going to use this product. Are you aware of this article.
>>> It for the HDQ.
>>>
>>> Thanks
>>> Celeste
>>>
>>>> On May 29, 2020, at 3:48 PM, George Lugo [redacted] wrote:
>>>>
>>>> George Lugo
>>>> Facility Manager of Supplies, GEO SECURE SERVICES
>>>>
>>>> The GEO Group, Inc. ®
>>>> Coastal Bend
>>>> 4909 FM 2826
>>>> Robstown, Texas 78380

Tel: 361 767 3400 Ext 243 • Fax: 361 387 1567
Mobile [redacted]

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of the email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** Jimmy Dugger [redacted]
**Sent:** Friday, May [redacted]
**To:** George Lugo [redacted]
**Subject:** HDQ N[redacted]

https://www.yahoo.com/news/immigrant-detainees-say-ice-is-using-coronavirus-disinfectant-sprays-that-cause-bleeding-burns-and-pain-170426900.html

Jimmy Dugger
Assistant Facility Administrator, GEO Secure Services

The GEO Group, Inc.® • Coastal Bend
4909 FM 2826
Robstown, Texas [redacted]
361-767-3400 Cel[redacted]

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

Celeste V. Lutz
Sales Representative
Gulf Coast Paper Co.
[redacted]

<unknown.png>
<image002-4.png>

# EXHIBIT D-7

Pls.’ Ex. 65 (ECF No. 336-45), SPARTAN_002342: Internal e-mail

*Employee contact identifiers redacted*

**From:** Cali Sartor [redacted]
**Sent:** Wednesday, June 03, 2020 4:26 PM EDT
**To:** Justin W. Black [redacted] Lauren Clement [redacted] Amy Swinford
[redacted]
**Subject:** RE: Adelanto / HDQ Neutral.docx

I just spoke with a colleague from Portland who ran a PR agency for 20+ years before selling it to a global PR group – Publitek. She gave me some free advice on how to handle this situation.

She said that the best way is to

1. Try to have a conversation. Many times people just want to be heard.
2. If that doesn't work and they are just interested in attacking; disengage the conversation and try to seek legal recourse.

- She said that, in most cases, it is best to "put our truth out there" and be honest and open.
- We should publish a statement on our website. The statement should include something like "this product is essential to public safety, when used in the safe manner intended… it saves lives" and if at all possible, use a real world customer example to demonstrate this.
- Then send individual responses to them, thanking them and letting them know that we share their concern – and that we agree that this product shouldn't hurt people. This response should refer them to our statement on the web.
- We should also post our statement on social platforms where negative comments are made, not on the others though.

if you all agree, I will get started on a statement.

We also talked about retaining their services going forward and she will follow up with an introductory zoom meeting.

Cali Sartor
Vice President of Marketing and Advertising
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

**From:** Justin W. Black [redacted]
**Sent:** Wednesday, June 3, 2020 1:10 PM
**To:** Lauren Clement [redacted] Amy Swinford [redacted] Cali Sartor
[redacted]
**Subject:** RE: Adelanto / HDQ Neutral.docx

Yes, I like the communication.

Cali – please send to headquarters and regional managers as an email – please expressly communicate to them in the email that this is for internal information and use only.

Thank you all for your efforts.

Justin W. Black
Secretary and Treasurer
Spartan Chemical Company, Inc.
Email: [redacted]

**From:** Lauren Clement [redacted]
**Sent:** Wednesday, June 3, 2020 11:39 AM
**To:** Justin W. Black [redacted] Amy Swinford [redacted] Cali Sartor
[redacted].docx

Hi,

Here is what we came up with as a response. Please review and let us know your thoughts.

We are trying to utilize our network for a referral for a PR agency, if nothing pans out in the next few hours, Cali is going to make some cold calls to regional firms.

Thanks!

Lauren Clement
Marketing Communication Manager
Spartan Chemical Company, Inc.

Toll Free: 800-537-8990
Telephone: 419-531-5551 [redacted]
Mobile: [redacted]
Fax:
Email:

Spartan We make clean simple
www.spartanchemical.com

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation, copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message. [SCCvn]

# EXHIBIT D-8

Pls.' Ex. 66 (ECF No. 336-46), SPARTAN_002459: Internal e-mail

*Employee contact identifiers redacted*

**From:** Cali Sartor [redacted]
**Sent:** Friday, June 05, 2020 5:15 PM EDT
**To:** Amy Swinford [redacted] Justin W. Black [redacted]
**CC:** David N. Reed [redacted] Doug Peterson [redacted]
**Subject:** RE: Allegations Regarding Adelanto ICE Facility 060520 CES 430
**Attachment(s):** "Allegations Regarding Adelanto ICE Facility 060520 CES 513.docx"

OK updated on the attached. With group approval, I will post this on our website at 5:30p

Cali Sartor
Vice President of Marketing and Advertising
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

**From:** Amy Swinford [redacted]
**Sent:** Friday, June 5, 2020 5:12 PM
**To:** Cali Sartor [redacted] Justin W. Black [redacted]
**Cc:** David N. Reed [redacted] Doug Peterson [redacted]
**Subject:** RE: Allegations Regarding Adelanto ICE Facility 060520 CES 430

Geo is in agreement with one minor change which I agree with:

Underlined change (switching "incident" with "allegation"……We are aware of and monitoring the allegations made at the Adelanto ICE facility. We note that U.S. Immigration and Customs Enforcement (ICE) has categorically denied the allegations. For further information about <u>the allegations</u>, direct all inquiries to U.S. Immigration and Customs Enforcement.

