**PIERSON FERDINAND LLP**
DAVID D. MESA, State Bar No. 257488
MATTHEW H. WEINER, State Bar No. 236394
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: 415.915.4415
*david.mesa@pierferd.com*
*matthew.weiner@pierferd.com*

Attorneys for Defendant and Third-Party Defendant
SPARTAN CHEMICAL COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LIGAYA RONDUEN, et al.,<br>Plaintiffs,<br>v.<br><br>THE GEO GROUP, INC., a Florida corporation, and SPARTAN CHEMICAL COMPANY, INC., an Ohio corporation,<br>Defendants.<br>———<br>THE GEO GROUP, INC., a Florida corporation,<br>Third-Party Plaintiff,<br><br>v.<br><br>SPARTAN CHEMICAL COMPANY, INC. and ROES 1-10,<br>Third-Party Defendants.<br>———<br>INLAND COALITION FOR IMMIGRANT JUSTICE,<br>Proposed Intervenor. | Case No.: 5:23-cv-00481-JGB-ACCV<br><br>[CLASS ACTION]<br><br>Judge: Hon. Jesus G. Bernal<br><br>**SPARTAN CHEMICAL COMPANY, INC.'S STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENOR'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF UNSEALING COURT RECORDS (ECF NO. 543)**<br><br>Hearing Date: December 7, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 1, Riverside<br><br>Complaint Filed: March 20, 2023<br>FAC Filed: January 6, 2025<br>Trial Date: None set (class settlement preliminarily approved September 25, 2026, Dkt. 541)<br>Final Approval Hearing: January 4, 2027 |

TO THE COURT, ALL PARTIES, AND PROPOSED INTERVENOR AND THEIR COUNSEL OF RECORD:

Defendant and Third-Party Defendant Spartan Chemical Company, Inc. ("Spartan") does not oppose the Motion to Intervene for the Limited Purpose of Unsealing Court Records filed by Proposed Intervenor Inland Coalition for Immigrant Justice ("ICIJ") (ECF No. 543). Nonparties seeking access to judicial records in a civil case may do so through permissive intervention under Federal Rule of Civil Procedure 24(b). *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1100 (9th Cir. 1999).

Spartan's non-opposition is limited to intervention for the purpose of seeking access. It is not a concession on the merits of ICIJ's Motion to Unseal (ECF No. 544), including ICIJ's contention that Spartan forfeited or consented to unsealing, and Spartan expressly reserves all arguments presented in its concurrently filed Opposition in Part to the Motion to Unseal.

Dated: November 16, 2026

PIERSON FERDINAND LLP

By: /s/ David D. Mesa
David D. Mesa
Matthew H. Weiner
Attorneys for Defendant and Third-Party Defendant
SPARTAN CHEMICAL COMPANY, INC.