I informed Philip that with this change, we will post the statement.

Thanked him for his support and assistance and said we'd be in contact should anything more develop.

Amy Swinford
International & Risk Manager
Spartan Chemical Company, Inc.
Email: [redacted]

**From:** Cali Sartor [redacted]
**Sent:** Friday, June 5, 2020 4:52 PM
**To:** Amy Swinford [redacted] Justin W. Black [redacted]
**Cc:** David N. Reed [redacted] Doug Peterson [redacted]
**Subject:** RE: Allegations Regarding Adelanto ICE Facility 060520 CES 430

Minor update changing "concerned about" to "aware of" in the 5th paragraph.

Cali Sartor
Vice President of Marketing and Advertising
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

**From:** Amy Swinford [redacted]
**Sent:** Friday, June 5, 2020 4:39 PM
**To:** Cali Sartor [redacted] Justin W. Black [redacted]
**Cc:** David N. Reed [redacted]; Doug Peterson [redacted]
**Subject:** RE: Allegations Regarding Adelanto ICE Facility 060520 CES 430

Thank you – I'll get back to you all asap.

Amy Swinford
International & Risk Manager
Spartan Chemical Company, Inc.
Email: [redacted]

**From:** Cali Sartor [redacted]
**Sent:** Friday, June 5, 2020 4:37 PM
**To:** Amy Swinford [redacted] Justin W. [redacted].com>
**Cc:** David N. Reed [redacted] Doug Peterson [redacted]
**Subject:** Allegations Regarding Adelanto ICE Facility 060520 CES 430

Updated statement. Keep in mind that I do not intend to send this to the trade publications, rather post on our website an social media platforms where we have been defamed.

Cali Sartor
Vice President of Marketing and Advertising
Spartan Chemical Company, Inc.

Toll Free: 800-537-8990
Telephone: 419-531-5551 [redacted]
Mobile: [redacted]
Email:
Website: [redacted]
LinkedIn:



Spartan We make clean simple®

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800-537-8990 and promptly delete the original message. [SCCv1]

# EXHIBIT D-9

Pls.' Ex. 103 (ECF No. 336-50), SPARTAN_002143: Order confirmation (Mar. 18, 2020)

*Pricing and employee contact identifiers redacted*

E U S A L E S O R D E R

EMAIL Order Confirmation Page 1

Order Number 512126
Order Date 18-Mar-2020

Order From: 30640044 GEO
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

Deliver To: 30640044 GEO
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

Delivered By: 1536001 SHP01
The Home Depot 238 *Commerce
5635 Union Pacific Ave.
Commerce, CA 90022-5136

Customer Reference:
**C10-247521-ACF-P**

RM: 747 Jason Salter
[redacted]
To: Shawn.Conner[redacted]
Phone: ( ) -
FAX: ( ) -

Customer Contact: ( ) -
( ) -

Distributor Contact:
Shawn Conner

EMAIL CM

| Line | Part Code | Description | Quantity | Uom | Price | UOM | Value |
|---|---|---|---|---|---|---|---|
| 1 | 120205 | HDQ Neutral | 18.00 | PA | [redacted] | PA | [redacted] |
| | 120205 | 5 GAL PAIL | | | | | |
| 2 | 765605 | Pot & Pan Detergent | 12.00 | PA | | PA | |
| | | 5 GAL PAIL | | | | | |
| 3 | 319403 | RTU Oven & Grill Qt. | 5.00 | CA | | CA | |
| | 319403 | QUART 12/CSE | | | | | |
| 4 | 765504 | Delimer | 5.00 | CA | | CA | |
| | 765504 | 1 GAL 4/CSE | | | | | |
| 5 | 765904 | SparClean Sure Step [59] | 1.00 | CA | | CA | |
| | 765904 | 1 GAL 4/CSE | | | | | |
| 6 | 383005 | TriBase Multi Purpose Cln | 3.00 | PA | | PA | |
| | 383005 | 5 GAL PAIL | | | | | |
| 7 | 315905 | Sani-T-10 Plus | 6.00 | PA | | PA | |
| | | 5 GAL PAIL | | | | | |

Line Totals [redacted]

Tax
Total Order Value

# EXHIBIT D-10

Pls.’ Ex. 104 (ECF No. 336-51), SPARTAN_002145: Order confirmation (Mar. 25, 2020)

*Pricing and employee contact identifiers redacted*

E U S A L E S O R D E R

EMAIL Order Confirmation Page 1

Order Number 513802
Order Date 25-Mar-2020

Order From: 30640044 GEO
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

Deliver To: 30640044 GEO
GEO-Adelanto Processing Cntr.E
10250 Rancho Road
Adelanto, CA 92301-

Delivered By: 1536001 SHP01
The Home Depot 238 *Commerce
5635 Union Pacific Ave.
Commerce, CA 90022-5136

Customer Reference:
**C10-249429-ACF-P**

RM: 747 Jason Salter
[redacted]
To: Shawn.Conner[redacted]
Phone: ( ) -
FAX: ( ) -

Customer Contact: ( ) -
( ) -

Distributor Contact:
Shawn Conner

| Line | Part Code | Description | Quantity | Uom | Price | UOM | Value |
|---|---|---|---|---|---|---|---|
| | EMAIL CM | | | | | | |
| 1 | 120205 | HDQ Neutral | 20.00 | PA | [redacted] | PA | [redacted] |
| | 120205 | 5 GAL PAIL | | | | | |
| 2 | 765005 | All Temp. Detergent | 4.00 | PA | | PA | |
| | 765005 | 5 GAL PAIL | | | | | |
| 3 | 700315 | CLF Laundry Detergent | 5.00 | DR | | DR | |
| | | 15 GAL DRUM | | | | | |

Line Totals [redacted]

Tax
Total Order Value

# EXHIBIT D-11

Pls.' Ex. 117 (ECF No. 336-59), SPARTAN_002721: Email

*Employee contact identifiers redacted*

**From:** Jason Salter [redacted]
**Sent:** Thursday, July 02, 2020 10:08 AM EDT
**To:** Cindy Bancroft [redacted] Doug Peterson [redacted]
**Subject:** Re: Chemical Dispensers

Doug any chance this can be sent in from you guys it's for adelanto I'm putting new stickers on the dispensers for hdqc2 neutral.

Jason Salter
Regional Manager
Spartan Chemical Company, Inc.
Mobile [redacted]
Email: [redacted]

On Jul 2, 2020, at 5:37 AM, Cindy Bancroft [redacted] wrote:

Jason,

These are $2.00 per sheet and need to have a PO number from HD Pro, unless someone is paying for them.

Cindy Bancroft
Customer Service Representative
Spartan Chemical Company, Inc.
Email: [redacted]

**From:** Jason Salter [redacted]
**Sent:** Wednesday, July 1, 2020 5:15 PM
**To:** Cindy Bancroft [redacted]
**Cc:** [redacted]
**Subject:** Fwd: Chemical Dispensers

Hi Cindy,

Please send 100 labels for the versafill as we need to re label the dispensers with hdqc2 Neutral. Please send to

[redacted]

Jason Salter
Regional Manager
Spartan Chemical Company, Inc.
Mobile [redacted]
Email: [redacted]
Begin forwarded message:

**From:** "Conner, Shanell D" [redacted]
**Date:** July 1, 2020 at 2:00:53 PM PDT
**To:** Jason Salter [redacted]
**Subject: Re: Chemical Dispensers**

Labels for the dispenser not bottles.
Call you afternoon my call.

Sent from my iPhone

On Jul 1, 2020, at 1:53 PM, Jason Salter [redacted] wrote:

I sent them to you in the mail UPS remember. Do you need more?

Jason Salter
Regional Manager
Spartan Chemical Company, Inc.

Toll Free: 800-537-8990
Telephone: 419-531-555[redacted]
Mobile: [redacted]
Email
Website: www.spartanchemical.com [spartanchemical.com]

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message.

On Jul 1, 2020, at 12:59 PM, Conner, Shanell D [redacted]> wrote:

Can you assist with HDQ Neutral Labels

Sent from my iPad

Begin forwarded message:

**From:** Lucia Meza <[redacted]
**Date:** July 1, 2020 at 12:32:54 PM PDT
**To:** "Conner, Shanell D"[redacted],
Shawn Conner[redacted]
**Cc:** James Janecka[redacted]
**Subject: [EXTERNAL] Chemical Dispensers**

Hello Shawn,

Hope all is well... It is a new month and was wondering if we can schedule for all chemical dispensers be inspected for the month of July. Would next week 7/8/20 at 10 am work for you? I was also wondering and noticed the dispensers have labels **"hdqC2"** is that the same as **"HDQ Neutral"**?

Thank You,

**Lucia Meza**
FIRE & SAFETY MANAGER, GEO SECURE SERVICES

**The GEO Group, Inc.®**
Adelanto ICE Processing Center
10250 Rancho Road
Adelanto CA, 92301

Tel: 760.561.6100 Ext.[redacted]
Cell:[redacted]

[redacted]
www.geogroup.com [geogroup.com] [nam02.safelinks.protection.outlook.com]

The information in this Internet Email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this Email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this Email are subject to the terms and conditions expressed in any applicable governing The Home Depot terms of business or client engagement letter. The Home Depot disclaims all responsibility and liability for the accuracy and content of this attachment and for any damages or losses arising from any inaccuracies, errors, viruses, e.g., worms, trojan horses, etc., or other items of a destructive nature, which may be contained in this attachment and shall not be liable for direct, indirect, consequential or special damages in connection with this e-mail message or its attachment.

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message.
Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message.

The information in this Internet Email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this Email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this Email are subject to the terms and conditions expressed in any applicable governing The Home Depot terms of business or client engagement letter. The Home Depot disclaims all responsibility and liability for the accuracy and content of this attachment and for any damages or losses arising from any inaccuracies, errors, viruses, e.g., worms, trojan horses, etc., or other items of a destructive nature, which may be contained in this attachment and shall not be liable for direct, indirect, consequential or special damages in connection with this e-mail message or its attachment.

# EXHIBIT D-12

Pls.' Ex. 121 (ECF No. 336-63), SPARTAN_001963-001965: Internal e-mails; 2018 product lookup report (SPARTAN_001965)

Employee contact identifiers redacted; dollar amounts on SPARTAN_001965 redacted

**From:** Jackie Mich [redacted]
**Sent:** Wednesday, October 10, 2018 9:47 AM EDT
**To:** Doug Peterson [redacted] Ryan Leadingham [redacted] Richard Todd [redacted]
**CC:** Mike Fabian [redacted]
**Subject:** RE: Adelanto
**Attachment(s):** "report.html"

See attached for the listing of products they order!

Jackie Mich
Sales Assistant
Spartan Chemical Company, Inc.
Email [redacted]

---

**From:** Doug Peterson
**Sent:** Tuesday, October 9, 2018 4:40 PM
**To:** Ryan Leadingham [redacted] Richard Todd [redacted]
**Cc:** Jackie Mich [redacted] Mike Fabian [redacted]
**Subject:** FW: Adelanto

Ryan,

Thanks for the discussion. The location below needs some attention. Not exactly sure what the issue is, but Richard can call me to discuss. If he can go spend some time with these folks, it would be appreciated.

Richard, please coordinate with Elijah but copy me and chuck on the communications when you get the appointment set up.

Jackie, can you pull a report showing all the items that the Adelento East and West facilities purchase and send to Ryan and Richard.

Mike, can we grant access for Richard to conduct a Compuclean SA Audit at this location? Currently in Margaret's region....

Thanks to you all...

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Toll Free: 800-537-8990
Telephone: 419-531-5551 [redacted]
Fax: 419-724-7580
Mobile: [redacted]
Email: [redacted]
Website: www.spartanchemical.com
LinkedIn: [redacted]



---

**From:** Charles Leeper [redacted]
**Sent:** Tuesday, October 9, 2018 1:01 PM
**To:** Doug Peterson [redacted]; Elijah Kimble [redacted]
**Cc:** Philip Dugger [redacted]
**Subject:** Adelanto

Doug

We have some sanitation issues at Adelanto. If you can I need to get some formal training set up for the sanitation crew there asap. Also I would like your rep to go through with the new tablet and conduct a hard inspection of all spaces. We had a client inspection that did not go so well.

Elijah

Please work with Doug on this issue and I need you to be on site for a week to ensure all sanitation employees are trained and conduct a thorough documented inspection aside from Spartan's of the entire facility. Please coordinate with Doug. We need all this completed before the end of October per Mr Donahue.

thanks

Chuck

**Chuck Leeper**
DIRECTOR, SAFETY & RISK MANAGEMENT

**The GEO Group, Inc. ®**
One Park Place, Suite 700, 621 NW 53rd Street
Boca Raton, Florida 33487

Tel: 561 999 5843 • Fax: 561 999 5555
Mobile: [redacted]
www.geogroup.com
This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**Product Lookup for location (E0640046) - GEO-Adelanto Processing Cntr as of 10/10/2018**

Selected Criteria- From 1/1/2018 To 10/10/2018; Distributor: E0640046 Part code(s): *

| Commodity Class | Product Name | Product Size | Units | Vol. | Vol UOM | Weight | [redacted] |
|---|---|---|---|---|---|---|---|
| 003505 | Clean By Peroxy | 5 GAL PAIL | 12 | 60.00 | GA | 543.36 | [redacted] |
| 120205 | HDQ Neutral | 5 GAL PAIL | 12 | 60.00 | GA | 537.48 | [redacted] |
| 765005 | All Temp. Detergent | 5 GAL PAIL | 5 | 25.00 | GA | 296.15 | [redacted] |
| 765904 | SparClean Sure Step [59] | 1 GAL 4/CSE | 2 | 8.00 | GA | 75.48 | [redacted] |
| **Grand Total for location (E0640046) - GEO-Adelanto Processing Cntr** | | | **31.00 EA** | **153.00** | **GA** | **1,452.47** | [redacted] |

**Product Lookup for location (E0640044) - GEO-Adelanto Processing Cntr.E as of 10/10/2018**

Selected Criteria- From 1/1/2018 To 10/10/2018; Distributor: E0640044 Part code(s): *

| Commodity Class | Product Name | Product Size | Units | Vol. | Vol UOM | Weight | Weight UOM | Total |
|---|---|---|---|---|---|---|---|---|
| 003505 | Clean By Peroxy | 5 GAL PAIL | 169 | 835.00 | GA | 7,561.76 | [redacted] | |
| 120205 | HDQ Neutral | 5 GAL PAIL | 189 | 945.00 | GA | 8,465.31 | [redacted] | |
| 304003 | RTU Spraybuff Qt. | QUART 12/CSE | 35 | 105.00 | GA | 965.65 | [redacted] | |
| 312805 | Freezer Cleaner | 5 GAL PAIL | 1 | 5.00 | GA | 42.63 | [redacted] | |
| 315905 | Sani-T-10 Plus | 5 GAL PAIL | 15 | 75.00 | GA | 664.05 | [redacted] | |
| 319403 | RTU Oven & Grill Qt. | QUART 12/CSE | 16 | 48.00 | GA | 464.48 | [redacted] | |
| 320003 | RTU Foamy Q & A Qt. | QUART 12/CSE | 36 | 108.00 | GA | 1,078.92 | [redacted] | |
| 326503 | RTU Stainless Steel Clean | QUART 12/CSE | 3 | 9.00 | GA | 83.04 | [redacted] | |
| 383005 | TriBase Multi Purpose Cln | 5 GAL PAIL | 12 | 60.00 | GA | 537.84 | [redacted] | |
| 405504 | iSHINE | 1 GAL 4/CSE | 62 | 248.00 | GA | 2,281.60 | [redacted] | |
| 700115 | CLF Laundry Break | 15 GAL DRUM | 34 | 510.00 | GA | 5,161.20 | [redacted] | |
| 700315 | CLF Laundry Detergent | 15 GAL DRUM | 29 | 435.00 | GA | 3,873.82 | [redacted] | |
| 700415 | CLF Chlorine Bleach | 15 GAL DRUM | 20 | 300.00 | GA | 3,121.00 | [redacted] | |
| 700915 | CLF Laundry Sour/Softener | 15 GAL DRUM | 21 | 315.00 | GA | 2,844.45 | [redacted] | |
| 765005 | All Temp. Detergent | 5 GAL PAIL | 10 | 50.00 | GA | 592.30 | [redacted] | |
| 765504 | Delimer | 1 GAL 4/CSE | 26 | 104.00 | GA | 1,014.78 | [redacted] | |
| 765605 | Pot & Pan Detergent | 5 GAL PAIL | 84 | 420.00 | GA | 3,834.60 | [redacted] | |
| 765904 | SparClean Sure Step [59] | 1 GAL 4/CSE | 11 | 44.00 | GA | 415.14 | [redacted] | |
| 924700 | COG *MT CLN BY PEROXY12CS | 15 Clean by Peroxy | 4 | 0.00 | GA | 12.80 | [redacted] | |
| 995903 | TRAN32ozHDQ Neut | PROMO CASE | 4 | 0.00 | GA | 12.80 | [redacted] | |
| 997300 | FOAM GUN MODEL #481 | each | 1 | 0.00 | GA | 2.55 | [redacted] | |
| 998600 | CorrectClnTriggers12/C * | PROMO CASE | 18 | 0.00 | CA | 27.00 | [redacted] | |
| EU_CREDITS | Distrib. End User Credit | each | -1 | 0.00 | GA | 0.00 | LB | [redacted] |
| **Grand Total for location (E0640044) - GEO-Adelanto Processing Cntr.E** | | | **797.00 EA** | **4,616.00** | **GA** | **43,057.72** | [redacted] | |

Exhibit 121, Page 537

# EXHIBIT D-13

Pls.’ Ex. 124 (ECF No. 336-65), SPARTAN_004864: Email

*Employee contact identifiers redacted*

Message

**From:** Doug Peterson [redacted]
**Sent:** 6/1/2020 1:08:02 PM
**To:** Jason Salter [redacted]
**CC:** Amy Swinford [redacted] Tarren Wethington [redacted] David N. Reed [redacted] Anthony Ramos [redacted]
**Subject:** FW: Spartan Chemical conference call

Jason,

See below. Another facility using HDQ Neutral as well. Have decided to use as a wiping solution rather than spraying. Would be a great suggestion for you to talk to Adelento about as well as quat testing the ppm's. Keep me posted.

Amy, spoke with the Corporate fire and safety director who has already been in contact with President Donahue. Have offered up time to discuss, does not think its necessary. Will keep you in the loop. Thanks

Doug Peterson
National Accounts Manager
Spartan Chemical Company, Inc.
Mobile: [redacted]
Email: [redacted]

**From:** Jimmy Dugger <j[redacted]
**Sent:** Friday, May 29, 2020 7:17 PM
**To:** Anthony Ramos [redacted]
**Cc:** Jackie Mich [redacted] Doug Peterson [redacted]
**Subject:** Re: Spartan Chemical conference call

I believed we have worked out details. We will be using the chemical as a wipe and not an aerosol spray. We will be using gloves, glasses, and mask when applying the chemical, as we are doing with everything in these times.

Thank you,

**From:** Anthony Ramos [redacted]
**Sent:** Friday, May 29, 2020 4:52:59 PM
**To:** Jimmy Dugger [redacted]
**Cc:** Jackie Mich [redacted] Doug Peterson [redacted]
**Subject:** [EXTERNAL] Spartan Chemical conference call

Mr. Dugger,
We would like to address any of your concerns regarding the HDQ. Our team has set aside time Monday June 1st to go over the specifics at the facility in question. Will 11 a.m. work for you?
AR

Anthony Ramos
Regional Manager
Spartan Chemical Company, Inc.
Toll Free: 800-537-8990
Telephone: 419-531-5551 Ext. [redacted]
Mobile: [redacted]
Email: [redacted]
Website: www.spartanchemical.com
LinkedIn: [redacted]



Spartan® We make clean simple®

ISSA CIMS

Important Notice: This e-mail and any attachments may contain private, confidential, privileged and/or proprietary information that are the property of Spartan Chemical Company, Inc. All rights, including without limitation copyright, are reserved. This e-mail is intended for the use of the recipient(s) named above. If you are not the intended recipient, you are strictly prohibited from using, disseminating, distributing, or copying this information. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone 800.537.8990 and promptly delete the original message. [SCCv1]

# EXHIBIT E

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-4014 JGB (ACCVx)** | Date | April 7, 2026 |
| Title | ***Hugo Gonzalez, et al. v. The Geo Group, Inc., et al.*** | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: Order (1) GRANTING Proposed-Intervenor's Motion to Intervene (Dkt. No. 121); (2) GRANTING-IN-PART and DENYING-IN-PART Defendant's Application to Seal (Dkt. No. 126); (3) VACATING the April 20, 2026 Hearing on the Motion to Intervene; (4) SETTING Proposed-Intervenor's Motion to Unseal for a Hearing on May 18, 2026 (Dkt. No. 122); and (5) DENYING AS MOOT the Joint Stipulation to Continue the Motions Hearing Date (Dkt. No. 142) (IN CHAMBERS)**

Before the Court is proposed-intervenors Inland Coalition for Immigrant Justice, First Amendment Coalition, Los Angeles Public Press, and the Southlander's motion to intervene for the limited purpose of unsealing court records ("Motion to Intervene," Dkt. No. 121) and defendant Geo Group, Inc.'s application to file under seal ("Application," Dkt. No. 126.) The Court determines these matters are appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15. After considering the papers filed in support of and in opposition to the Motion to Intervene and the Application, the Court **GRANTS** the Motion to Intervene and **GRANTS-IN-PART** and **DENIES-IN-PART** the Application. The Court **VACATES** the April 20, 2026 hearing on the Motion to Intervene.

## I. BACKGROUND

On June 10, 2022, plaintiffs Hugo Gonzalez Mejia ("Gonzalez"), Jose Baca Hernandez ("Baca"), Erick Jaimes Lopez ("Lopez"), Mario Manjarrez ("Manjarrez"), and Ricardo Sandoval Guardarrama's ("Sandoval") (collectively, "Plaintiffs") filed a class action complaint against defendant GEO Group, Inc. ("Defendant" or "GEO") and Does 1-10. ("Complaint," Dkt. No. 1.) The Complaint alleges the following six causes of action: (1) battery, (2) assault, (3)

negligent hiring, training, and supervision, (4) intentional infliction of emotional distress ("IIED"), (5) negligence and failure to provide medical care, and (6) interference of civil rights in violation of the Bane Act, Cal. Civ. Code § 52.1. (Complaint.) On September 28, 2022, GEO answered the Complaint. ("Answer," Dkt. No. 14.) On July 31, 2025, the Court granted-in-part Plaintiffs' motion for class certification and denied Defendant's motion for summary judgment. ("MSJ Order," Dkt. No. 113.)

On February 2, 2026, proposed intervenors Inland Coalition for Immigrant Justice, First Amendment Coalition, Los Angeles Public Press, and the Southlander (collectively, "Proposed Intervenors") filed the Motion to Intervene as well as a motion to unseal. (Motion to Intervene; "Motion to Unseal," Dkt. No. 122.) On February 16, 2026, Defendant filed oppositions to the Motion to Intervene and a motion to unseal court records. ("Opposition to Intervene," Dkt. No. 124; "Opposition to Unseal," Dkt. No. 125.) In support of the Opposition to Unseal, Defendant filed a redacted declaration of James Janecka on February 16, 2026. ("Janecka Decl.," Dkt. No. 125-1.) Additionally, Defendant filed an application to file the Janecka Declaration under seal on February 16, 2026. ("Application," Dkt. No. 126.) In conjunction with the Application, Defendant filed a notice of lodging ("Notice," Dkt. No. 127) and the sealed declaration Janecka Declaration ("Sealed Janecka Decl.," Dkt. No. 128.) On March 9, 2026, Proposed Intervenors filed replies to the oppositions to the Motion to Intervene and Motion to Unseal. ("Intervene Reply," Dkt. No. 132; "Unseal Reply," Dkt. No. 133.) On April 3, 2026, Proposed Intervenors filed a joint stipulation to continue the motions hearing date. ("Stipulation," Dkt. No. 142.)

## II. LEGAL STANDARD

### A. Motion to Intervene

Under Rule 24(b)[1], the Court may, on timely motion, permit anyone to intervene who "is given a conditional right to intervene by a federal statute," or "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(A)-(B). The Ninth Circuit has stated that permissive intervention "requires (1) an independent ground for jurisdiction; (2) a timely motion; and (3) a common question of law and fact between the movant's claim or defense and the main action." Freedom from Religion Found., Inc. v. Geithner, 644 F.3d 836, 843 (9th Cir. 2011). Although the burden is on the prospective intervenor to demonstrate that the conditions for intervention are satisfied, see Petrol Stops Nw. v. Continental Oil, Co., 647 F.2d 1005, 1010 n.5 (9th Cir. 1981), even if these "threshold requirements" are satisfied, the court retains discretion to deny permissive intervention. Donnelly v. Glickman, 159 F.3d 405, 412 (9th Cir. 1998); see also Orange v. Air Cal., 799 F.2d 535, 539 (9th Cir. 1986) ("Permissive intervention is committed to the broad discretion of the district court.")

[1] All subsequent references to "Rule" refer to the Federal Rules of Civil Procedure, unless otherwise noted.

In addition to the threshold requirements, courts also consider a number of additional factors in deciding whether to permit intervention, such as:

> the nature and extent of the intervenors' interest, their standing to raise relevant legal issues, the legal position they seek to advance, and its probable relation to the merits of the case[,] whether changes have occurred in the litigation so that intervention that was once denied should be reexamined, whether the intervenors' interests are adequately represented by other parties, whether intervention will prolong or unduly delay the litigation, and whether parties seeking intervention will significantly contribute to full development of the underlying factual issues in the suit and to the just and equitable adjudication of the legal questions presented.

Perry v. Schwarzenegger, 630 F.3d 898, 905 (9th Cir. 2011) (quoting Spangler v. Pasadena Bd. of Educ., 552 F.2d 1326, 1329 (9th Cir. 1977)).

**B. Application to Seal**

Courts in the United States "recognize a general right to inspect and copy public records and documents, including judicial records and documents." Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 (1978). The Ninth Circuit instructs that, unless a document is "one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point," which "applies fully" to motions for summary judgement and other dispositive pleadings. Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (citing Foltz v. State Farm Mutual Auto. Insurance Company, 331 F.3d 1122, 1135 (9th Cir. 2003)). As a result of this "strong presumption," a party seeking to seal a judicial record must meet the "compelling reasons" standard by articulating "compelling reasons supported by specific factual findings." Id. at 1178. The Court, in turn, must "conscientiously balance" the public's interest in understanding the judicial process and the party's interest in keeping the records secret. Id. at 1179. A compelling reason to justify sealing records exists when the documents might be used for "improper purposes," including to "gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." Id. (citing Nixon, 435 U.S. at 598.) "[E]mbarrassment, incrimination, or exposure to further litigation," without more, will not suffice to justify sealing records. Id. (citing Foltz, 331 F.3d at 1136.) After considering these interests, the Court must "articulate the factual basis for its ruling, without relying on hypothesis or conjecture." Id. (citing Hagestad v. Tragesser, 49 F.3d 1430, 1434 (9th Cir. 1995)).

However, records attached to "non-dispositive motions," such as discovery motions, may be sealed for "good cause" under Rule 26(c). Id. at 1180. The "good cause" standard provides "flexibility in balancing and protecting the interests of private parties." Id.

//
//
//
//

## III. DISCUSSION

Proposed Intervenors move to intervene to pursue their Motion to Unseal. (Motion to Intervene.) In support of their Opposition to the Motion to Intervene, Defendant applies to file the Janecka Declaration and attached exhibits under seal. (App.) The Court takes each request in turn.

### A. Motion to Intervene

Proposed Intervenors seek this Court's permission to intervene in order to pursue their Motion to Unseal. (Mot. to Intervene at 8.) "Nonparties seeking access to a judicial record in a civil case may do so by seeking permissive intervention under Rule 24(b)(2)." San Jose Mercury News, Inc. v. U.S. Dist. Ct.--N. Dist. (San Jose), 187 F.3d 1096, 1100 (9th Cir. 1999). Permissive intervention "requires (1) an independent ground for jurisdiction; (2) a timely motion; and (3) a common question of law and fact between the movant's claim or defense and the main action." Freedom from Religion Found., Inc. v. Geithner, 644 F.3d 836, 843 (9th Cir. 2011). Defendants make no argument under the first and third factor and only argue that Proposed-Intervenor's Motion to Intervene is untimely. (Mot. to Intervene at 2.) In any case, where, as here, the proposed intervenors merely seek access to judicial records, "an independent jurisdictional basis is not required" nor is there any reason "to require . . . a strong nexus of fact or law." Beckman Indus., Inc. v. Int'l Ins. Co., 966 F.2d 470, 473-74 (9th Cir. 1992); see also Cosgrove v. Nat'l Fire & Marine Ins. Co., 770 F. App'x 793, 795 (9th Cir. 2019) ("A third party seeking permissive intervention purely to unseal a court record does not need to demonstrate independent jurisdiction or a common question of law or fact.") Thus, the Court determines whether the motion was timely filed.

The Court must consider the following three factors to determine the timeliness of a motion to intervene: "(1) the stage of the proceeding at which an applicant seeks to intervene; (2) the prejudice to other parties; and (3) the reason for and length of the delay." League of United Latin Am. Citizens v. Wilson, 131 F.3d 1297, 1302 (9th Cir. 1997) (quoting County of Orange v. Air California, 799 F.2d 535, 537 (9th Cir. 1986)). "Timeliness is a flexible concept" entrusted to the "considerable discretion" of this Court. Dilks v. Aloha Airlines, 642 F.2d 1155, 1156 (9th Cir. 1981).

The Court finds that the Motion to Intervene is timely. As to the first and third factors, "delays measured in years have been tolerated where an intervenor is pressing the public's right of access to judicial records." San Jose Mercury News, Inc. v. U.S. Dist. Ct.--N. Dist. (San Jose), 187 F.3d 1096, 1101 (9th Cir. 1999). Under that standard, the Motion to Intervene is timely even by Defendant's count where it was filed "over a year after the parties initially filed the Sealing Applications at issue." (Opp. at 3.) Defendant attempts to distinguish Beckman, to which San Jose Mercury News cites in support, because it involved a challenge to a protective order rather than an order granting an application to seal. (Opp. at 4-5.) The Court is not convinced, however, that the distinction makes a meaningful difference. In both instances, albeit through slightly different procedural means, the intervening party is "pressing the public's

right of access to judicial records." San Jose Mercury News, Inc., 187 F.3d at 1101. Although Proposed Intervenors filed the Motion to Intervene after the motions for summary judgement and for class certification were adjudicated, "the resolution of a dispute on the merits, whether by trial or summary judgment, is at the heart of the interest in ensuring the public's understanding of the judicial process and of significant public events." Kamakana, 447 F.3d 1179. Accordingly, the Court finds that the first and third factors weigh in favor of Proposed Intervenors.

As to the prejudice to Defendant, the Court finds that this factor weighs in favor of the Proposed Intervenors. Defendant mainly argues that it would be prejudiced because this Court already adjudicated the applications to seal and, had it known the documents could be made public, it would have chosen not to file the documents in the case. (Opp. at 3-4.) However, the Ninth Circuit already rejected similar arguments in San Jose Mercury News. The Ninth Circuit held that it was "only upon entry of the stipulated protective order that the injury to the *public's* right of access became clear." San Jose Mercury News, Inc., 187 F.3d at 1101. Likewise, here, the Court finds that any injury to the public's right of access to the records in this case did not become clear until the Court granted the applications to seal at issue. Furthermore, as to Defendant's reliance argument, ultimately "[t]he right of access to court documents belongs to the public." Id. The Ninth Circuit also warned that finding a motion to intervene untimely would wholly "stymy[] the public's right of access" because any subsequent motions to intervene would also likely be untimely. Id. Finally, the Ninth Circuit joined other courts in recognizing that, "assuming an intervenor does assert a legitimate, presumptive right to open the court record of a particular dispute, the potential burden or inequity to the parties should affect not the right to intervene." Id. (citing Pub. Citizen v. Liggett Grp., Inc., 858 F.2d 775, 787 (1st Cir. 1988)). Accordingly, the Court finds the Motion to Intervene timely and **GRANTS** the Motion to Intervene.

**B. Application to Seal**

Defendant requests that the Court seal the Janecka Declaration and the attached exhibits. (App. at 3.) Plaintiffs do not oppose the Application. (Id.) Although Proposed Intervenors filed no opposition to the Application, they were largely unable to review the Janecka Declaration because Defendant seeks to file nearly the entire Janecka Declaration and the entirety of the attached exhibits under seal. (Reply at 4.) Defendant argues that the "good cause" standard, instead of the more stringent "compelling reasons" standard, applies to the Application because the Motion to Unseal is non-dispositive. (Id. at 4-5.) Defendant largely argues that the Declaration and exhibits attached contain sensitive information, such as names of detainees and detention officers, operating procedures, and security measures. (See App.)

Given that the records in Exhibit B sought to be sealed are duplicative of records already sealed by the Court,[2] the Court finds that continued sealing of the exhibits already sealed is warranted pending the Court's adjudication of the Motion to Unseal. However, the Janecka Declaration and the attached Exhibit A discuss only in broad terms the sealed records and why they should remain sealed. As a result, the Court finds that no good cause exists to keep these records sealed. Accordingly, the Court **GRANTS-IN-PART** and **DENIES-IN-PART** the Application. The Court **ORDERS** Defendant to file the Janecka Declaration and the attached Exhibit A on the docket unsealed.

## IV. DISCUSSION

For the reasons discussed above, the Court **GRANTS** the Motion to Intervene. Additionally, the Court **GRANTS-IN-PART** and **DENIES-IN-PART** the Application. The Court further **ORDERS** Defendant to file the Janecka Declaration and the attached Exhibit A on the docket unsealed. The Court **VACATES** the April 20, 2026 hearing on the Motion to Intervene. Having granted the Motion to Intervene, the Court **CONTINUES** the hearing on the Motion to Unseal to **May 18, 2026** at **9:00 a.m.** and **DENIES** the Stipulation **AS MOOT**.

---

[2] The Court has determined that it has not yet adjudicated the application to file under seal filed on November 30, 2024. ("November 30, 2024 Application, Dkt. No. 60.) Proposed Intervenors argue that the Court failed to provide any reasoning supporting granting the November 30, 2024 Application in the order issued October 1, 2024. (Mot. to Unseal at 20-21 (citing "October 1, 2024 Order," Dkt. No. 61).) Although the caption of the October 1, 2024 Order states "Order Granting Application for Leave to File Under Seal Documents In Support of Defendant The Geo Group Inc.'s Motion For Summary Judgement," the text of the order merely extends Defendant's deadline for filing its motion for summary judgement by one day. (See October 1, 2024 Order.) Furthermore, the Court granted the extension by using the proposed order attached to the joint stipulation requesting the extension filed by Defendant, which is distinct from the proposed order attached to Defendant's November 30, 2024 Application. (Compare Dkt. No. 59-2 with Dkt. No. 60-1.) Notwithstanding the language of the caption in the October 1, 2024 Order, the Court issued no ruling as to Defendant's November 30, 2024 Application, which is confirmed by the filing of the Opposition to Defendant's November 30, 2024 Application and the Reply to Defendant's November 30, 2024 Application subsequent to the issuance of the October 1, 2024 Order. (Dkt. Nos. 70, 83.) The Court also issued no ruling as to Defendant's November 30, 2024 Application when adjudicating Defendant's motion for summary judgment. (See MSJ Order.) As a result, the Court has not yet ruled on whether the documents attached to Defendant's November 30, 2024 Application may be filed under seal. Defendant, however, simultaneously filed multiple exhibits on the public docket with the November 30, 2024 Application. (Dkt. No. 60-4.) The only documents provisionally filed under seal were those which were manually filed on October 3, 2024. (Dkt. No. 64.) Because those documents are provisionally filed under seal, the Court will maintain those records under seal here until it can adjudicate the November 30, 2024 Application together with the Motion to Unseal.

**IT IS SO ORDERED.**